Exhibit  A

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: James F. Grenen, Esquire

Signature: _____

Name: James F. Grenen, Esquire

Attorney No. (if applicable): 46478

Rev. 09/2017

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____ Indiana _____ County

**For Prothonotary Use Only:**

Docket No:

10867 CD 2021

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| S&T Bank | The Stark Firm, PLLC, et al |

**Are money damages requested?** ☒ Yes  ☐ No

Dollar Amount Requested: (check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes  ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes  ☒ No

Name of Plaintiff/Appellant's Attorney: James F. Grenen, Esquire

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (*do not include Mass Tort*)
- ☒ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (*does not include mass tort*)
- ☐ Slander/Libel/ Defamation
- ☐ Other:
  _____
  _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:
  _____
  _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☒ Legal
- ☐ Medical
- ☐ Other Professional:
  _____
  _____

**CONTRACT** (*do not include Judgments*)
- ☒ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other

- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  _____
  _____

- ☐ Other:
  _____
  _____
  _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  _____
  _____
- ☐ Zoning Board
- ☐ Other:
  _____
  _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:
  _____
  _____

*Updated 1/1/2011*

## NOTICE

**Pennsylvania Rule of Civil Procedure 205.5. (Cover Sheet) provides, in part:**

**Rule 205.5.    Cover Sheet**

(a)(1)    This rule shall apply to all actions governed by the rules of civil procedure except the following:

(i)    actions pursuant to the Protection from Abuse Act, Rules 1901 et seq.

(ii)    actions for support, Rules 1910.1 et seq.

(iii)    actions for custody, partial custody and visitation of minor children, Rules 1915.1 et seq.

(iv)    actions for divorce or annulment of marriage, Rules 1920.1 et seq.

(v)    actions in domestic relations generally, including paternity actions, Rules 1930.1 et seq.

(vi)    voluntary mediation in custody actions, Rules 1940.1 et seq.

(2)    At the commencement of any action, the party initiating the action shall complete the cover sheet set forth in subdivision (e) and file it with the prothonotary.

(b)    The prothonotary shall not accept a filing commencing an action without a completed cover sheet.

(c)    The prothonotary shall assist a party appearing pro se in the completion of the form.

(d)    A judicial district which has implemented an electronic filing system pursuant to Rule 205.4 and has promulgated those procedures pursuant to Rule 239.9 shall be exempt from the provisions of this rule.

(e)    The Court Administrator of Pennsylvania, in conjunction with the Civil Procedural Rules Committee, shall design and publish the cover sheet.  The latest version of the form shall be published on the website of the Administrative Office of Pennsylvania Courts at www.pacourts.us.

IN THE COURT OF COMMON PLEAS OF INDIANA COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| S&T BANK, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.: |
| vs. | ) | |
| | ) | |
| THE STARK FIRM, PLLC a/k/a STARK | ) | TYPE OF PLEADING: |
| FIRM PLLC a/k/a THE STARK FIRM | ) | |
| P.L.L.C., LLC (GA) and | ) | **CIVIL ACTION - COMPLAINT** |
| ERIN ELIZABETH STARK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | FILED ON BEHALF OF PLAINTIFF: |
| | ) | S&T Bank |

TO **DEFENDANTS:**

You are hereby notified to plead to the
ENCLOSED **COMPLAINT** WITHIN TWENTY
(20) DAYS FROM SERVICE HEREOF

_____
ATTORNEY FOR PLAINTIFF

I HEREBY CERTIFY THAT THE ADDRESS
OF THE PLAINTIFF IS:

800 Philadelphia Street
Indiana, Pennsylvania 15701

AND THE DEFENDANTS IS

3017 Bolling Way NE
Atlanta, Georgia 30305

_____
ATTORNEY FOR PLAINTIFF

COUNSEL OF RECORD FOR THIS
PARTY:

James F. Grenen, Esquire
Pa. I.D. #46478

Jeremy J. Kobeski, Esquire
Pa. I.D. #94503

GRENEN & BIRSIC, P.C.

One Gateway Center
Ninth Floor
Pittsburgh, PA 15222
(412) 281-7650
JGrenen@GrenenBirsic.com
JKobeski@GrenenBirsic.com

IN THE COURT OF COMMON PLEAS OF INDIANA COUNTY, PENNSYLVANIA

S&T BANK,                                          CIVIL DIVISION

         Plaintiff,

                                  NO.:

vs.

THE STARK FIRM, PLLC a/k/a STARK
FIRM PLLC a/k/a THE STARK FIRM
P.L.L.C., LLC (GA) and
ERIN ELIZABETH STARK,

         Defendants.

## NOTICE TO DEFEND

    You have been sued in court.  If you wish to defend against the claim set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

    IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

**Court Administrator**
**Indiana County Courthouse**
**825 Philadelphia Street**
**Indiana, PA 15701**
**(724) 465-3955**

IN THE COURT OF COMMON PLEAS OF INDIANA COUNTY, PENNSYLVANIA

S&T BANK,                                        CIVIL DIVISION

      Plaintiff,

                                      NO.:

vs.

THE STARK FIRM, PLLC a/k/a STARK
FIRM PLLC a/k/a THE STARK FIRM
P.L.L.C., LLC (GA) and
ERIN ELIZABETH STARK,

      Defendants.

## CIVIL ACTION - COMPLAINT

S&T Bank, by its attorneys, Grenen & Birsic, P.C., files this Civil Action – Complaint against The Stark Firm, PLLC a/k/a Stark Firm PLLC a/k/a The Stark Firm P.L.L.C., LLC (GA) and Erin Elizabeth Stark, and in support thereof aver as follows:

## PARTIES

1.      Plaintiff S&T Bank ("S&T") is a commercial bank organized and existing under the laws of the Commonwealth of Pennsylvania, which maintains is principal place of business at 800 Philadelphia Street, Indiana, Pennsylvania 15701.

2.      Defendant The Stark Firm, PLLC a/k/a Stark Firm PLLC a/k/a The Stark Firm P.L.L.C., LLC (GA) ("Stark Firm") is an Alabama Limited Liability Company with offices located

at 420 North 20th Street, Suite 2200-D, Birmingham, Alabama 35203, and is also registered with the Georgia Corporations Division to transact business in Georgia under the name The Stark Firm, P.L.L.C., LLC (GA) as a Foreign Limited Liability Company, with offices located at 3017 Bolling Way NE, Atlanta, Georgia 30305.

3.    Defendant Erin Elizabeth Stark, with offices located at 3017 Bolling Way NE, Atlanta, Georgia 30305, is the founding and managing member of Stark Firm.

4.    According to a website published by Stark Firm at starkfirmpllc.com, Stark Firm represents clients in Alabama, Georgia, Texas, Florida, New York, Pennsylvania, Washington, D.C., Maryland, Delaware and New Jersey, and maintains offices located in: (1) Atlanta, Georgia; (2) Birmingham, Alabama; (3) Dallas, Texas; (4) Miami, Florida; (5) New York, New York; (6) Philadelphia, Pennsylvania; and (7) San Antonio, Texas.

5.    Erin Elizabeth Stark is a licensed attorney admitted to practice in the States of Alabama and Georgia, as well as the U.S. District Courts for the Northern, Middle and Southern Districts of Alabama and U.S. District Courts for the Northern, Middle and Southern Districts of Georgia.

6.    Defendants Stark Firm and Erin Elizabeth Stark are collectively referred to herein as "Stark".

## **INTRODUCTION**

7.    This action involves flagrant and unapologetic abuses of the attorney-client relationship by a licensed attorney and her law firm.

8.    Instead of receiving the legal services contracted for, S&T was subjected to fraudulent billing by Stark, which was duplicative, inflated and excessive.

9.    While there are exactly 24 hours, or 1,440 minutes, in each day, which amounts to

168 hours in a week and 8,760 hours in a year, during their representation of S&T, the Defendants conducted themselves as if these ordinary constructs of time somehow do not apply to them.

10.     Despite their egregious conduct being clearly documented by their own invoices, Defendants remain recalcitrant and unwilling to rectify the damage they inflicted on S&T, requiring this action to hold Stark accountable.

11.     S&T sets forth five counts against Defendants Stark Firm and Erin Elizabeth Stark, including: (1) Fraud; (2) Negligence and Professional Malpractice; (3) Gross Negligence; (4) Breach of Fiduciary Duty; and (5) Breach of Contract and Implied Covenant of Good Faith and Fair Dealing.

## JURISDICTION AND VENUE

12.     The courts of the Commonwealth of Pennsylvania have jurisdiction over the Defendants pursuant to 42. Pa.C.S. §§ 5301 and 5322 because of Stark's business activities conducted within this Commonwealth, their maintenance of an office within this Commonwealth and their conduct of causing harm or injury within this Commonwealth.

13.     Venue is proper in Indiana County pursuant to Pennsylvania Rule of Civil Procedure, Rules 1006 and 2179, because the causes of action asserted and the transactions out of which they arose took place in Indiana County.

## FACTS

14.     Upon information and belief, at the time of the fourth quarter 2019 merger of DNB Financial Corporation into S&T Bancorp, Inc., the holding company for S&T, Stark Firm and Erin Elizabeth Stark were acting as counsel for DNB First, National Association, the bank subsidiary of DNB Financial Corporation, and providing ongoing legal services in such capacity.

15.     S&T subsequently directly engaged Stark Firm and Erin Elizabeth Stark to provide

representation and legal services, as documented by the engagement letters dated January 3, 2020 and March 30, 2020, which letters incorporated Stark's Standard Terms of Engagement. Copies of the January 3, 2020 and March 30, 2020 engagement letters and the Standard Terms of Engagement are attached hereto, made part hereof, and marked Exhibits "A", "B" and "C", respectively.

16.     Per the engagement letters, Stark's "professional fees for legal services" were to "be determined primarily by the amount of time our attorneys or other personnel spend performing services on the S&T's behalf and their applicable hourly rates." See Exhibits "A" and "B".

17.     The Standard Terms of Engagement confirm that Stark owed S&T "duties of confidentiality, loyalty, and competent and zealous representation." See Exhibit "C".

18.     The Standard Terms of Engagement establish that "in determining the professional fee for our legal services we are generally guided primarily by the amount of time devoted to your matter and the hourly rates of the attorneys performing the services". See Exhibit "C".

19.     Likewise, the Standard Terms of Engagement governed that "our attorneys and other personnel will record time spent on your behalf in tenth-our increments unless otherwise agreed between you and us." See Exhibit "C".

20.     Stark asserted in the Standard Terms of Engagement that "we will seek to perform your work cost efficiently." See Exhibit "C".

21.     During less than eleven (11) months following the January 3, 2020 engagement letter, Stark claims to have amassed in excess of $1,140,228.85 in attorney fees and costs, which Stark set forth and charged to S&T in numerous invoices.

22.     Moreover, in response to and in reliance on Stark's invoices, including some invoiced charges for November and December 2019 and January 2020, S&T paid Stark

approximately $204,253.87, for which it now seeks recoupment and/or disgorgement.

23.     Stark's invoices reveal and detail significant improprieties and insidious conduct by Stark.

24.     For instance, Stark's invoices document that the amount of time spent on any particular task and the amounts billed to S&T were either wholly unnecessary, duplicative, or grossly excessive and in violation of the applicable rules of professional conduct.

25.     Despite holding themselves out as skilled and experienced in representing financial institutions regarding commercial loans, lending and Small Business Administration transactions, Stark billed S&T for countless hours of reviewing routine and repetitive form loan documents resulting in little or no work product.

26.     Stark billed S&T for duplicative assignments.

27.     Stark's excessive billing of S&T is documented by Stark's billing in excess of 24 hours of time worked for a single calendar day on at least fourteen (14) days, including to the audacious claim that on May 3, 2020, Stark performed 125.4 hours of legal work for S&T in one day.

28.     To illustrate, Stark billed S&T the following number of hours on the indicated days, with days on which Stark billed in excess of 24 hours for a single day shown in bold:

| DATE | HOURS BILLED |
|---|---|
| 1/5/2020 | 22.5 hours |
| **1/24/2020** | **24.6 hours** |
| **2/1/2020** | **32.5 hours** |
| 2/2/2020 | 22.0 hours |
| 2/7/2020 | 20.0 hours |
| 2/25/2020 | 20.4 hours |
| 2/28/2020 | 22.3 hours |
| 3/11/2020 | 19.4 hours |

| 3/13/2020 | 38.4 hours |
|-----------|------------|
| 3/14/2020 | 21.0 hours |
| 3/15/2020 | 31.7 hours |
| 3/16/2020 | 21.6 hours |
| 3/17/2020 | 37.3 hours |
| 3/18/2020 | 30.9 hours |
| 3/19/2020 | 23.6 hours |
| 3/20/2020 | 39.5 hours |
| 3/31/2020 | 18.3 hours |
| 4/2/2020 | 21.1 hours |
| 4/3/2020 | 21.4 hours |
| 4/6/2020 | 18.8 hours |
| 4/7/2020 | 25.4 hours |
| 4/8/2020 | 17.2 hours |
| 4/9/2020 | 22.0 hours |
| 4/11/2020 | 35.6 hours |
| 4/14/2020 | 16.6 hours |
| 4/17/2020 | 38.5 hours |
| 4/20/2020 | 15.6 hours |
| 4/21/2020 | 22.0 hours |
| 5/1/2020 | 89.8 hours |
| 5/2/2020 | 25.7 hours |
| 5/3/2020 | 125.4 hours |
| 5/22/2020 | 24.3 hours |
| 5/27/2020 | 15.3 hours |

True and correct copies of Stark's invoices for the months of January through May 2020, documenting the above, including the fourteen (14) days on which Stark billed S&T in excess of twenty-four (24) hours for a single calendar day, are attached hereto, made part hereof, and marked Exhibit "D".

29.     Amazingly, all of the time billed to S&T by Stark is attributed directly to Erin Elizabeth Stark in the invoices and no time billed to S&T was performed by any attorney other

than Erin Elizabeth Stark. See Exhibit "D".

30.     As Stark's invoices document, on numerous and often consecutive days, the time billed to S&T was not only well beyond what is humanly possible, but far exceeded the hours in a day, or in some instances even surpassed the amount of hours in an entire week:

        a.     Stark billed 151.7 hours for March 9-15, 2020, which averages 22.7 hours per day for seven consecutive days; and

        b.     Stark billed 152.9 hours for March 16-22, 2020, which averages 30.6 hours per day for five consecutive days.

31.     Despite entering into an attorney-client relationship with S&T in Pennsylvania, Erin Elizabeth Stark is not now, nor has she ever been, licensed to practice law in Pennsylvania.

32.     After S&T questioned Stark about the propriety of Stark's bills based on the foregoing, Stark issued bills described as "revised invoices" for January through June 2020 in which approximately the same cumulative total number of hours were billed, but with "seemingly duplicate entries reviewed and adjusted" and charges shifted among months and dates in an attempt to allocate hours in a more realistic distribution.

33.     Nevertheless, the revised Stark invoices still included multiple fifteen (15) hour plus billing days and a twenty-two (22) plus hour billing day. True and correct copies of Stark's "revised invoices" for the months of January through May 2020, documenting the foregoing, are attached hereto, made a part hereof, and marked Exhibit "E".

34.     By November 20, 2020 correspondence, counsel for Stark demanded payment from S&T of $1,159,533.78 based on Stark's invoices for services purportedly performed January 1, 2020 through October 31, 2020. A true and correct copy of Stark's November 20, 2020 correspondence is attached hereto, made a part hereof, and marked Exhibit "F".

## Count One – Fraud

35.    S&T incorporates herein the entirety of this Civil Action – Complaint as if fully set forth.

36.    Stark made false statements of material fact to S&T, including but not limited to their representations that:

   a.    The services for which they billed S&T as represented on Stark's invoices were actually provided;

   b.    The services for which they billed S&T as represented on Stark's invoices were reasonable; and

   c.    The services for which they billed S&T as represented on Stark's invoices were necessary.

37.    Stark knew that the statements and representations made to S&T were false.

38.    Stark made the statements and representations to S&T with the intention of inducing S&T's reliance.

39.    S&T actually and justifiably relied on the false statements and representations made by Stark in making payments in excess of $204,253.87 to Stark.

40.    As a direct and proximate result of Stark's fraud, S&T was damaged.

WHEREFORE, S&T demands judgment against Defendants Stark Firm and Erin Elizabeth Stark for compensatory damages, interest, special damages including attorney fees and costs, recoupment and/or disgorgement, and such further relief as may be deemed appropriate by the Court.

## Count Two – Negligence and Professional Malpractice

41.    S&T incorporates herein the entirety of this Civil Action – Complaint as if fully set

forth.

42.      Stark and S&T had an attorney-client relationship, from which arose a duty of care owed to S&T by Stark.

43.      Under Pennsylvania law, the attorney-client privilege attaches when there is shown "the existence of a relationship in which an attorney is acting in his professional capacity as a lawyer." See *In re Fogg's Estate*, 249 Pa. 63, 94 A. 453 (1915). The key is whether there has been a professional consultation with an attorney, who acts or advises as such. *Alexander v. Queen*, 253 Pa. 195, 201, 97 A. 1063, 1065 (1916).

44.      Stark breached the duties they owed to S&T and their conduct fell below the standard of care ordinarily attendant to any attorney-client relationship in Pennsylvania.

45.      Stark's conduct constituted negligence, including but not limited to:

   a.      Placing their own interests above those of S&T;

   b.      Failing to adequately supervise personnel purporting to render legal services to S&T;

   c.      Failing to ensure that legal services purportedly provided to S&T were reasonable and necessary to protect the interests of S&T; and

   d.      Billing S&T for tasks that were either wholly unnecessary, duplicative, non-billable, or grossly excessive.

46.      As a direct and proximate result of Stark's negligence, S&T was damaged.

WHEREFORE, S&T demands judgment against Defendants Stark Firm and Erin Elizabeth Stark for compensatory damages, interest, special damages including attorney fees and costs, recoupment and/or disgorgement, and such further relief as may be deemed appropriate by the Court.

## Count Three – Gross Negligence

47.     S&T incorporates herein the entirety of this Civil Action – Complaint as if fully set forth.

48.     Stark and S&T had an attorney-client relationship, from which arose a duty of care owed to S&T by Stark.

49.     Stark breached the duties they owed to S&T and their conduct fell below the standard of care ordinarily attendant to any attorney-client relationship in Pennsylvania.

50.     Stark's conduct included willful behavior undertaken with extreme indifference and/or reckless disregard and was done with the likelihood of causing foreseeable harm, constituting gross negligence.

51.     Gross negligence is "more egregiously deviant conduct than ordinary carelessness, inadvertence, laxity, or indifference.... The behavior of the defendant must be flagrant, grossly deviating from the ordinary standard of care." *Feleccia v. Lackawanna College*, 215 A.3d 3 (Pa. 2019) citing *Bloom v. Dubois Reg'l Med. Ctr.*, 409 Pa.Super. 83, 597 A.2d 671, 679 (1991); accord *Albright v. Abington Mem'l Hosp.*, 548 Pa. 268, 696 A.2d 1159, 1164 (1997) ("We believe that this definition is a clear, reasonable, and workable definition of gross negligence[.]")

52.     Stark's malfeasance, including their failure to adequately document hourly billing resulting in spurious invoices asserting factually and physically impossible fees on a repeated and ongoing basis constituted gross negligence.

53.     As a direct and proximate result of Stark's gross negligence, S&T was damaged.

WHEREFORE, S&T demands judgment against Defendants Stark Firm and Erin Elizabeth Stark for compensatory damages, interest, special damages including attorney fees and costs, recoupment and/or disgorgement, and such further relief as may be deemed appropriate by the

Court.

## Count Four – Breach of Fiduciary Duty

54.     S&T incorporates herein the entirety of this Civil Action – Complaint as if fully

set forth.

55.     A fiduciary duty is the highest duty implied by law, and it requires a party to act

with the utmost good faith in furthering the other person's interests, including a duty to disclose

all relevant information. *Yenchi v. Ameriprise Fin., Inc.*, 161 A.3d 811, 820 (Pa. 2017) citing *Miller*

*v. Keystone Ins. Co.*, 636 A.2d 1109, 1116 (Pa. 1994); *Basile v. H&R Block, Inc.*, 761 A.2d 1115,

1120 (Pa. 2000); *Young v. Kaye*, 279 A.2d 759, 763 (Pa. 1971)).

56.     The attorney-client relationship is a fiduciary relationship as a matter of law,

placing duties of honesty, loyalty, good faith, care and candor on Stark as counsel for S&T. *Yenchi*,

161 A.3d at 820 citing (*McCown v. Fraser*, 192 A. 674 (Pa. 1937)).

57.     Stark breach their fiduciary duties to S&T with conduct including but not limited

to:

a.      Placing their interests above those of S&T;

b.      Failing to adequately supervise personnel purporting to render legal

services to S&T;

c.      Failing to ensure that legal services purportedly provided to S&T were

reasonable and necessary to protect the interests of S&T; and

d.      Billing S&T for tasks that were either wholly unnecessary, duplicative,

non-billable, or were grossly excessive.

58.     As a direct and proximate result of Stark's conduct, S&T was damaged.

WHEREFORE, S&T demands judgment against Defendants Stark Firm and Erin Elizabeth

Stark for compensatory damages, interest, special damages including attorney fees and costs, recoupment and/or disgorgement, and such further relief as may be deemed appropriate by the Court.

## Count Five – Breach of Contract and Implied Covenant of Good Faith and Fair Dealing

59.    S&T incorporates herein the entirety of this Civil Action – Complaint as if fully set forth.

60.    S&T and Stark entered into contracts dated January 3, 2020 and March 30, 2020, whereby Stark agreed to represent S&T as legal counsel and provide legal services to S&T.

61.    Stark's contractual obligations owed to S&T included the implied covenant of good faith and fair dealing.

62.    Stark failed to perform their contractual obligations and materially breached the agreements with S&T including but not limited to:

   a.    Placing their interests above those of S&T;

   b.    Failing to adequately supervise personnel purporting to render legal services to S&T;

   c.    Failing to ensure that legal services purportedly provided to S&T were reasonable and necessary to protect the interests of S&T; and

   d.    Billing S&T for tasks that were either wholly unnecessary, duplicative, non-billable, or were grossly excessive.

64.    As a direct and proximate result of Stark's negligence, S&T was damaged.

*[remainder of page intentionally blank]*

WHEREFORE, S&T demands judgment against Defendants Stark Firm and Erin Elizabeth Stark for compensatory damages, interest, special damages including attorney fees and costs, recoupment and/or disgorgement, and such further relief as may be deemed appropriate by the Court.

Respectfully submitted,
GRENEN & BIRSIC, P.C.

BY: _____
James F. Grenen, Esquire
Pa. I.D. #46478
Jeremy J. Kobeski, Esquire
Pa. I.D. #94503
One Gateway Center, Ninth Floor
Pittsburgh, PA 15222
(412) 281-7650

*Attorneys for Plaintiff*

**EXHIBIT "A"**

# STARK

January 3, 2020

*VIA ELECTRONIC MAIL*
Jennifer Torpey
Assistant Vice-President
S&T Bank

Re:   **ENGAGEMENT OF COUNSEL**

Matter:  S&T Bank's loan portfolio (collectively, the "Matter")

Dear Ms. Torpey,

Thank you for selecting Stark Firm PLLC (the "Firm") to represent S&T Bank, successor by merger to DNB First, NA (the "Bank") in connection with the above-referenced matter. We look forward to serving the Bank's needs going forward.

The purpose of this letter is to confirm our engagement as counsel and to provide the Bank with certain information about our fees, billing and collection policies, and other terms that will govern our relationship. We believe it is helpful to explain to our clients the nature and terms of our representation at the beginning of our relationship. Accordingly, we have attached to this letter our Firm's Standard Terms of Engagement.

The Bank has asked us to perform the following service or function: review of entire loan files and provide counsel and representation in connection with any matters you seek our assistance.

Our professional fees for legal services will be determined primarily by the amount of time our attorneys and other personnel spend performing services on the Bank's behalf and their applicable hourly rates. Our attorneys' current hourly rates vary depending upon the experience and expertise of the attorney providing the service and the type of work being handled. My current hourly rate is $450, and our associates' rates start at $395 per hour. In addition to fees for our professional services, there may be charges for other cost and expenses which we incur in performing services on the Bank's behalf.

If the terms described above and in the attached Standard Terms of Engagement are acceptable, please sign below and return it to me.

We look forward to working with you and your colleagues.

# STARK

Kind Regards,

*Erin Elizabeth Stark*

Erin Elizabeth Stark, Esq.
for Stark Firm PLLC

Enclosures

**ACKNOWLEDGED AND AGREED TO THIS 3rd DAY OF JANUARY, 2020.**

S&T Bank

*Jennifer Maureen Torpey*_____   1/3/2020
By: Jennifer Torpey
Its: Assistant Vice-President

THE STARK FIRM PLLC
3017 Bolling Way NE, Atlanta, GA 30305  starkfirmpllc.com  404.835.2729  erin.stark@starkfirmpllc.com
AL CA DC DE FL GA MD NC NJ NY PA TX

Page | 2

**EXHIBIT "B"**

# STARK

March 30, 2020

*VIA ELECTRONIC MAIL*
Jennifer Torpey
Assistant Vice-President
S&T Bank

Re:   **ENGAGEMENT OF COUNSEL**

Matter:  CARES Act (the "<u>Matter</u>")

Dear Ms. Torpey,

Thank you for selecting Stark Firm PLLC (the "Firm") to represent S&T Bank, successor by merger to DNB First, NA (the "Bank") in connection with the above-referenced matter. We look forward to serving the Bank's needs going forward.

The purpose of this letter is to confirm our engagement as counsel and to provide the Bank with certain information about our fees, billing and collection policies, and other terms that will govern our relationship. We believe it is helpful to explain to our clients the nature and terms of our representation at the beginning of our relationship. Accordingly, we have attached to this letter our Firm's Standard Terms of Engagement.

The Bank has asked us to perform the following service or function: provide counsel and representation in connection with the CARES Act and any related matters.

Our professional fees for legal services will be determined primarily by the amount of time our attorneys and other personnel spend performing services on the Bank's behalf and their applicable hourly rates. Our attorneys' current hourly rates vary depending upon the experience and expertise of the attorney providing the service and the type of work being handled. My current hourly rate is $450, and our associates' rates start at $395 per hour. In addition to fees for our professional services, there may be charges for other cost and expenses which we incur in performing services on the Bank's behalf.

If the terms described above and in the attached Standard Terms of Engagement are acceptable, please sign below and return it to me.

We look forward to working with you and your colleagues.

# STARK

Kind Regards,

*Erin Elizabeth Stark*

Erin Elizabeth Stark, Esq.
for Stark Firm PLLC

Enclosures

**ACKNOWLEDGED AND AGREED TO THIS 30th DAY OF MARCH, 2020.**

S&T Bank


*Jennifer Maureen Torpey*_____   3/30/2020
By: Jennifer Torpey
Its: Assistant Vice-President

THE STARK FIRM PLLC
3017 Bolling Way NE, Atlanta, GA 30305  starkfirmpllc.com  404.835.2729  erinstark@starkfirmpllc.com
AL CA DC DE FL GA MD NC NJ NY PA TX

Page | 2

**EXHIBIT "C"**

# STANDARD TERMS OF ENGAGEMENT

## Introduction

The purpose of this document is to explain our relationship with you, our billing practices, our obligations to you, and your obligations to us in the belief that our relationship will benefit from a mutual understanding of these matters at the beginning of our relationship. We urge you to call us anytime you have a question relating to any of these matters. We strive to have satisfied clients and your satisfaction is very important to us.

Your agreement to this engagement constitutes your acceptance of the following terms and conditions. If you find any of these terms and conditions unacceptable, please tell us now so that we can try to resolve any differences an proceed on a mutually satisfactory basis.

## Our Relationship

Our engagement and the legal service we will provide are described in the accompanying letter.

## Confidentiality and Other Matters

As your attorneys, we owe you duties of confidentiality, loyalty, and competent and zealous representation. We are required to preserve your confidences and secrets. This obligation and the attorney-client communication privilege exist in order to facilitate and encourage candid communication between a client and his or her attorney. We can adequately represent you and give you sound legal advice only if you make us aware of all information and documents that might be relevant to the matter we are undertaking for you. Accordingly, we urge you to communicate with us fully and without reservation so that we can properly perform legal services for you and give you legal advice with respect to the matter on which you have engaged us.

You should understand, however, that in those matters where we are representing a corporation or other legal entity, our attorney-client relationship is with that specific corporation or legal entity and not with its individual officers, directors, executives, employees, shareholders, partners, or other persons in similar positions, or with its parent, subsidiary, or affiliated corporations or persons. In such cases, our professional duties are owed only to the corporation or legal entity that we have agreed to represent, and you will not assert a conflict of interest because we represent other persons, corporations, or entities that are adverse to any of such related persons, corporations, or legal entities.

## Professional Fees

In determining the professional fee for our legal services we are generally guided primarily by the amount of time devoted to your matter and the hourly rates of the attorneys performing the services, although we offer other fee arrangements in appropriate situations. If another fee arrangement has been mutually agreed to you for your work, it will be set forth in the accompanying letter.

Our hourly rates are subject to review and adjustment from time to time. Any changes in hourly rates are usually applied prospectively, although they may also be applied to time that has been recorded but not yet billed. We will provide you with notice of any changes to our rates or expense charges, either through correspondence or invoices indicating the rates then in effect. Our attorneys and other personnel will record time spent on your behalf in tenth-hour increments unless otherwise agreed between you and us.

We will seek to perform your work cost efficiently. This does not mean, however, that we will assign an attorney with the lowest hourly rate. When selecting attorneys to perform legal services required by our engagement, we generally consider the skill, ability, and experience levels required for the work, and the time demands of your matter, as well as the hourly rates of our attorneys, unless you request otherwise. Under some circumstances, attorneys with higher hourly rates may be assigned in order to provide specialized legal skills, to complete the matter more quickly, to meet time constraints imposed by you or the circumstances, or to seek to perform the work at a lower overall professional fee.

We generally charge for travel time during normal business hours at our applicable hourly rates. Outside normal business hours we charge one-half our applicable hourly rates unless the attorney or other person is able to work while traveling. If the attorney or other person works on your behalf while traveling, you will be charged our applicable hourly rates regardless of the time of travel. If the attorney or other person works on other clients' matters while traveling, you will not be charges for time during which the attorney or other person worked for other clients.

## Taxes

The fees for services do not include any excise, sales, use value added or other taxes, tariffs or duties that may be applicable to our services. When we have the legal obligation to collect such taxes, tariffs or duties, the amount of such taxes, tariffs and duties will be included on our statements with other expenses and charges unless you provide us with a valid tax exemption certificate authorized by the appropriate taxing authority. Any payments by you to us will be made free and clear of, and without reduction for, any withholding taxes. Any such taxes that are otherwise imposed on payments to us will be your sole responsibility. You may be asked to provide us with official receipts issued by the appropriate tax authority or such other evidence to establish that such taxes have been paid.

## Expenses and Other Charges

In addition to fees for our professional services, our statements will include out-of-pocket expenses we incur (e.g. filing fees, court reporter fees, expert witness fees, overnight courier fees, travel, and postage) and internal charges we make for other services we provide (e.g computerized legal research) in connection with performing legal services on your behalf. Out-of-pocket expenses incurred will be billed at our cost, which in some cases may be estimated. Internal charges (which may exceed direct costs and allocated overhead expense) will be billed at amounts that reflect the value of the service or industry practice. Further detail regarding any expenses or other charges will be furnished upon request. We may request an advance expense deposit from you in matters where we expect that we will be required to incur substantial out-of-pocket costs on your behalf.

**Travel Expenses.** For automobile travel, we customarily reimburse our attorneys and other personnel and charge you the Internal Revenue Service approved mileage rate, plus parking and tolls outside the cities in which our offices are located.

Actual cost is always charged for airfare, auto rental, cab fare, meals, and lodging. Our attorneys and other personnel are required to travel coach class, lowest logical airfare, unless you request or approve other arrangements in advance or circumstance warrant otherwise.

**Delivery and Communications Expenses.** Postage on mail in excess of two ounces per item is billed at cost. Air express, outside local messenger services and courier services are billed at cost. Use of our own messengers for local deliveries is charged at rates generally competitive with local messenger services.

**Computerized Research and Database Charges.** We utilize Lexis-Nexis and Westlaw to provide primary automated research services that assist in reducing your professional fees. In addition, we have access to other internal and external databases, which help to save money and assist in improving the quality of legal research. Our charges for use of those automated research tools are at vendor invoice, which is net of all discounts provided by vendors.

## Invoices and Payments

Unless otherwise mutually agreed, we generally render monthly invoices for legal services, expenses and other charges. Our invoices are due and payable upon receipt. Payment is considered overdue if not received within 30 days from the invoice date. If our invoices are not timely paid, we may withdraw from your representation and terminate our services. We may also assess an interest charge on any overdue invoices, whether or not we terminate services. Payments made on overdue invoices are applied first to the oldest outstanding invoice.

If you have any question about any invoice or any fee, expense, or other charge, we urge you to discuss it with us in a timely manner.

## Termination

Unless we have mutually agreed to continue our attorney-client relationship with respect to other matters, our attorney-client relationship with you will end upon the completion of services for the matter to which the accompanying letter applies or upon the earlier termination of our engagement by you or by us. In this regard, you have the right to terminate our attorney-client relationship at any time you wish with or without cause. An early termination of our relationship without cause will not, and an early termination of our relationship with cause may not, relieve you of your obligation to pay our fees, expenses, and other charges incurred before the termination, forthwith, all sums due the firm in full. Pending full payment, the firm shall have the right to retain all your files and papers. We also have the right, and sometimes the obligation, to terminate the engagement subject to the ethical standards in the Rules of Professional Conduct. We also reserve the right to suspend or terminate our representation, subject to such ethical standards, if you breach your obligations with respect to the engagement or do not pay the firm's invoices as specified.

## Ownership of Files and Records

Except as to records which belong to the firm, records or files which we receive from you and documents that are produced or created in connection with your representation, shall be your property, unless otherwise provided herein, subject to any lien granted by law, rules of professional conduct and our right to make and retain copies. It is understood and agreed that we shall have the right, at our discretion, to dispose of files which have not been returned to you at such time that we determine that such files need no longer be retained.

**EXHIBIT "D"**

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 78
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00011-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/01/2020 | Outside Courier Service: Demand Letters to Borrower/Guarantors | EES | $88.15 | 1.00 | $88.15 |

| | | |
|---|---|---|
| | **Subtotal** | **$88.15** |
| | **Total** | **$88.15** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 79
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/21/2020 | review and respond to correspondence with Jennifer re terms of the modification agreement | EES | $450.00 | 0.30 | $135.00 |
| 01/23/2020 | review correspondences in loan file (.9) review SBA Authorization (.9) review corporate resolutions and entity information (.5) review note (.4) review 4 guaranty agreements (.5) review security agreement (.4) review UCCs (.7) review mortgage on ████████ (1.2) review title policy (.4) review landlord subordination agreement (.4) review lease (1.2) review nondistiburance agreement (.3) | EES | $450.00 | 7.80 | $3,510.00 |
| 01/23/2020 | review DNB Memorandum terms for an agreement to release NJ property due to divorce of guarantors ████████ (.5) | EES | $450.00 | 0.50 | $225.00 |
| 01/24/2020 | review second mortgage o████████ (1.2) review title work regarding real property (.4) review second mortgage on ████████ (1.4) review title work on real property (.3) review confessions of judgment on Borrower and Guarantors (.6) | EES | $450.00 | 11.90 | $5,355.00 |

D-2

Invoice Number 79 - 03/06/2020

review Memorandum on joint venture
business (2.5) review retail lease (.7)
review shareholder agreement█████
█████ (.6) review contractor agreement
(.7) review SBA loan agreement (.4)
review business loan agreement (.4)
review deeds for transfer of████████
████████perty among Guarantors
████(.5) review change in terms
agreement (.3) review mortgage on█████
████████(1.6) review title work re
NJ property (.3)

| Date | Description | | Rate | Hours | Amount |
|------|-------------|---|------|-------|--------|
| 01/27/2020 | prepare and draft modification (4.5) prepare and draft release of mortgage (1.2) prepare and draft release of UCC (.4) prepare and draft disclosures of confession of judgments on Borrower and guarantors (2.2) | EES | $450.00 | 8.30 | $3,735.00 |
| 01/30/2020 | Call with Jennifer re matter status and next steps | EES | $450.00 | 0.50 | $225.00 |

|  |  | **Subtotal** | **$13,185.00** |
|--|--|--------------|----------------|
|  |  | **Total** | **$13,185.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:██████

D-3

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 80
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00017-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/06/2020 | call with Jennifer re modification terms | EES | $450.00 | 0.30 | $135.00 |
| 01/13/2020 | review note (.7) review security agreements (.9) review additional loan documents (1.4) review correspondences in file (.7) | EES | $450.00 | 3.70 | $1,665.00 |
| 01/14/2020 | prepare and draft modification agreement | EES | $450.00 | 4.20 | $1,890.00 |

|  |  |
|------|------|
| **Subtotal** | **$3,690.00** |
| **Total** | **$3,690.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D-4

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 81
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00018-DNB First, NA**

████████████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/29/2020 | review updated lien information (.5) review SBA Authorization (.9) review lease agreement (.1.4) review appraisal (.4) review security agreement (.3) review guaranty agreements on 3 guarantors (.6) review corporate records (.2) review UCCs (.3) review loan agreement (.2) review business loan agreement (.4) review note (.2) review disclosures of confession of judgment on Borrower and Guarantors (.7) prepare and draft amended Memorandum (.9) | EES | $450.00 | 7.00 | $3,150.00 |
| 01/30/2020 | call with ████████ to discuss next steps | EES | $450.00 | 1.40 | $630.00 |

|  |  | **Subtotal** | **$3,780.00** |
|--|--|--|--|
|  |  | **Total** | **$3,780.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305

D–5

Invoice Number 81 - 03/06/2020

Federal ID Number: ███████████

D-6

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 82
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00023-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/27/2020 | review note (.3) review mortgage (.5) review assignment of rents (.2) review title policy (.3) prepare and draft modification agreement (3.2) | EES | $450.00 | 4.50 | $2,025.00 |

|  |  |
|---|---|
| **Subtotal** | **$2,025.00** |
| **Total** | **$2,025.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–7

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 83
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00024-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/05/2020 | review notes in file (.4) review SBA Authorization (.5) review note (.3) review guaranty (.3) review security agreement (.4) review business loan agreement (.4) review UCCS (.3) review confessions of judgment (.4) review corporate resolutions (.3) | EES | $450.00 | 3.30 | $1,485.00 |
| 01/10/2020 | prepare and draft modification agreement | EES | $450.00 | 3.20 | $1,440.00 |
| 01/17/2020 | Calls with Jennifer re PPP program, note and rolout (3.5) review PPP Note and provide comments to same (2) | EES | $450.00 | 5.50 | $2,475.00 |
| 01/17/2020 | PPP program on NAGGL (3) call with Jennifer re same (1.5) prepare and draft summary of call (3) | EES | $450.00 | 7.50 | $3,375.00 |
| 01/24/2020 | call with Jennifer re PPP and other programs | EES | $450.00 | 2.50 | $1,125.00 |

|  |  |
|--|--|
| **Subtotal** | **$9,900.00** |
| **Total** | **$9,900.00** |

D-8

Invoice Number 83 - 03/06/2020

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ██████████

D-9

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 84
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00025-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/06/2020 | review correspondence in file (.5) review SBA Authorization (.5) review security agreement (.5) review UCCS (.4) review mortgages (1.9) review guaranty agreements on 2 guaratnors (.5) review confessions of judgment (.4) review landlord consent (.4) review lease agreement (.9) review life insurance information (.3) review corporate resolutions (.3) review loan agreement (.4) review subrodination agreement (.4) | EES | $450.00 | 7.40 | $3,330.00 |
| 01/11/2020 | prepare and draft modification agreement | EES | $450.00 | 3.10 | $1,395.00 |
| 01/17/2020 | call with Jennifer re loan terms for modification | EES | $450.00 | 2.50 | $1,125.00 |

|  |  |
|---|---|
| **Subtotal** | **$5,850.00** |
| **Total** | **$5,850.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE

D–10

Invoice Number 84 - 03/06/2020

Atlanta, GA 30305
Federal ID Number:

D–11

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 85
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/24/2020 | review lease agreement (1.2) review additional guaranty information to address guaranty issue (.8) review updated lien records (.5) review and revise Memorandum with updated information (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–12

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 86
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00035-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/06/2020 | prepare and draft amended Memorandum based on updated lien information | EES | $450.00 | 1.40 | $630.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$630.00** |
| | **Total** | **$630.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–13

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 87
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00036-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 01/02/2020 | review correspondences in file (.8) review SBA Authorization (.6) review Note (.4) review assignment of lease (.5) review leasehold mortgage and security agreement (.9) review guaranty agreement (.4) review security agreement (.5) review appraisal (.4) review sublease (.5) review guaranty and surety agreement with ████████ .7) review reliance letter (.2) review environmental report (.5) review UCCs (.3) review title policy (.4) review corporate resolutions (.2) review confessions of judgment (.4) | EES | $450.00 | 7.70 | $3,465.00 |
| 01/02/2020 | prepare and draft demand letter | EES | $450.00 | 1.90 | $855.00 |
| | | | **Subtotal** | | **$4,320.00** |
| | | | **Total** | | **$4,320.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305

D–14

Invoice Number 87 - 03/06/2020

Federal ID Number: ███████

D−15

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 88
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00037-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 01/03/2020 | review correspondences in file on loan ███████(.8) review SBA Authorization on loan █████(.6) review Note (.4) review guaranty agreements for 5 guarantors(.9) review security agreement (.5) review mortgage on ███████████(.9) review mortgage on ████ (.9) review mortgage o█ (1.1) review mortgage o█ ████████(1.4) review reliance letters (.4) review environmental reports for all 3 properties (2.2) review bill of sales (.4) review environmental indemnity agreement (.4) | EES | $450.00 | 10.90 | $4,905.00 |
| 01/04/2020 | review collateral assignments on loan ██████(.3) review appraisals(.5) review UCCs (.7) review title policies (1.4) review corporate resolutions for all 5 borrowers (.6) review confessions of judgment (.9) prepare and draft demand letter (2.6) | EES | $450.00 | 7.00 | $3,150.00 |
| 01/05/2020 | review correspondences in file for loan ██████(.4) review SBA Authorization for loan █████(.5) review note (.4) | EES | $450.00 | 7.50 | $3,375.00 |

D–16

Invoice Number 88 - 03/06/2020

review guaranty for 5 guaratnors (.9)
review security agreement (.4) review
UCCs (.5) review mortgage on ███████
███.7) review mortgage on ██████
█.8) review mortgage on █████
(.9) review mortgage on ██████
█████████(1.1) review confessions of
judgment on all Borrower and Guarantors
(.9)

| 01/05/2020 | prepare and draft demand letter on loan ██████ | EES | $450.00 | 2.10 | $945.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Subtotal** | **$12,375.00** |
| **Total** | **$12,375.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████████

D–17

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 89
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00038-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/24/2020 | review PSA with SBA Authorization to ensure compliance (2.6) review updated lien records (.5) review and revise Memorandum with updated information (.5) | EES | $450.00 | 3.60 | $1,620.00 |
| 01/24/2020 | review PSA with SBA Authorization to ensure compliance (2.6) review updated lien records (.5) review and revise Memorandum with updated information (.5) | EES | $450.00 | 3.60 | $1,620.00 |

|  |  |
|--|--|
| **Subtotal** | **$3,240.00** |
| **Total** | **$3,240.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–18

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 90
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00040-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/18/2020 | review updated lien records (.5) review environmental reports (.9) review and revise Memorandum with updated information (.5) | EES | $450.00 | 1.90 | $855.00 |

|  | **Subtotal** | **$855.00** |
|--|--------------|-------------|
|  | **Total** | **$855.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–19

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 91
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00041-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/18/2020 | review updated lien records (.5) review additional guaranty information in effort to resolve guaranty issue (1.5) review and revise Memorandum with updated information (.5) | EES | $450.00 | 2.50 | $1,125.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,125.00** |
| **Total** | **$1,125.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮▮

D-20

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 92
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00042-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/25/2020 | review SBA Authorization on loan ▮▮▮▮ (.5) review UCCS (.3) review landlord consent (.3) review disclosures (.2) review collateral assignment (.6) review mortgage on ▮▮▮▮ (1.4) review mortgage on ▮▮▮▮ (1.3) review guaranty agreements on 4 guarantors (.8) review lease agreement (.5) review security agreement (.4) review loan agreement (.5) review title policy (.3) review additional loan information (.5) review Note (.5) review corporate resolutions (.3) review confessions of judgment (.6) review updated lien information information (.4) prepare and draft amended MEmorandum (.9) | EES | $450.00 | 10.30 | $4,635.00 |

| | |
|---|---|
| **Subtotal** | **$4,635.00** |
| **Total** | **$4,635.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE

D–21

Invoice Number 92 - 03/06/2020

Atlanta, GA 30305
Federal ID Number

D–22

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 93
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00043-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/28/2020 | review updated lien information on loan ▓▓▓ (.4) review landlord subordination agreement (.6) review appraisal (.4) review additional loan documents (.7) review title policy for property (.4) review and revise Memorandum based on updated information (.7) | EES | $450.00 | 3.20 | $1,440.00 |

| | |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▓▓▓▓▓

D—23

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 94
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00044-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/28/2020 | review updated lien information (.8) review additional loan documents (1.4) prepare and draft amended Memorandum (.6) | EES | $450.00 | 2.80 | $1,260.00 |

| | | |
|--|--|--|
| **Subtotal** | **$1,260.00** |
| **Total** | **$1,260.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 95
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00045-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/20/2020 | review additional loan information regarding issue with address discrepancy (2.3) review lease agreement (.9) review updated lien information (.5) review landlord suborindation agreement (.5) prepare and draft amended Memorandum (.5) | EES | $450.00 | 4.70 | $2,115.00 |

|  |  |
|--|--|
| **Subtotal** | **$2,115.00** |
| **Total** | **$2,115.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 96
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00046-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/30/2020 | review updated lien records (.8) review additional loan documents (1.9) prepare and draft amended Memorandum (.6) | EES | $450.00 | 3.30 | $1,485.00 |

| | | |
|--|--|--|
| | **Subtotal** | **$1,485.00** |
| | **Total** | **$1,485.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–26

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 97
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00047-S&T Bank**

██████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/09/2020 | review notes on loan██████(.9) review SBA AUthorization (.9) review note (.3) review 8 guaranty agreements (1.5) review security agreement (.4) review UCCs (.4) review lease (1.4) review landlord subordination agreement (.8) review mortgage on████████████(1.2) review assignment of rents (.4) review title work re same (.3) review mortgage on██████████████(1.2) review title work re same (.2) review mortgage on█████(1.2) review title work re same (.2) review appraisals on each property (.4) review environmental indemnity agreement (.5) | EES | $450.00 | 12.20 | $5,490.00 |
| 01/10/2020 | review corporate records on loan█████(.4) review confessions of judgment on Borrower and each Guarantor (1.4)review construction loan agreement (.4) review assignment agreement (.4) review liquor license security agreement (.4) review business loan agreement (.4) review SBA loan agreement (.2) review purchase and escrow agreement (.5) | EES | $450.00 | 4.10 | $1,845.00 |

Invoice Number 97 - 03/06/2020

| | |
|---|---|
| **Subtotal** | **$7,335.00** |
| **Total** | **$7,335.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▉▉▉▉▉▉▉

Page 2 of 2

D−28

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 98
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00048-S&T Bank**

█████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/11/2020 | review notes on loan███████ (.9) review SBA AUthorization (.9) review note (.3) review 5 guaranty agreements (1.2) review security agreement (.4) review UCCs (.4) review liquor license agreement (.4) review mortgage on ████ (1.2) review mortgage on ████████ (1.2) review mortgage ██ █████████ 1.2) review SBA loan agreement (.3) review confessions of judgment on Borrower and each Guarantor (1.2) | EES | $450.00 | 9.60 | $4,320.00 |

|  |  |
|--|--|
| **Subtotal** | **$4,320.00** |
| **Total** | **$4,320.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number █████████

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 99
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00049-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/12/2020 | review notes on loan ▓▓▓ (.9) review SBA AUthorization (.9) review note (.3) review 8 guaranty agreements (1.5) review security agreement (.4) review UCCs (.4) review liquor license agreement (.5) review corporate records on Borrower and Guarantors (1.2) review SBA AUthorization (.9) review note (.3) review 8 guaranty agreements (1.5) review security agreement (.4) review UCCs (.4) | EES | $450.00 | 9.60 | $4,320.00 |
| 01/13/2020 | review mortgage on ▓▓▓ (1.2) review title work re same (.3) review mortgage on ▓▓▓ (1.2) review title work re same (.2) review mortgage on ▓▓▓ (1.2) review title work re same (.2) | EES | $450.00 | 4.30 | $1,935.00 |
| 01/14/2020 | review confessions of judgment on Borrower and each Guaratnors on loan ▓▓▓ .9) review SBA loan agreement (.3) review business loan agreement (.5) review environmental indemnity agreement (.6) review guarantor suborindaiton agreement (.4) review landlord subordination agreement (.5) | EES | $450.00 | 3.20 | $1,440.00 |

D–30

|  | |
|---|---|
| **Subtotal** | **$7,695.00** |
| **Total** | **$7,695.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

D-31

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 100
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00050-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/07/2020 | review correspondences in loan file (.9) review SBA Authorization (.7) review note (.4) review collateral assignment of liquor license and security agreement (1.2) review corporate records (.6) review security agreement (.5) review UCCs (.5) review mortgage o̶̶̶̶̶̶̶̶̶̶ (1.6) review title work on property (.4) review 2 guaranty agreements (.6) review confessions of judgment on Borrower and Guarantors (.6) review lease agreement (1.8) review landlord subordination agreement (.4) review appraisal (.3) review business loan agreement (.5) review subordination agreement of guarnators (.6) | EES | $450.00 | 11.60 | $5,220.00 |

| | | |
|--|--|--|
| **Subtotal** | | **$5,220.00** |
| **Total** | | **$5,220.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE

D–32

Invoice Number 100 - 03/06/2020

Atlanta, GA 30305
Federal ID Number:

D-33

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 101
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00051-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/08/2020 | review correspodnences and approvals in loan file (.8) review SBA Authorization (.9) review note (.4) review mortgage on ▆▆▆ (1.4) review title work on property (.5) review mortgage on ▆▆▆ (1.1) review title work on property (.4) review security agreement (.4) review UCCs (.3) review liquor license security agreement (.5) review environmental agreement (.6) review corporate records (.5) review guaranty agreements (.5) review confessions of judmgnet on Borrower and Guarantors (1.2) review business loan agreement (.5) | EES | $450.00 | 10.00 | $4,500.00 |

|  | Subtotal | $4,500.00 |
|--|----------|-----------|
|  | **Total** | **$4,500.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▆▆▆

D—34

Invoice Number 101 - 03/06/2020

D-35

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 102
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00053-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/28/2020 | review title policy for loan ▮(.4) review landlord subordination agreement on lo▮▮(.6) review appraisal loan ▮(.4) review additional loan documents loan▮(1.1) review and revise Memorandum based on updated information loan▮(.9) | EES | $450.00 | 3.40 | $1,530.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,530.00** |
| | Total | **$1,530.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮

Page 1 of 1

D–36

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 103
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00055-S&T Bank**

██████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/26/2020 | review updated lien information on loan ████(.8) review information to address mortgage recording issue (.9) review lease agreement on loan ████9) review landlord consent (.5) review and revise Memorandum with updated information (.5) | EES | $450.00 | 3.60 | $1,620.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,620.00** |
| | Total | **$1,620.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ██████

D–37

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 104
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00056-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/26/2020 | review updatd lien information on loan ████ (.5) review landlord consent (.3) review disclosures (.2) review collateral assignment (.6) review guaranty agreements on 4 guarantors (.8) review lease agreement (.5) review security agreement (.4) review loan agreement (.5) review title policy (.3) review additional loan information (.5) review Note (.5) review corporate resolutions (.3) review confessions of judgment (.6) prepare and draft amended MEmorandum on loan ████ (.9) | EES | $450.00 | 6.90 | $3,105.00 |

|  | Subtotal | $3,105.00 |
|--|----------|-----------|
|  | **Total** | **$3,105.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████

D–38

D−39

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 105
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00057-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/05/2020 | review correspondences in file for loan ███ (.4) review SBA Authorization for loan ███ (.5) review note (.4) review guaranty for 5 guaratnors (.9) review security agreement (.4) review UCCs (.5) review mortgage on ███ (.7) review mortgage on ███ (.8) review mortgage on ███ (.9) review mortgage on ███ (1.1) review confessions of judgment on all Borrower and Guarantors (.9) | EES | $450.00 | 7.50 | $3,375.00 |
| 01/05/2020 | prepare and draft demand letter on loan ███ | EES | $450.00 | 2.10 | $945.00 |

| | Subtotal | $4,320.00 |
|--|----------|-----------|
| | **Total** | **$4,320.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305

Page 1 of 2

D–40

Invoice Number 105 - 03/06/2020

Federal ID Number: ██████████

D-41

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 106
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00011-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/01/2020 | Outside Courier Service: Demand letter to Borrower | EES | $26.99 | 1.00 | $26.99 |
| | | | **Subtotal** | | **$26.99** |
| | | | **Total** | | **$26.99** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–42

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 107
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00039-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/16/2020 | review updated lien records (.6) review lease agreement (1.1) review PSA (.9) review and revise Memorandum with updated information (.5) | EES | $450.00 | 3.10 | $1,395.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,395.00** |
| | **Total** | **$1,395.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–43

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 108
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00043-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/27/2020 | review title policy for loan ▮(.4) review title policy for loan ▮(.4) review landlord subordination agreement on loan ▮(.6) review appraisal loan ▮(.4) review additional loan documents loan ▮(.7) review and revise Memorandum based on updated information loan ▮(.9) | EES | $450.00 | 3.40 | $1,530.00 |

|  | **Subtotal** | **$1,530.00** |
|--|--------------|---------------|
|  | **Total** | **$1,530.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

Page 1 of 1

D–44

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 157
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/03/2020 | call with Jennifer re no response from landlord and net steps | EES | $450.00 | 0.50 | $225.00 |
| 02/03/2020 | prepare and draft correspondence Jennifer re updated payoff for deficiency letter | EES | $450.00 | 0.10 | $45.00 |
| 02/10/2020 | call with Jennifer re status of case and next steps | EES | $450.00 | 0.90 | $405.00 |
| 02/12/2020 | review letter from Landlord counsel re settlement as to repairs to the property (.5) Prepare and draft correspondence to client re copy of same and initial letter sent to LAndlord counsel and thoughts on next steps and comments re letter proposed offer of Bank (.3) | EES | $450.00 | 0.80 | $360.00 |
| 02/13/2020 | Call with Jennifer re next steps since letter from Landlord Counsel and response to same and thoughts regarding proceeding with litigation as next steps | EES | $450.00 | 0.80 | $360.00 |
| 02/13/2020 | call with JEnnifer re letter from Landlord Counsel and next steps re response to same | EES | $450.00 | 0.80 | $360.00 |
| 02/14/2020 | review and respond to correspondences | EES | $450.00 | 0.20 | $90.00 |

D-45

Invoice Number 157 - 05/01/2020

| | | | | | |
|---|---|---|---|---|---|
| | with LL Counsel re timing of response letter | | | | |
| 02/17/2020 | Call with Jennifer to discuss response letter to Landlord Counsel and next steps in case | EES | $450.00 | 1.50 | $675.00 |
| 02/19/2020 | call with Jennifer to discuss response letter to Landlord Counsel | EES | $450.00 | 1.50 | $675.00 |
| 02/19/2020 | prepare and draft correspondence with Counsel for LL re response letter to LL Counsel by 2/28/2020 (.3) prepare and draft correspondence with Jennifer re confirmation regarding letter deadline and settlement offer plans and timing of inspection of the property (.2) review and respond to corresdponeces with LL Counsel re status of sale of property and litigation if no settlement (.4) | EES | $450.00 | 0.90 | $405.00 |
| 02/21/2020 | call with Jennifer re next steps re landlord and subpoenas | EES | $450.00 | 1.60 | $720.00 |
| 02/27/2020 | Call with Jennifer to discuss counteroffer letter to landlord | EES | $450.00 | 0.80 | $360.00 |
| 02/28/2020 | review and respond to correspondence with Jennifer offer to LL (.2) call with LL Counsel re offer (.7) prepare and draft letter to LL Counsel re offer (1.6) | EES | $450.00 | 2.50 | $1,125.00 |

|  |  |
|---|---|
| **Subtotal** | **$5,805.00** |
| **Total** | **$5,805.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

Page 2 of 2

D–46

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 158
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/25/2020 | meeting with Jennifer re matter and next steps and modification terms | EES | $450.00 | 5.00 | $2,250.00 |
| 02/26/2020 | review additional loan documents (1.9) review and revise modification agreement based on new terms (3.1) | EES | $450.00 | 5.00 | $2,250.00 |

| | |
|---|---|
| **Subtotal** | **$4,500.00** |
| **Total** | **$4,500.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–47

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 159
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00019-DNB First, NA**

▮▮▮▮▮▮▮▮▮▮▮

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/01/2020 | review correspondence in file on loan ▮▮▮ .5) review SBA Authorization on loan ▮▮▮ (.5) review note (.4) review corporate resolution and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.5) | EES | $450.00 | 4.40 | $1,980.00 |
| 02/01/2020 | review correspondence in file on loan ▮▮▮ .5) review SBA Authorization on loan ▮▮▮ (.5) review note (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.3) review loan agreement (.3) review forbearance agreement (.5) | EES | $450.00 | 4.60 | $2,070.00 |
| 02/02/2020 | review correspondence in file on loan ▮▮▮ (.5) review SBA Authorization on loan ▮▮▮ (.5) review note (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.3) review loan agreement (.3) review forbearance agreement (.5) | EES | $450.00 | 3.70 | $1,665.00 |

Invoice Number 159 - 05/01/2020

| Date | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/02/2020 | review correspondence in file on loan ███████ (.5) review SBA Authorization on loan ██████ (.5) review note (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.3) review loan agreement (.3) review forbearance agreement (.5) | EES | $450.00 | 3.70 | $1,665.00 |
| 02/02/2020 | review correspondence in file on loan ███████ (.5) review SBA Authorization on loan ██████ (.5) review note (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review assignment of rents (.3) review mortgages (1.5) review confessions of judgment (.3) review loan agreement (.3) | EES | $450.00 | 5.00 | $2,250.00 |
| 02/03/2020 | calls with Jennifer re correspondences received from SBA, timeline of manner, next possible steps and possible issues to consider and address (1.2) review and respond to correspondence with Jennifer re review of information (and request for informaiton from DNB colleagues to confirm timetable (.4) review correspodnences from SBA to DNB re issues and consider response to same (.9) | EES | $450.00 | 2.50 | $1,125.00 |
| 02/23/2020 | prepare and draft correspondence with Jennifer re follow up on missing information | EES | $450.00 | 0.20 | $90.00 |
| 02/24/2020 | meeting with ████████████ to discuss letter from SBA and response to same | EES | $450.00 | 9.00 | $4,050.00 |
| 02/29/2020 | prepare and draft response to SBA letter | EES | $450.00 | 8.90 | $4,005.00 |

| | | |
|---|---|---|
| **Subtotal** | **$18,900.00** |
| **Total** | **$18,900.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

D–49

Invoice Number 159 - 05/01/2020

D–50

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 160
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00021-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/18/2020 | review docket report to confirm no subpoena reissue on DNB or S&T. | EES | $450.00 | 0.90 | $405.00 |

|  |  | **Subtotal** | **$405.00** |
|--|--|--------------|-------------|
|  |  | **Total** | **$405.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 161
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00023-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review additional loan documents | EES | $450.00 | 1.40 | $630.00 |
| 02/29/2020 | review and revise modification agreement | EES | $450.00 | 1.30 | $585.00 |
| | | | **Subtotal** | | **$1,215.00** |
| | | | **Total** | | **$1,215.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

Page 1 of 1

D−52

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 162
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00024-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review and respond to correspondence with Jennifer re loan | EES | $450.00 | 0.30 | $135.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$135.00** |
| | **Total** | **$135.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-53

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 163
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00025-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review and respond to correspondences with Jennifer re loan | EES | $450.00 | 0.40 | $180.00 |

|  | Subtotal | $180.00 |
|--|----------|---------|
|  | Total | $180.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D—54

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 164
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | Call with Jennifer re question re secondary market and participation agreement with SBA | EES | $450.00 | 1.20 | $540.00 |
| | | | **Subtotal** | | **$540.00** |
| | | | **Total** | | **$540.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮▮

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 165
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00031-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.3) | EES | $450.00 | 3.70 | $1,665.00 |

|  | **Subtotal** | **$1,665.00** |
|--|--------------|---------------|
|  | **Total** | **$1,665.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 166
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00052-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/01/2020 | review loan correspondences in file (1.1) review SBA Authorization (.9) review Note (.4) review 4 guaranty agreements (.5) review mortgage on ████ property (1.4) review title work re same (.4) review mortgage on ████ (1.1) review title work re same (.3) review assignment or rents (.5) review security agreement (.4) review UCCs(.4) review liquor license assignment agreement (.4) review confessions of judgment on Borrower and Guarantors (.5) review corporate records (.5) review business loan agreement (.5) review lease agreement (1.2) review landlord suborindation (.6) review appraisals (.4) review corporate resolutions (.4) review SBA loan agreement (.4) | EES | $450.00 | 12.30 | $5,535.00 |

| | Subtotal | $5,535.00 |
|---|---|---|
| | **Total** | **$5,535.00** |

PLEASE REMIT PAYMENT TO:

D–57

Invoice Number 166 - 05/01/2020

THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

D-58

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 167
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00059-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/06/2020 | review correspondences in file onloan ▆▆(.5) review SBA Authorization ▆▆loan(.5) review note (.4) review change in term agreements (.4) review forbearance agreement (2.5) review security agreement (.5) review UCCs (.4) review mortgage on ▆▆▆(.9) review confessions of judgment (.6) review lease (.4) review assignment of rents (.6) | EES | $450.00 | 7.70 | $3,465.00 |
| 02/06/2020 | review correspondences in file onloan ▆▆(.5) review SBA Authorization ▆▆loan(.5) review note (.4) review change in term agreements (.4) review security agreement (.5) review UCCs (.4) review mortgage on ▆▆▆(.9) review confessions of judgment (.4) review lease (.4) review assignment of rents (.6) | EES | $450.00 | 5.00 | $2,250.00 |
| 02/07/2020 | review correspondences in file onloan ▆▆(.5) review SBA Authorization ▆▆loan(.5) review note (.4) review change in term agreements (.4) review security agreement (.5) review UCCs (.4) | EES | $450.00 | 5.40 | $2,430.00 |

Page 1 of 2

D−59

Invoice Number 167 - 05/01/2020

| | | | | | |
|---|---|---|---|---|---|
| | review mortgage on ▮▮▮▮▮▮ (.9) review confessions of judgment (.4) review lease (.4) review assignment of rents (.6) | | | | |
| 02/07/2020 | review correspondences in file onloan ▮▮▮ (.5) review SBA Authorization ▮▮▮loan(.5) review note (.4) review change in term agreements (.4) review security agreement (.5) review UCCs (.4) review mortgage on▮▮▮▮▮(.9) review confessions of judgment (.4) review lease (.4) review assignment of rents (.6) | EES | $450.00 | 5.00 | $2,250.00 |

|  |  |
|---|---|
| **Subtotal** | **$10,395.00** |
| **Total** | **$10,395.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮▮

D-60

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 168
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00060-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/01/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (1.1) review guaranty agreements on 7 guarantors (.7) review confessions of judgment (.6) review subordination of mortgage (.3) review assignment of rents (.4) review PSA (.5) review loan agreement (.4) | EES | $450.00 | 7.10 | $3,195.00 |

|  | Subtotal | $3,195.00 |
|--|----------|-----------|
|  | **Total** | **$3,195.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 169
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00061-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/02/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages on ▮▮▮▮▮▮ and ▮▮▮▮▮ (2.1) review guaranty agreements on 4 guarantors (.5) review confessions of judgment (.6) review assignment of rents (.4) review PSA (.5) review loan agreement (.4) review lease agreement (.4) review title work (.3) review franchise agreement (1.3) | EES | $450.00 | 9.60 | $4,320.00 |

| | Subtotal | **$4,320.00** |
|--|----------|---------------|
| | **Total** | **$4,320.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮▮▮

Page 1 of 2

D−62

Invoice Number 169 - 05/01/2020

D−63

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 170
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00062-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/01/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreements on 4 guarantors (.5) review confessions of judgment (.6) review landlord subordination (.3) | EES | $450.00 | 4.10 | $1,845.00 |

| | |
|---|---|
| **Subtotal** | **$1,845.00** |
| **Total** | **$1,845.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D-64

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 171
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00063-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/03/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ████████ (2.1) review guaranty agreements on 4 guarantors (.7) review confessions of judgment (.6) review assignment of lease (.4) review subordination agreement (.4) | EES | $450.00 | 7.30 | $3,285.00 |

| | | |
|---|---|---|
| | Subtotal | $3,285.00 |
| | Total | $3,285.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

Page 1 of 1

D-65

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 172
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00064-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/03/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 2 guaranty agreements (.5) review confessions of judgment (.6) | EES | $450.00 | 4.70 | $2,115.00 |

| | | |
|---|---|---|
| **Subtotal** | **$2,115.00** |
| **Total** | **$2,115.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–66

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 173
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00065-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/09/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (1.1) review 4 guaranty agreements (.6) review confessions of judgment (.7) review assignment of rents (.4) review business loan agreement (.4) review environmental agreement (.3) review PSA (.5) review landlord release (.4) review appraisal (.3) | EES | $450.00 | 7.80 | $3,510.00 |

|  |  |
|--|--|
| **Subtotal** | **$3,510.00** |
| **Total** | **$3,510.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D—67

Invoice Number 173 - 05/01/2020

D-68

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 174
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00066-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/11/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (1.1) review 2 guaranty agreements (.4) review confessions of judgment (.4) review environmental agreement (.3) review appraisal (.3) | EES | $450.00 | 5.60 | $2,520.00 |

|  |  |
|--|--|
| **Subtotal** | **$2,520.00** |
| **Total** | **$2,520.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–69

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 175
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00067-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/11/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.4) review confessions of judgment (.4) | EES | $450.00 | 3.90 | $1,755.00 |

|  | Subtotal | **$1,755.00** |
|--|----------|---------------|
|  | **Total** | **$1,755.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–70

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 176
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00068-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/13/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.5) | EES | $450.00 | 3.90 | $1,755.00 |

|  | Subtotal | **$1,755.00** |
|--|----------|---------------|
|  | **Total** | **$1,755.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–71

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 177
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00069-S&T Bank**

████████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/15/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ███████████████ (2.5) review guaranty agreement (.3) review confessions of judgment (.5) review title work on each property (.5) review appraisals (.4) | EES | $450.00 | 6.90 | $3,105.00 |

| | Subtotal | $3,105.00 |
|---|---|---|
| | **Total** | **$3,105.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████████

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 178
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00070-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/19/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review 2 guaranty agreements (.5) review confessions of judgment (.4) | EES | $450.00 | 3.60 | $1,620.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$1,620.00** |
| **Total** | | **$1,620.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D-73

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 179
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00071-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/20/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review security agreement (.5) review UCCs (.4) review mortgages for ▮▮▮ (1.8) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents on both properties (.4) review appraisal (.3) review title work on both properties (.4) | EES | $450.00 | 6.40 | $2,880.00 |

| | |
|---|---|
| **Subtotal** | **$2,880.00** |
| **Total** | **$2,880.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮

D–74

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 180
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00072-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/21/2020 | review correspondence in file (.5) review corporate records (.5) review SBA Authorization (.5) review note (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.4) review PSA (.3) | EES | $450.00 | 4.70 | $2,115.00 |

|  | **Subtotal** | **$2,115.00** |
|--|----------|-----------|
|  | **Total** | **$2,115.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–75

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 181
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00073-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/21/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.4) prepare and draft Memorandum (1.9) | EES | $450.00 | 6.20 | $2,790.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$2,790.00** |
| | **Total** | **$2,790.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–76

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 182
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00074-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/23/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.4) | EES | $450.00 | 3.40 | $1,530.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$1,530.00** |
| **Total** | | **$1,530.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number █████████

Page 1 of 1

D–77

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 183
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00075-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/25/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.4) review confessions of judgment (.3) | EES | $450.00 | 4.70 | $2,115.00 |

| | |
|------|------|
| **Subtotal** | **$2,115.00** |
| **Total** | **$2,115.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

D-78

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 184
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00076-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/25/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.4) review confessions of judgment (.3) | EES | $450.00 | 3.40 | $1,530.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,530.00** |
| **Total** | **$1,530.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–79

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 185
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00077-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/25/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 2 guaranty agreements(.4) review confessions of judgment (.5) review environmental agreement (.3) review lease agreement (.3) review landlord release (.3) review landlord suborindation agreement (.3) review suborindation non disturbance agreement (.2) review loan agreement (.3) review guarantor subordination agreement (.4) | EES | $450.00 | 7.30 | $3,285.00 |

| | Subtotal | $3,285.00 |
|---|---|---|
| | **Total** | **$3,285.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305

D–80

Invoice Number 185 - 05/01/2020

Federal ID Number: ███████████

D-81

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 186
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00078-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/26/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.4) review confessions of judgment (.3) review lease agreement (.3) review landlord waiver (.3) review loan agreement (.3) review subordination agreement (.4) review business loan agreement (.3) | EES | $450.00 | 5.40 | $2,430.00 |

|  |  |
|--|--|
| **Subtotal** | **$2,430.00** |
| **Total** | **$2,430.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████

Page 1 of 1

D-82

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 187
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00079-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review 3 guaranty agreements (.5) review confessions of judgment (.4) | EES | $450.00 | 4.00 | $1,800.00 |

|  | **Subtotal** | **$1,800.00** |
|--|--------------|---------------|
|  | **Total** | **$1,800.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

Page 1 of 1

D–83

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 188
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00080-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/28/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ███████████ 2.9) review 6 guaranty agreements (.9) review confessions of judgment (.7) | EES | $450.00 | 7.20 | $3,240.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$3,240.00** |
| | **Total** | **$3,240.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 189
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00081-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/28/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ▮▮▮▮▮▮▮▮ (1.9) review 2 guaranty agreements (.4) review confessions of judgment (.6) review assignment of rents on both properties (.4) review appraisals on both properties (.4) | EES | $450.00 | 6.40 | $2,880.00 |

|  | Subtotal | **$2,880.00** |
|--|----------|---------------|
|  | Total | **$2,880.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮▮

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 190
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00082-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/28/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 3 guaranty agreements (.5) review confessions of judgment (.6) review assignment of rents (.2) review appraisal (.3) review environmental agreement (.3) review title work (.3) review property participation agreement (.4) | EES | $450.00 | 6.20 | $2,790.00 |

|  |  |
|--|--|
| **Subtotal** | **$2,790.00** |
| **Total** | **$2,790.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–86

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 191
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00083-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 02/10/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement(.3) review confessions of judgment (.4) review assignment of rents (.2) review appraisal (.3) review Landlord consent (.3) review title work (.3) | EES | $450.00 | 5.40 | $2,430.00 |

| | |
|---|---|
| **Subtotal** | **$2,430.00** |
| **Total** | **$2,430.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████

D–87

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 192
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00084-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/09/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in terms (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 4 guaranty agreements (.9) review confessions of judgment (.7) review assignment of rents (.2) review subordination of mortgage (.3) review loan agreement (.3) review business loan agreement (.2) review environmental agreement (.3) | EES | $450.00 | 6.90 | $3,105.00 |

|  | Subtotal | **$3,105.00** |
|--|----------|---------------|
|  | **Total** | **$3,105.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D—88

Invoice Number 192 - 05/01/2020

D-89

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 193
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00085-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/07/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in terms (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages on ▮▮▮▮ (2.9) review 4 guaranty agreements (.9) review confessions of judgment (.7) review PSA (.3) review collateral assignment of liquor license (.3) review loan agreement (.3) review lease agreement (.4) review environmental agreement on each property (.7) | EES | $450.00 | 9.60 | $4,320.00 |

|  |  |
|------|------|
| **Subtotal** | **$4,320.00** |
| **Total** | **$4,320.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮

Page 1 of 2

D–90

Invoice Number 193 - 05/01/2020

D–91

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 194
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00086-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/12/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 3 guaranty agreements (.3) review confessions of judgment (.5) review business loan agreement (.4) | EES | $450.00 | 5.20 | $2,340.00 |

| | Subtotal | **$2,340.00** |
|---|---|---|
| | Total | **$2,340.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D-92

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 195
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00087-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/17/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ▮▮▮ (2.5) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents for both properties (.4) review business loan agreement (.4) review appraisals (.4) review subordination agreement (.4) | EES | $450.00 | 8.00 | $3,600.00 |

| | | |
|---|---|---|
| **Subtotal** | **$3,600.00** |
| **Total** | **$3,600.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮

D–93

Invoice Number 195 - 05/01/2020

D-94

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 196
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00088-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/24/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ████ (5.9) review 2 guaranty agreements (.5) review confessions of judgment (.5) review business loan agreement (.4) review release of mortgage (.3) review FB Agreement (.7) | EES | $450.00 | 9.40 | $4,230.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$4,230.00** |
| **Total** | | **$4,230.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████

D–95

Invoice Number 196 - 05/01/2020

D−96

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 197
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00089-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/13/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review 3 guaranty agreements (.3) review confessions of judgment (.5) review business loan agreement (.4) review PSA (.4) | EES | $450.00 | 4.70 | $2,115.00 |

| | | Subtotal | $2,115.00 |
|---|---|---|---|
| | | **Total** | **$2,115.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

D–97

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 198
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00090-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/08/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.3) review PSA (.3) review loan agreement (.3) review business loan agreement (.3) | EES | $450.00 | 5.10 | $2,295.00 |

|  | | |
|--|--|--|
| **Subtotal** | **$2,295.00** |
| **Total** | **$2,295.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–98

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 199
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00091-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/19/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 8 guaranty agreements (.9) review confessions of judgment (.6) review assignment of rents (.3) review business loan agreement (.4) review appraisals (.4) review lease agreements (.3) review environmental agreements (.3) review loan agreement (.2) review title work (.3) | EES | $450.00 | 7.70 | $3,465.00 |

| | |
|---|---|
| **Subtotal** | **$3,465.00** |
| **Total** | **$3,465.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████

Page 1 of 2

D–99

Invoice Number 199 - 05/01/2020

D-100

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 200
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00092-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/04/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ████████ (2.5) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents (.4) review construction loan agreement (.4) review environmental agreement (.3) review lease agreement (.5) | EES | $450.00 | 8.00 | $3,600.00 |

|  | Subtotal | $3,600.00 |
|--|----------|-----------|
|  | **Total** | **$3,600.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

D—101

Invoice Number 200 - 05/01/2020

D−102

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 201
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00093-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/05/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ▓▓▓ (2.5) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents on each property (.4) review business loan agreement (.4) review title work on each property (.6) review loan agreement (.2) | EES | $450.00 | 8.00 | $3,600.00 |

|  |  |
|---|---|
| **Subtotal** | **$3,600.00** |
| **Total** | **$3,600.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▓▓▓▓

D–103

D—104

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 202
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00094-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/26/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents (.4) review business loan agreement (.4) review environmental agreement (.3) review lease agreement (.5) review appraisal (.3) review title work (.3) review PSA (.3) | EES | $450.00 | 6.90 | $3,105.00 |

| | | |
|---|---|---|
| **Subtotal** | **$3,105.00** |
| **Total** | **$3,105.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 203
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00095-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/08/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (1.1) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents (.4) review business loan agreement (.4) review environmental agreement (.3) review lease agreement (.5) review title work (.3) review PSA (.5) | EES | $450.00 | 7.40 | $3,330.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$3,330.00** |
| **Total** | | **$3,330.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████

D–106

D—107

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 205
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/02/2020 | call with counsel for landlord re case and settlement | EES | $450.00 | 0.40 | $180.00 |
| 03/03/2020 | review and respond to correspondence with Jennfier re settlement offer to landlord | EES | $450.00 | 0.40 | $180.00 |
| 03/03/2020 | review and respond to correspondences with ████████ re accounting | EES | $450.00 | 0.30 | $135.00 |
| 03/11/2020 | review and respond to correspondences with LL Counsel request for call to discuss case | EES | $450.00 | 0.40 | $180.00 |
| 03/11/2020 | review loan collateral (.5) prepare and draft report re same (.5) | EES | $450.00 | 1.00 | $450.00 |
| 03/12/2020 | call with counsel for Landlord | EES | $450.00 | 0.70 | $315.00 |
| 03/13/2020 | review and respond to correspondences with LL Counsel re settlement terms | EES | $450.00 | 0.40 | $180.00 |
| 03/17/2020 | review letter from Landlord Counsel re settlement (.4) prepare and draft response letter to LAndlord Counsel (1.4) | EES | $450.00 | 1.80 | $810.00 |
| 03/17/2020 | prepare and draft notice of subpoena on | EES | $450.00 | 11.90 | $5,355.00 |

D−108

| | | | | | |
|---|---|---|---|---|---|
| | Citizens Bank (2.2) prepare and draft notice of subpoena on PNC Bank (1.9) prepare and draft notice of subpoena on Wells Fargo Bank (1.9) prepare and draft notice of subpoena on Fulton Bank (2) prepare and draft notice of subpoena on WSFS Bank (2) prepare and draft notice of subpoena on ▮▮▮▮▮▮▮▮ (1.9) | | | | |
| 03/18/2020 | call with Jennifer re settlement terms with landlord based on letter with LL Counsel (.9) | EES | $450.00 | 0.90 | $405.00 |
| 03/20/2020 | review and respond to correspondences with Landlord Counsel re call to discuss invoices provided to Bank to date and clarification of invoices provided by Landlord to Bank that represent much lower work estimate (.5) prepare and draft correspondence with ▮▮▮▮▮▮▮ re position re invoices provided in December 2019 and Bank's position re acceptance to pay certain nonduplicative work represetned in inovices for puropses of settlement talks to Landlord Counsel (.7) call with ▮▮▮▮▮▮ to discuss same (.6) call with Landlord Counsel to discuss invoices provided to date, Bank's position re same and Landlord position re same despite wide variation in pricing of invoices and repair work (.8) review invoices provided by Landlord to date and determine differences in same based on call with landlord counsel and Landlord position re same (1.4) call with ▮▮▮▮▮ to discuss call with landlord Counsel and response to same given Landlord position rejecting less expensive estimates v higher estimates (.6) | EES | $450.00 | 4.60 | $2,070.00 |
| 03/20/2020 | Call with Jennifer to discuss subpoenas to Banks and ensure not missing any additional banks or other IRAs. | EES | $450.00 | 0.50 | $225.00 |
| 03/20/2020 | prepare and draft notice of issuance of subpoenas on PNC, WF, WSFS, Citizens, Fulton an ▮▮▮▮▮▮▮ (1) review and redact subpoenas for filing (.5) | EES | $450.00 | 1.50 | $675.00 |

Invoice Number 205 - 04/30/2020

| Date | Description | | Rate | Hours | Amount |
|------|-------------|---|------|-------|--------|
| 03/20/2020 | call with Jennifer re outline of LL invoices and approval to offer to pay certain invoices and floor repair (.9) prepare and draft correspondence with LL Counsel re letter and call to discuss same (.3) | EES | $450.00 | 1.20 | $540.00 |
| 03/23/2020 | Prepare and draft correspondence to client re subpoenas served for records and update re letter to landlord counsel re Bank's acceptance to pay certain invoices (.4) | EES | $450.00 | 0.40 | $180.00 |
| 03/23/2020 | review local court rules re pretrial since order not entered to date (.9) review and respond to correspondences with Counsel for records of DNB (1.9) | EES | $450.00 | 2.80 | $1,260.00 |
| 03/24/2020 | prepare corporate disclosures (1.5) call with counsel for ███████ re planning meeting (.4) | EES | $450.00 | 0.90 | $405.00 |
| 03/24/2020 | prepare and draft correspondence with counsel for ██████ records of bank | EES | $450.00 | 0.30 | $135.00 |
| 03/25/2020 | Call with Jennifer re status of ████ matter and next steps | EES | $450.00 | 0.60 | $270.00 |
| 03/25/2020 | prepare and draft letter to landlord in response to Feb 12 letter and March 15 letters and offer to pay certain invoices in lieu of repair work by contractor (3) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/27/2020 | review letter from ████ Counsel re subpoenas (.5) prepare and draft response letter to same (1.2) calls with Court re pretrial order (.4) prepare and draft letter to Court requesting pretrial order (.5) | EES | $450.00 | 2.60 | $1,170.00 |
| 03/27/2020 | review and respond to correspondence with court re pretrial order | EES | $450.00 | 0.60 | $270.00 |
| 03/31/2020 | review and respond to correspondences with Jennifer re call from ██████ to Bank to discuss case and Bank's concerns re same (.4) call with Jennifer to discuss ██████ call to Bank and response to same (.9) prepare and draft letter to LL Counsel in response to letter re settlement terms (2.2) call with Jennifer re same (.5) | EES | $450.00 | 4.00 | $1,800.00 |

D–110

Invoice Number 205 - 04/30/2020

| | |
|---|---|
| **Subtotal** | **$18,540.00** |
| **Total** | **$18,540.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████████

D–111

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 206
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/03/2020 | review loan documents | EES | $450.00 | 6.20 | $2,790.00 |
| 03/17/2020 | call with Jennifer re modification terms | EES | $450.00 | 0.50 | $225.00 |
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/20/2020 | Call with Jennifer to discuss changes in terms to modification | EES | $450.00 | 0.40 | $180.00 |
| 03/25/2020 | Call with Jennifer to discuss modification terms | EES | $450.00 | 0.60 | $270.00 |

|  | Subtotal | $4,815.00 |
|--|----------|-----------|
|  | **Total** | **$4,815.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: 

D−112

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 207
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00018-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | **$1,350.00** |
|---|---|---|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–113

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 208
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00019-DNB First, NA**



### Services

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/02/2020 | call with Jennifer re modification of loan | EES | $450.00 | 0.50 | $225.00 |
| 03/03/2020 | call with Jennifer re history of loan history and SBA issues and concerns | EES | $450.00 | 0.90 | $405.00 |
| 03/03/2020 | review loan documents re loan ███ 4.9) review loan documetns re loan ███ 5.2) | EES | $450.00 | 10.10 | $4,545.00 |
| 03/04/2020 | review loan documents re loan ███ 5.1) review loan documents re loan ███ 5.6) | EES | $450.00 | 10.70 | $4,815.00 |
| 03/05/2020 | review loan documents re loan ███ 5.4) review modification and forbearance agreement (3.2) | EES | $450.00 | 8.60 | $3,870.00 |
| 03/09/2020 | call with Jennifer to discuss loan documentation missing for review to determine response to SBA | EES | $450.00 | 0.40 | $180.00 |
| 03/09/2020 | call with Jennifer to discuss loan documentation review and possible modification terms | EES | $450.00 | 1.80 | $810.00 |
| 03/09/2020 | call with Jennifer to discuss keeping | EES | $450.00 | 0.70 | $315.00 |

D–114

maturity date the same and options re
maturity date modifications

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 03/09/2020 | call with Jennifer to discuss maturity date of loan for modification approved and response to SBA and documentation to support same | EES | $450.00 | 0.90 | $405.00 |
| 03/09/2020 | review and respond to correspondence with Jennifer re review of loan documents and responses to questions re maturity date issue | EES | $450.00 | 0.80 | $360.00 |
| 03/09/2020 | prepare and draft correspondence with Jennifer re liquidation status effective date (.3) review and respond to correspondences with Jennifer re servicing question re loans and responses to same (.8) | EES | $450.00 | 1.10 | $495.00 |
| 03/10/2020 | prepare and draft modification agreement | EES | $450.00 | 8.00 | $3,600.00 |
| 03/12/2020 | review and revise modification agreement with payment history and payoff as of Oct 1, 2017 (1.7) prepare and draft confession of judgment on Borrower (.9) prepare and draft confession of Judgment on ▮▮▮▮ (.3) prepare and draft confession of judgment on ▮▮▮▮ (.3) prepare and draft confession of judgment on ▮▮▮▮ (.3) prepare and draft correspondence with Jennifer re Modification for execution and need for notary due to confession of judgment (.3) | EES | $450.00 | 3.80 | $1,710.00 |
| 03/12/2020 | call with Jennifer re agreement terms and next steps re letter to SBA | EES | $450.00 | 0.50 | $225.00 |
| 03/12/2020 | review and response to correspondences with Jennifer re questions re modification | EES | $450.00 | 0.30 | $135.00 |
| 03/13/2020 | prepare and draft letter to SBA including review of communication with Bank and SBA and history re participation and purchase by SBA and timelines re same | EES | $450.00 | 5.00 | $2,250.00 |
| 03/13/2020 | prepare and draft letter to SBA including review of communication with Bank and SBA and history re participation and | EES | $450.00 | 5.00 | $2,250.00 |

Invoice Number 208 - 04/30/2020

|  | purchase by SBA and timelines re same | | | | |
|---|---|---|---|---|---|
| 03/13/2020 | call with Jennifer re terms to modification (.9) review payment history on each loan (2.6) | EES | $450.00 | 3.50 | $1,575.00 |
| 03/13/2020 | review loan collateral for each loan(6.5) prepare and draft report for each loan (3) | EES | $450.00 | 9.50 | $4,275.00 |
| 03/15/2020 | prepare and draft correspondence with Jennifer re letter to SBA for review (.4) review and respond to correspondences with Jennifer re execution of agreements (.3) | EES | $450.00 | 0.70 | $315.00 |
| 03/16/2020 | Call With Jennifer re submission to SBA and next steps | EES | $450.00 | 0.30 | $135.00 |
| 03/16/2020 | prepare and draft correspondence with SBA re letters response re loan status | EES | $450.00 | 0.30 | $135.00 |
| 03/25/2020 | Call with Jennifer to discuss modifications of additional loans and status of response from SBA | EES | $450.00 | 0.60 | $270.00 |
| 03/26/2020 | review payoff of each loan (.6) review and revise modification agreements with updated payoffs for each loan (1.4) | EES | $450.00 | 2.00 | $900.00 |
| 03/26/2020 | prepare and draft correspondence with Jennifer re questions re modifications for loan ███████████████ .9) review and respond to correspondence with Jennfier re same (.4) | EES | $450.00 | 1.30 | $585.00 |
| 03/27/2020 | call with Jennifer re questions re modification execution (.6) review and revise modifications for final execution based on comments from ██████████ (.4) prepare modifications for execution by parties (.7) review and revise confessions of judgment (2.4) prepare and draft closing letter (.9) | EES | $450.00 | 5.00 | $2,250.00 |
| 03/27/2020 | review flood zone requirmeents of S&T (.9) prepare and draft correspondence with Jennifer re same for closing (.2) review flood certification (.4) review and respond to correspondence with Jennifer re flood zone certification (.4) prepare and draft | EES | $450.00 | 2.40 | $1,080.00 |

Invoice Number 208 - 04/30/2020

correspondence with Jennifer re
modifications on loans █████
and ███ .5)

| 03/27/2020 | prepare and draft correspondence with Jennifer re flood issue with cross-collateralization in loan documents | EES | $450.00 | 0.90 | $405.00 |
| 03/27/2020 | review and respond to correspondence with Jennifer re flood zone determination (.3) review flood zone report and incorporate language re same (.7) | EES | $450.00 | 1.00 | $450.00 |
| 03/30/2020 | Call with Jennifer re modifications (1.5) review and revise modification for execution (.4) | EES | $450.00 | 1.90 | $855.00 |
| 03/30/2020 | review executed modifications and prepare closing package | EES | $450.00 | 2.00 | $900.00 |
| 03/31/2020 | call with Jennifer re questions re modification terms and booking of same | EES | $450.00 | 1.60 | $720.00 |
| 03/31/2020 | prepare and draft letter and attachments for closing binder for loan ███ (1.2) prepare and draft letter and attachments for closing binder for loan ███ (1.4) prepare and draft letter and closing binder for loan ███ (1.3) prepare and draft letter and attachments for closing binder for loan ███ 1.2) prepare and draft letter and attachments for closing binder for loan ███ 1.4) | EES | $450.00 | 6.50 | $2,925.00 |
| 03/31/2020 | prepare and draft correspondence with Jennifer re payment history on each loan and forbearance terms payments and comparisons re same | EES | $450.00 | 1.70 | $765.00 |

**Services Subtotal**     **$45,135.00**

## Expenses

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | Outside Courier Service - letters to SBA in response to letter | EES | $30.00 | 1.00 | $30.00 |

D–117

Invoice Number 208 - 04/30/2020

| | |
|---|---|
| **Expenses Subtotal** | **$30.00** |
| **Subtotal** | **$45,165.00** |
| **Total** | **$45,165.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–118

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 209
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00023-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | Call with Jennifer to discuss modification terms | EES | $450.00 | 0.40 | $180.00 |
| | | | **Subtotal** | | **$180.00** |
| | | | **Total** | | **$180.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D—119

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 210
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/17/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

D–120

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 211
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00028-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/09/2020 | review and revise Libor language for MD, NJ and DE | EES | $450.00 | 6.00 | $2,700.00 |
| 03/19/2020 | prepare for call to discuss Libor language including presentation re proposed changes re same | EES | $450.00 | 4.20 | $1,890.00 |
| 03/20/2020 | prepare and draft libor language | EES | $450.00 | 0.90 | $405.00 |
| 03/26/2020 | review and respond to correspondence with Scott re model language for interest rate | EES | $450.00 | 0.40 | $180.00 |

| | | |
|---|---|---|
| **Subtotal** | **$5,175.00** |
| **Total** | **$5,175.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–121

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 212
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00029-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/17/2020 | review documents provided by Steve re SBA transfer | EES | $450.00 | 2.00 | $900.00 |
| 03/17/2020 | review Articles of Merger of DNB and S&T Bank (.5) review Loan Guaranty agreements (2.6) | EES | $450.00 | 3.10 | $1,395.00 |
| 03/19/2020 | call with ███████ with SBA re Transfer expedition (.7) prepare and draft correspondence with Steve re outline of steps per SOP for transfer (.7) | EES | $450.00 | 1.40 | $630.00 |

| | | |
|---|---|---|
| **Subtotal** | **$2,925.00** |
| **Total** | **$2,925.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

D−122

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 213
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00031-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/31/2020 | prepare and draft forbearance agreement | EES | $450.00 | 4.50 | $2,025.00 |
| | | | **Subtotal** | | **$3,375.00** |
| | | | **Total** | | **$3,375.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–123

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 214
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00035-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/09/2020 | review loan documents | EES | $450.00 | 4.20 | $1,890.00 |
| 03/10/2020 | prepare and draft demand letter | EES | $450.00 | 1.90 | $855.00 |
| 03/17/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | $4,095.00 |
|--|----------|-----------|
|  | **Total** | **$4,095.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

Page 1 of 1

D–124

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 215
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00036-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–125

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 216
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00037-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |  | **Subtotal** | **$1,350.00** |
|--|--|--|--------------|---------------|
|  |  |  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

D–126

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 217
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00038-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/17/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | **$1,350.00** |
|--|--|----------|-----------|
| | | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–127

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 218
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00039-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | $1,350.00 |
|--|--|--|--|----------|-----------|
| | | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–128

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 219
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00040-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | **Subtotal** | | **$1,350.00** |
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

Page 1 of 1

D-129

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 220
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00041-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | $1,350.00 |
|--|--|--|--|----------|-----------|
| | | | | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D—130

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 221
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00042-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  | Subtotal | $1,350.00 |
|--|--|----------|-----------|
|  |  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

D-131

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 222
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00043-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/17/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████ .

D-132

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 223
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00044-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/17/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 224
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00045-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | | **Subtotal** | **$1,350.00** |
| | | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮▮

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 225
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00046-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | $1,350.00 |
| | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 226
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00047-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/12/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 227
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00048-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/12/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  | Subtotal | $1,350.00 |
|--|--|----------|-----------|
|  |  | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

Page 1 of 1

D–137

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 228
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00049-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/12/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | Subtotal | | $1,350.00 |
|---|---|---|----------|---|-----------|
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

Page 1 of 1

D−138

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 229
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00050-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/13/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–139

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 230
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00051-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | **$1,350.00** |
|--|--|--|--|----------|-----------|
| | | | | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 231
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00052-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | **Subtotal** | **$1,350.00** |
|--|--|--|--|--|--|
| | | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D—141

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 232
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00053-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/17/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | Subtotal | $1,350.00 |
|--|--|--|----------|-----------|
| | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–142

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 233
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00054-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | $1,350.00 |
| | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 234
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00055-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | **Subtotal** | | **$1,350.00** |
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D—144

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 235
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00056-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | $1,350.00 |
|--|----------|-----------|
|  | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 236
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00057-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|---|---|---|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D−146

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 237
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00059-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/19/2020 | review loan collateral as to loan ████ (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/19/2020 | review loan collateral as to loan ████ (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/19/2020 | review loan collateral as to loan ████ (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/19/2020 | review loan collateral as to loan ████ (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|--|--|
| **Subtotal** | **$5,400.00** |
| **Total** | **$5,400.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████

Page 1 of 1

D–147

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 238
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00060-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D-148

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 239
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00061-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 240
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00062-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|--|----------|-----------|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████ ·

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 241
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00063-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | **$1,350.00** |
|---|---|---|---|---|---|
| | | | | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–151

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 242
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00064-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/13/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | $1,350.00 |
|---|---|---|---|
| | | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D−152

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 243
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00065-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | $1,350.00 |
|--|--|--|--|----------|-----------|
| | | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▓▓▓▓▓▓

Page 1 of 1

D–153

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 244
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00066-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/13/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | Subtotal | $1,350.00 |
|--|--|--|----------|-----------|
| | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 245
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00067-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,350.00** |
| | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 246
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00068-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | **Subtotal** | | **$1,350.00** |
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D—156

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 247
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00069-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | $1,350.00 |
|--|--|----------|-----------|
| | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

D–157

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 248
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00070-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 249
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00071-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/13/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | $1,350.00 |
|--|----------|-----------|
|  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 250
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00072-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/19/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | | |
|--|--|--|--|--|--|
| | | | **Subtotal** | | **$1,350.00** |
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 251
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00073-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/19/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | $1,350.00 |
|--|--|----------|-----------|
| | | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–161

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 252
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00074-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 253
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00075-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  | **Subtotal** | **$1,350.00** |
|--|--|--------------|---------------|
|  |  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–163

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 254
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00076-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D-164

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 255
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00077-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral as to loan █████(3.5) prepare and draft report re same (.5) | EES | $450.00 | 4.00 | $1,800.00 |
| 03/18/2020 | review loan collateral as to loan █████(2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/18/2020 | review loan collateral as to loan █████(2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$4,500.00** |
| | **Total** | **$4,500.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 256
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00078-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 257
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00079-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  | Subtotal | $1,350.00 |
|--|--|----------|-----------|
|  |  | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

Page 1 of 1

D-167

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 258
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00080-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | $1,350.00 |
|--|--|--|--|----------|-----------|
| | | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D−168

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 259
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00081-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | **Subtotal** | | **$1,350.00** |
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–169

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 260
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00082-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  | Subtotal | $1,350.00 |
|--|--|----------|-----------|
|  |  | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D—170

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 261
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00084-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/13/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | $1,350.00 |
|--|--|----------|-----------|
| | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D-171

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 262
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00085-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | $1,350.00 |
|--|--|--|--|----------|-----------|
| | | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 263
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00086-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,350.00** |
| | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

Page 1 of 1

D–173

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 264
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00087-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,350.00** |
| | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-174

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 265
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00088-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|------|------|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–175

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 266
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00089-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$1,350.00** |
| **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

D−176

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 267
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00090-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | **$1,350.00** |
|--|----------|---------------|
|  | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–177

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 268
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00091-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | **$1,350.00** |
|--|----------|----------|
|  | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮▮

Page 1 of 1

D−178

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 269
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00092-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,350.00** |
| | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮▮

Page 1 of 1

D–179

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 270
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00093-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,350.00** |
| | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

D—180

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 271
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00094-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|--|----------|-----------|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-181

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 272
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00095-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | **$1,350.00** |
|--|----------|---------------|
|  | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–182

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 412
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00083-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | Subtotal | **$1,350.00** |
|--|--|--|----------|---------------|
| | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

D–183

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 273
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00011-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | Subtotal | $810.00 |
|--|----------|---------|
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D-184

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 274
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 0.40 | $180.00 |

|  | Subtotal | $180.00 |
|--|----------|---------|
|  | Total | $180.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D−185

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 275
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

Page 1 of 1

D–186

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 276
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00018-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/08/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–187

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 277
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00019-DNB First, NA**



### Services

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/01/2020 | review and respond to correspondence with Jennifer re modification agreement | EES | $450.00 | 0.50 | $225.00 |
| 04/06/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| 04/08/2020 | review SBA letter dated 3/29/2020 (.3) review and respond to correspondence with Jennifer re letter dated 3/29/2020 from SBA and response to same (.4) call with SBA re same (.6) prepare and draft letter to SBA in response to 3/29/2020 letter (2.2) prepare and draft correspondence with SBA re letter (.2) prepare and draft correspondence with Jennifer re same for records (.4) | EES | $450.00 | 1.60 | $720.00 |
| 04/09/2020 | prepare and draft correspondence with Jennifer re closing binder | EES | $450.00 | 0.40 | $180.00 |
| 04/22/2020 | review letter from SBA re transfer to loan to regular servicing (.2) Prepare and draft correspondence to Jennifer and Steve re | EES | $450.00 | 0.70 | $315.00 |

D-188

Invoice Number 277 - 05/31/2020

|  | same (.2) review and respond to correspondences with Steve re report of loan to SBA for SBA Debt Relief (.3) | | | | |
|---|---|---|---|---|---|
| 04/22/2020 | call with Jennifer re letter from SBA and next steps | EES | $450.00 | 0.40 | $180.00 |
| 04/22/2020 | prepare and draft correspondence with SBA confirming letter | EES | $450.00 | 0.20 | $90.00 |

**Services Subtotal** **$2,520.00**

## Expenses

| Date | Notes | Attorney | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 04/08/2020 | Outside Courier Service- Second Response letter to SBA | EES | $45.00 | 1.00 | $45.00 |

**Expenses Subtotal** **$45.00**

**Subtotal** **$2,565.00**

**Total** **$2,565.00**

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

D—189

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 278
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D—190

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 279
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00029-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review list of SBA loans for transfer | EES | $450.00 | 1.40 | $630.00 |
| 04/07/2020 | prepare and draft letter to SBA regarding confirmation no outstanding SBA receivables | EES | $450.00 | 0.40 | $180.00 |
| 04/07/2020 | prepare and draft correspondence with Steve re follow up on merger agreement and loan list | EES | $450.00 | 0.30 | $135.00 |
| 04/07/2020 | review and respond to correspondence with Steve re loan list (.2) review loan list for SBA transfer to confirm no issue (1.2) | EES | $450.00 | 1.40 | $630.00 |
| 04/08/2020 | review merger documents filed with SEC | EES | $450.00 | 0.90 | $405.00 |
| 04/16/2020 | review and respond to correspondence with Steve re status of transfer letter to SBA and request for additional documents for letter to SBA | EES | $450.00 | 0.40 | $180.00 |
| 04/17/2020 | review correspondence from SBA re confirmation no receivables due from DNB First. NA. (.2) prepare and draft correspondence with Steve confirming same and follow up on merger agreement (.2) review and respond to correspondence | EES | $450.00 | 0.70 | $315.00 |

D–191

Invoice Number 279 - 05/31/2020

with Steve re same (.3)

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 04/17/2020 | review merger agreement (1.1) prepare and draft letter of Request of Transfer of SBA loans to S&T Bank by virtue of Merger (2.7) prepare and draft correspondence with SBA contact re transfer letter forthcoming and request to expedite (.2) | EES | $450.00 | 3.00 | $1,350.00 |
| 04/17/2020 | prepare and draft letter to SBA regarding transfer of SBA portfolio from DNB to S&T Bank (4) prepare and draft attachments to letter (.5) | EES | $450.00 | 4.50 | $2,025.00 |
| 04/20/2020 | call with SBA re transfer letter (.3) Prepare and draft correspondence to Steve re letter for review and approval (.2) | EES | $450.00 | 0.50 | $225.00 |
| 04/20/2020 | review and respond to correspondence with Steve re questions re SOP re transfer of assets (.2) call with Steve regarding same (.3) review and revise letter for execution by Steve (.2) | EES | $450.00 | 0.70 | $315.00 |
| 04/20/2020 | prepare and draft correspondence with ███████ re proposed letter to SBA for review | EES | $450.00 | 0.20 | $90.00 |
| 04/20/2020 | review and respond to correspondence with Steve re question regarding merger/ consolidation v asset sale and difference regarding transfer of portfolio (.4) call with Steve regarding same (.3) | EES | $450.00 | 0.70 | $315.00 |
| 04/20/2020 | review and revise letter based on comments from Steve for final review and execution of same (.4) Prepare and draft correspondence to client for execution (.1) prepare and draft correspondence with SBA re letter to SBA re transfer by merger (.2) prepare and draft correspondence Steve re letter for records (.1) | EES | $450.00 | 0.80 | $360.00 |

|  |  |
|---|---|
| **Subtotal** | **$7,155.00** |
| **Total** | **$7,155.00** |

D-192

Invoice Number 279 - 05/31/2020

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

D-193

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 280
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00031-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| 04/06/2020 | prepare and draft modification agreement (4) call with Jennifer regarding terms to the agreement and payoff (.5) prepare and draft confession of judgment on Borrower (1.6) prepare and draft confession of judgment on Guarantor (.9) | EES | $450.00 | 7.00 | $3,150.00 |
| 04/07/2020 | review and respond to correspondence with Jennifer re approval of terms | EES | $450.00 | 0.30 | $135.00 |
| 04/08/2020 | prepare and draft correspondence with Jennifer re balance due on loans | EES | $450.00 | 0.20 | $90.00 |
| 04/09/2020 | prepare and draft correspondence with Jennifer re principal balance due | EES | $450.00 | 0.20 | $90.00 |
| 04/13/2020 | review and revise forbearance agreement with updated payoff (.4) review and revise modification agreement with updated payoff (.4) prepare and draft correspondence with Jennifer re documents to review (.2) | EES | $450.00 | 1.00 | $450.00 |
| 04/17/2020 | review and revise forbearance agreement | EES | $450.00 | 2.40 | $1,080.00 |

Page 1 of 2

Invoice Number 280 - 05/31/2020

and modification and confessions of
judgment with updated information for
closing

| 04/19/2020 | review and respond to correspondence with Jennifer re review of loan documents (.3) review and revise modification agreement based on comments from Jennifer (1.6) review and revise forbearance agreement based on comments from Jennifer (.9) prepare and draft correspondence with Jennifer closing documents for review (.3) | EES | $450.00 | 3.10 | $1,395.00 |
| --- | --- | --- | --- | --- | --- |
| 04/26/2020 | call with Jennifer to discuss loan issues | EES | $450.00 | 1.00 | $450.00 |

|  | Subtotal | $7,650.00 |
| --- | --- | --- |
|  | Total | $7,650.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 281
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00032-S&T Bank**

### Services

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/01/2020 | review CARES Act | EES | $450.00 | 3.20 | $1,440.00 |
| 04/02/2020 | calls with Jenifer re PPP program, note and rollout (3.5) review PPP Application, Affiliation Rule and facts sheet (1.2) prepare and draft memo re same (5.9) | EES | $450.00 | 10.60 | $4,770.00 |
| 04/03/2020 | prepare PPP presentation (3) call with Jennifer re same (1.5) prepare and draft Memo re PPP process (6.9) | EES | $450.00 | 11.40 | $5,130.00 |
| 04/04/2020 | call wth Jennifer re PPP And other programs | EES | $450.00 | 2.50 | $1,125.00 |
| 04/05/2020 | prepare and draft correspondence with Jennifer fees paid by SBA | EES | $450.00 | 0.30 | $135.00 |
| 04/08/2020 | prepare and draft Memo re EIDL loans and PPP | EES | $450.00 | 4.30 | $1,935.00 |
| 04/09/2020 | calls with Jennifer re questions re PPP program and other CARES Act programs | EES | $450.00 | 1.60 | $720.00 |
| 04/11/2020 | prepare and draft memo on PPP loan under | EES | $450.00 | 14.00 | $6,300.00 |

Page 1 of 3

D—196

Invoice Number 281 - 05/31/2020

CARES Act

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 04/12/2020 | prepare and drat MEmo re SBA debt relief | EES | $450.00 | 0.20 | $90.00 |
| 04/14/2020 | call with Jennifer re questions re SBA Debt Relief (.6) review and respond to correspondences with Jennifer re questions re "regular servicing status" and SBA procedural notice 50000-20015 (2.9) | EES | $450.00 | 3.50 | $1,575.00 |
| 04/14/2020 | Prepare and draft memo to answer questions regarding ppp loan advance from SBA to Bank, risk of recourse from SBA and evidence to support forgiveness required of borrower and bank and concern if fails to meet them and already paid | EES | $450.00 | 10.00 | $4,500.00 |
| 04/14/2020 | review and revise Memo re SBA Debt Relief based on additional rules from SBA | EES | $450.00 | 2.60 | $1,170.00 |
| 04/15/2020 | review and revise memo on PPP advance funds to Bank based on Third Interim Report from Treasure and FAQ dated 4/14/2020 | EES | $450.00 | 3.00 | $1,350.00 |
| 04/15/2020 | call with Senator McConnells office re PPP questions (.6) call with Jennifer re same (.3) prepare and draft correspondence with Jennifer re memo (.2) | EES | $450.00 | 1.10 | $495.00 |
| 04/15/2020 | call with Senator McConnells office re PPP questions (.6) call with Jennifer re same (.3) prepare and draft correspondence with Jennifer re memo (.2) | EES | $450.00 | 1.10 | $495.00 |
| 04/16/2020 | call with Sen Rubio office re questions re PPP loans (.9) prepare and draft memo re call with Sen Rubio office and information obtained from same (2.6) prepare and draft correspondence with Jennifer re same (.2) | EES | $450.00 | 3.70 | $1,665.00 |
| 04/17/2020 | Calls with Jennifer re questions re sba debt relief program memo | EES | $450.00 | 3.50 | $1,575.00 |
| 04/17/2020 | calls with Jennifer re memo on small debt; training; listen on business call and other PPP update and guidance with Jennifer | EES | $450.00 | 6.00 | $2,700.00 |
| 04/17/2020 | calls with Jennfier re PPP program, note | EES | $450.00 | 8.00 | $3,600.00 |

D-197

Invoice Number 281 - 05/31/2020

and rollout (3.5) prepare and draft memo
re PPP updated loan (4.5)

| 04/20/2020 | Call with Jennifer re PPP and SBA debt relief | EES | $450.00 | 1.30 | $585.00 |
| 04/20/2020 | PPP program on NAGGL (3) call with Jennifer re same (1.5) prepare and draft summary of call (3) | EES | $450.00 | 7.50 | $3,375.00 |
| 04/24/2020 | call with Jennifer to discuss PPP | EES | $450.00 | 1.20 | $540.00 |
| 04/24/2020 | call with Jennifer re PPP And other programs | EES | $450.00 | 2.50 | $1,125.00 |
| 04/26/2020 | prepare and draft Memo re PPP updates | EES | $450.00 | 4.60 | $2,070.00 |
| 04/28/2020 | call with Jennifer to discuss PPP questions and new updates | EES | $450.00 | 1.50 | $675.00 |
| 04/28/2020 | prepare and draft correspondence with Jennifer re PPP updates | EES | $450.00 | 0.70 | $315.00 |

**Services Subtotal**               **$49,455.00**

## Expenses

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/06/2020 | NAGGL conference | EES | $600.00 | 1.00 | $600.00 |
| 04/15/2020 | PPP training | EES | $195.00 | 1.00 | $195.00 |

**Expenses Subtotal**               **$795.00**

**Subtotal**        **$50,250.00**

**Total**        **$50,250.00**

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████

D−198

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 282
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00033-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/14/2020 | call with Jennifer to discuss closing and execution of releases by S&T and merger history and documentation for closing. | EES | $450.00 | 0.50 | $225.00 |
| 04/15/2020 | review and respond to correspondences with closing counsel and Miranda re payoff and questions re release and full payoff | EES | $450.00 | 0.30 | $135.00 |
| 04/16/2020 | Call with Jennifer re loan status (.6) review and respond to correspondences with Miranda re loan documents (.2) | EES | $450.00 | 0.80 | $360.00 |
| 04/16/2020 | review recorded mortgages | EES | $450.00 | 2.40 | $1,080.00 |
| 04/17/2020 | Review documents for closing | EES | $450.00 | 3.00 | $1,350.00 |
| 04/17/2020 | prepare and draft correspondence with Miranda re follow up on Note | EES | $450.00 | 0.20 | $90.00 |
| 04/19/2020 | prepare and draft correspondence with Jennifer re note | EES | $450.00 | 0.20 | $90.00 |
| 04/20/2020 | review loan documents, including notes and mortgages | EES | $450.00 | 3.60 | $1,620.00 |
| 04/20/2020 | prepare and draft correspondence with | EES | $450.00 | 0.10 | $45.00 |

D-199

Steve re letter sent to SBA for records

| 04/20/2020 | reive and respond to correspondence with Jennifer questions re closing | EES | $450.00 | 0.20 | $90.00 |
|---|---|---|---|---|---|
| 04/21/2020 | review payoff (.2) Prepare and draft correspondence to Miranda re copies of note and/or terms to bridge loan (.3) review third party lender agreement (1.8) Prepare and draft correspondence to Jennifer re missing loan documents and reason for need of same (.3) review screen shot of bridge loan terms (.3) | EES | $450.00 | 2.90 | $1,305.00 |
| 04/21/2020 | review permanent mortgage (1.4) review bridge loan mortgage (.9) review assignment of rents of permanent mortgage (.9) review UCC (.3) review title policy (.3) review SBA Authorization (1.4) review closing statements (.5) review loan documents to confirm lender fee paid (.5) review Borrower Counsel opinion letter (1.2) review mortgage for CDC (.9) review assignment of mortgage (.3) review interim lender certification (1.8) review COVID 19 agreement (.5) | EES | $450.00 | 10.90 | $4,905.00 |
| 04/21/2020 | review and respond to correspondences with Closing counsel re documents for execution (.4) call with closing counsel re documents and closing instructions (.3) | EES | $450.00 | 0.70 | $315.00 |
| 04/21/2020 | review and respond to correspondences with Closing counsel re documents for execution (.4) call with closing counsel re documents and closing instructions (.3) review updated pay history on loan and confirm payments current (.2) Prepare and draft correspondence to Miranda to confirm same (.1) prepare and draft correspondence with Jennifer re payment current confirmation and notary for closing (.3) review and respond to correspondences with closing counsel re address for mailing documents signed by S&T and copies of same and issue with closing documents (.5) | EES | $450.00 | 1.80 | $810.00 |
| 04/21/2020 | review and compare SBA requirements of | EES | $450.00 | 3.20 | $1,440.00 |

D–200

S&T in closing documents and
authorization and compare same with
Third Party Lender Agreement, SBA
Authorization and permanent and interim
loan mortgage and determine issues with
same and confirmation lender fee not paid,
interest current and COVID agreement
requirements of S&T Bank (2.5) Prepare
and draft correspondence to Jennifer re
closing documents for execution and
outline of concerns re same, specifically,
prohibited language in loan documents,
third party lender fee unpaid, interest to be
paid at sale of debenture and COVID
agreement terms requiring deferrment
terms following sale of debenture and
instructions re execution of same and
addressing issues thereafter (.7)

| Date | Description | | Rate | Hours | Amount |
|------|-------------|---|------|-------|--------|
| 04/21/2020 | review modification agreement (1.2) prepare and draft correspondence with Jennifer comments re same (.2) | EES | $450.00 | 1.40 | $630.00 |
| 04/21/2020 | Call with Jennifer re loan closing | EES | $450.00 | 0.70 | $315.00 |
| 04/21/2020 | prepare and draft correspondence with Jennifer re response to closing counsel | EES | $450.00 | 0.20 | $90.00 |
| 04/21/2020 | prepare and draft correspondence with Jennifer re response to closing counsel | EES | $450.00 | 0.20 | $90.00 |
| 04/22/2020 | review modification agreement (1.2) prepare and draft correspondence with Jennifer comments re same (.2) review and respond to correspondences with Closing counsel re status of execution fo documents (.2) | EES | $450.00 | 1.60 | $720.00 |
| 04/22/2020 | calls with e notary services re notary for closing since need wet signature (1.5) prepare and draft correspondence with Jennifer re same (.2) | EES | $450.00 | 1.70 | $765.00 |
| 04/22/2020 | calls with e notary services re notary for closing since need wet signature (1.5) Prepare and draft correspondence to closing counsel re address correction for lender third party agreement (.3) review revised third party lender agreement (.3) | EES | $450.00 | 6.90 | $3,105.00 |

D–201

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | review bridge note (.5) review UCC information (.5) review environmental indemnity agreement (.6) review guaranty agreement (.4) review assignment of rents (.5) review loan agreement (.9) review security agreement (.4) review DNB agreement letter (.3) review permant loan note (.6) prepare and draft correspondence with closing counsel re change to documents re Bank name (.3) prepare and draft correspondence with Jennifer re revised documents for execution (.3) |  |  |  |  |
| 04/22/2020 | Calls with Jennifer re loan closing, notary, issues with loan documents to correct (1) review and respond to correspondence with closing counsel re closing documents (.2) prepare and draft correspondence with Jennifer re Bridge Note and permanent Note (.4) | EES | $450.00 | 1.60 | $720.00 |
| 04/23/2020 | review additional misc loan documents provided by Miranda regarding initial bridge loan and permanent loan closing at DNB (3.6) prepare and draft closing letter (.3) | EES | $450.00 | 3.90 | $1,755.00 |
| 04/24/2020 | prepare and draft corresdponecne with Jennifer re permanent loan payment history and confirmation lender fee paid to SBA and recovery of same from Borrower and amendment of Note and mortgage to comply with SBA guidelines | EES | $450.00 | 0.30 | $135.00 |
| 04/24/2020 | review closing loan documents to confirm origination fee paid and not participation fee to SBA (.8) review and respond to correspondences with Jennifer re Third Party Lender Fee v origination fee represented in closing documents (.4) | EES | $450.00 | 1.20 | $540.00 |
| 04/26/2020 | call with Jennifer to discuss loan issues | EES | $450.00 | 1.00 | $450.00 |

|  |  |
|---|---|
| **Subtotal** | **$23,175.00** |
| **Total** | **$23,175.00** |

D-202

Invoice Number 282 - 05/31/2020

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

D-203

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 283
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00034-S&T Bank**

██████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/17/2020 | Prepare legal response to ppp loan questions re forgiveness | EES | $450.00 | 5.00 | $2,250.00 |
| 04/17/2020 | review and revise Memo re responses to questions (2) Prepare and draft correspondence to Terry re same for review (.2) | EES | $450.00 | 2.20 | $990.00 |

| | |
|---|---|
| **Subtotal** | **$3,240.00** |
| **Total** | **$3,240.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████████

Page 1 of 1

D−204

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 284
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00035-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |  | **Subtotal** | **$810.00** |
|--|--|--|--------------|-------------|
|  |  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

Page 1 of 1

D−205

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 285
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00036-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

D–206

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 286
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00037-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | **Subtotal** | **$810.00** |
|--|--------------|-------------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D-207

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 287
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00038-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

D–208

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 288
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00039-S&T Bank**

█████████████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████████

Page 1 of 1

D–209

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 289
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00040-S&T Bank**

## Services

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Services Subtotal** | | **$810.00** |

## Expenses

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/24/2020 | Asset Search | EES | $134.00 | 1.00 | $134.00 |
| | | | **Expenses Subtotal** | | **$134.00** |
| | | | | **Subtotal** | **$944.00** |
| | | | | **Total** | **$944.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC

D–210

Invoice Number 289 - 05/31/2020

3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D-211

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 290
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00041-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–212

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 291
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00042-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–213

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 292
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00043-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/02/2020 | review loan documents (5.4) prepare and draft modification agreement (5.1) | EES | $450.00 | 10.50 | $4,725.00 |
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | **Subtotal** | **$5,535.00** |
|--|--|--------------|---------------|
|  |  | **Total** | **$5,535.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 293
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00044-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/01/2020 | review loan documents (5.4) prepare and draft modification agreement (5.1) | EES | $450.00 | 10.50 | $4,725.00 |
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | **Subtotal** | **$5,535.00** |
|--|--------------|---------------|
|  | **Total** | **$5,535.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–215

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 294
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00045-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 295
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00046-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/08/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–217

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 296
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00047-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/06/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 297
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00048-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/06/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |  | **Subtotal** | **$810.00** |
|  |  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D—219

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 298
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00049-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/06/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | **Subtotal** | **$810.00** |
|--|-------------|-------------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–220

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 299
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00050-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| 04/08/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | | **Subtotal** | **$1,620.00** |
| | | | | **Total** | **$1,620.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

Page 1 of 1

D–221

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 300
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00051-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | **Subtotal** | **$810.00** |
|--|--------------|-------------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–222

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 301
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00052-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | Subtotal | $810.00 |
|---|---|---|
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

Page 1 of 1

D−223

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 302
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00053-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/03/2020 | review loan documents (4.9) prepare and draft modification agreement (5.1) | EES | $450.00 | 10.00 | $4,500.00 |
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | Subtotal | **$5,310.00** |
|--|----------|---------------|
| | **Total** | **$5,310.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 303
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00054-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–225

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 304
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00055-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|--|--|--|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D—226

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 305
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00056-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–227

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 306
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00057-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|--|--|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–228

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 307
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00059-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|--|--|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D−229

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 308
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00060-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–230

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 309
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00061-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/08/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

D−231

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 310
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00062-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | Subtotal | $810.00 |
|--|--|----------|---------|
|  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D−232

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 311
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00064-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/06/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–233

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 312
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00065-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | **Subtotal** | **$810.00** |
|--|--------------|-------------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D—234

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 313
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00066-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D−235

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 314
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00067-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–236

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 315
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00068-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|--|--|--|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D−237

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 316
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00069-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/08/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D—238

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 317
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00070-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–239

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 318
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00071-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–240

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 319
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00072-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|------|------|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D-241

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 320
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00073-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Subtotal** | **$810.00** |
| | | | | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–242

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 321
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00074-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-243

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 322
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00075-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–244

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 323
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00076-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/06/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | Subtotal | $810.00 |
|--|--|----------|---------|
|  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 324
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00077-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | **$2,430.00** |
| **Total** | **$2,430.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–246

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 325
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00078-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/11/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | | **Subtotal** | **$810.00** |
| | | | | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–247

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 326
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00079-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |  | **Subtotal** | **$810.00** |
|  |  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–248

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 327
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00080-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D-249

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 328
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00081-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–250

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 329
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00082-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | | | Subtotal | **$810.00** |
|---|---|---|---|---|---|
| | | | | Total | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D−251

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 330
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00084-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–252

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 331
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00085-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | | | Subtotal | $810.00 |
|---|---|---|---|---|---|
| | | | | Total | $810.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–253

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 413
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00083-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/12/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | | | Subtotal | $810.00 |
|---|---|---|---|---|---|
| | | | | Total | $810.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-254

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 342
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00011-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | | |
|--|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 343
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/15/2020 | review docket report to determine pretrial order (.2) call court re status of pretrial order (.4) | EES | $450.00 | 0.60 | $270.00 |
| 05/19/2020 | review pretrial order | EES | $450.00 | 0.80 | $360.00 |
| 05/20/2020 | call with ▮Counsel re pretrial conference | EES | $450.00 | 0.50 | $225.00 |
| 05/26/2020 | prepare and draft correspondence with Counsel for ▮re required disclsure meeting and discovery deadlines in initial pretrial order (.3) review and respond to correspondences with ▮Counsel re confirmation of date and time for required disclosure meeting (.3) | EES | $450.00 | 0.60 | $270.00 |
| 05/26/2020 | review and respond to correspondence with Counsel for ▮re pretrial call per court order | EES | $450.00 | 0.50 | $225.00 |
| 05/26/2020 | review and respond to correspondence with Counsel for ▮re pretrial call per court order | EES | $450.00 | 0.50 | $225.00 |
| 05/27/2020 | prepare for meeting with ▮Counsel re Rule 26 disclosures and deadlines in court | EES | $450.00 | 5.50 | $2,475.00 |

Page 1 of 3

D-256

initial pretrial order (.9) call with Jennifer regarding mediation and consent to same in anticipation of call and next steps in case (.4) Rule 26 conference call with counsel for ███ and discussion re mediation, deadlines, subpoenas and discovery and issues in case (1.1) prepare and draft amended initial pretrial order (2.6) review and respond to correspondence with ███ Counsel re mediators proposed by ███ Counsel (.5)

| Date | Description | | Rate | Hours | Amount |
|------|-------------|---|------|-------|--------|
| 05/27/2020 | review and respond to corresdopencne with ███ accounting re request for UCC proceeds accounting (.2) call with Jennifer re request for same (.3) | EES | $450.00 | 0.50 | $225.00 |
| 05/28/2020 | prepare and draft correspondence with Jennifer re pretrial order, Rule 26 meeting, meditation, proposed mediators, ███ update and request for accounting from ███ accountant re UCC sale and next steps re case (.4) call with Jennifer re thoughts on mediators (.5) | EES | $450.00 | 0.90 | $405.00 |
| 05/28/2020 | prepare and draft correspodnence with Jennifer re recommended mediators and thoughts re same | EES | $450.00 | 0.30 | $135.00 |
| 05/28/2020 | prepare and draft correspondence with Jennifer re mediator recommendations and thoughts re same | EES | $450.00 | 0.50 | $225.00 |
| 05/29/2020 | review and respond to correspondences with Counsel for ███ re subpoenas (.2) call with Counsel for ███ re same (.7) call with Jennifer re proposed mediator and thoughts re same (.4) | EES | $450.00 | 1.30 | $585.00 |
| 05/30/2020 | review and revise subpoeans based on call with Counsel for ███ (.5) prepare and draft joint statement (2.4) Prepare and draft correspondence to counsel for ███ re joint statement for review (.2) | EES | $450.00 | 7.60 | $3,420.00 |
| 05/31/2020 | review and respond to correspondences with Counsel for ███ re joint statement revisions (.4) review and revise joint statement (.4) prepare and draft notice of | EES | $450.00 | 2.40 | $1,080.00 |

Invoice Number 343 - 06/30/2020

mediation (1.6)

| | | | | | |
|---|---|---|---|---|---|
| 05/31/2020 | prepare and draft notice of name change | EES | $450.00 | 1.20 | $540.00 |
| 05/31/2020 | prepare and draft jt notice of mediator | EES | $450.00 | 0.70 | $315.00 |

| | |
|---|---|
| **Subtotal** | **$10,980.00** |
| **Total** | **$10,980.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

D−258

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 344
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | **$1,440.00** |
|--|----------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-259

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 345
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00018-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–260

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 346
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00019-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief | EES | $450.00 | 3.20 | $1,440.00 |

D−261

payments, terms to same under CARES
Act and the expiration of payments under
CARES Act and date regular payments
resume under loan documents by
Borrower as to loan █

| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan █ | EES | $450.00 | 3.20 | $1,440.00 |

| | Subtotal | $7,200.00 |
| | **Total** | **$7,200.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number █

Page 2 of 2

D—262

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 347
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-263

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 348
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00029-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/29/2020 | call with Jennifer re SBA portfolio sale and questions re same (.9) review and respond to correspondence with Jennifer re questions re sale of unguaranteed portion of loans and steps re same (.5) | EES | $450.00 | 1.40 | $630.00 |
| 05/31/2020 | call with Jennifer re additional questions re sale of unguaranteed portion of SBA loans | EES | $450.00 | 0.90 | $405.00 |

| | |
|---|---|
| **Subtotal** | **$1,035.00** |
| **Total** | **$1,035.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–264

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 349
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00031-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| 05/04/2020 | prepare and draft correspondence with Jennifer re status of execution of modification documents | EES | $450.00 | 0.20 | $90.00 |
| 05/18/2020 | prepare and draft correspondence with Jennifer re execution of documents | EES | $450.00 | 0.20 | $90.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,620.00** |
| **Total** | **$1,620.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 2

D–265

Invoice Number 349 - 06/30/2020

D-266

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 350
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00032-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/19/2020 | conference with Jane and Stacey to discuss questions regarding PPP loans in preparation of applications for forgiveness | EES | $450.00 | 2.70 | $1,215.00 |
| 05/19/2020 | review SBA interim rules, SBA procedural rules and Treasury QA in preparation of drafting responses to questions regarding specific PPP loan concerns | EES | $450.00 | 5.30 | $2,385.00 |
| 05/20/2020 | review documents provided by Stacey in preparation of responses to same (3) review documents provided by Jane in preparation of responses to questions re same (.5) | EES | $450.00 | 3.50 | $1,575.00 |
| 05/22/2020 | review interim rules 14 and 15 re SBA foregiveness | EES | $450.00 | 1.50 | $675.00 |
| 05/22/2020 | prepare and draft correspondences with Stacey and Jane re interim rules 14 and 15 regarding forgiveness and NAGGL conference | EES | $450.00 | 0.20 | $90.00 |
| 05/22/2020 | prepare and draft Memorandum regaridng quesitons regarding forgiveness | EES | $450.00 | 6.00 | $2,700.00 |
| 05/22/2020 | prepare and draft memo | EES | $450.00 | 15.00 | $6,750.00 |

Page 1 of 2

D-267

Invoice Number 350 - 06/30/2020

| 05/27/2020 | attend PPP presentation (2.5) call with Jennifer re questions re same (.9) prepare and draft MEmo re PPP updates (5.4) | EES | $450.00 | 8.80 | $3,960.00 |
| 05/28/2020 | prepare and draft outline of interim rules, SBA procedural rules and FAQ to date | EES | $450.00 | 4.60 | $2,070.00 |

|  | **Subtotal** | **$21,420.00** |
|  | **Total** | **$21,420.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

D–268

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 351
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00033-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft amended note (3.9) prepare and draft amended mortgage (5.9) | EES | $450.00 | 9.80 | $4,410.00 |
| 05/02/2020 | prepare and draft amended assignment of rents (3.2) prepare and draft amended security agreement (3.1) prepare and draft amended guaranty agreement (3.4) | EES | $450.00 | 9.70 | $4,365.00 |
| 05/03/2020 | prepare and draft amended environmental agreement (2.9) prepare and draft confessions of judgment on Borrower and guarantor (2.6) review and revise amended note (1.4) review and revise amended mortgage (1.2) review and revise amended guaranty (.6) review and revise amended loan agreement (.9) review and revise amended security agreement (.6) | EES | $450.00 | 10.20 | $4,590.00 |

| | |
|---|---|
| **Subtotal** | **$13,365.00** |
| **Total** | **$13,365.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC

D—269

Invoice Number 351 - 06/30/2020

301 7 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████

D-270

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 352
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00035-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 353
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00036-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–272

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 354
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00037-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | | | Subtotal | **$1,440.00** |
|---|---|---|---|----------|---------------|
| | | | | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 355
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00038-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-274

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 356
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00039-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-275

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 357
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00040-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| 05/06/2020 | review and respond to corresdponecne with Jennifer re UCC issue (.3) review UCC history and amendment to same (.4) emai▮▮▮▮▮▮re same (.3) | EES | $450.00 | 1.00 | $450.00 |
| 05/06/2020 | review and respond to corresdponecne with Jennifer re correspondence with Borrower | EES | $450.00 | 0.40 | $180.00 |
| 05/08/2020 | review and respond to correspondences with Jennifer re UCC amendment (.4) review UCC amendment (.3) | EES | $450.00 | 0.70 | $315.00 |

|  |  |
|--|--|
| Subtotal | **$2,385.00** |
| Total | **$2,385.00** |

D–276

Invoice Number 357 - 06/30/2020

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████████

D−277

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 358
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00041-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,440.00** |
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-278

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 359
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00042-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 360
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00043-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| 05/22/2020 | calls with Jennifer re loan issues | EES | $450.00 | 1.60 | $720.00 |
| | | | **Subtotal** | | **$2,160.00** |
| | | | **Total** | | **$2,160.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–280

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 361
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00044-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

D–281

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 362
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00045-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-282

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 363
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00046-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D−283

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 364
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00047-S&T Bank**

██████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| | | | | **Subtotal** | **$1,440.00** |
| | | | | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

Page 1 of 1

D—284

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 365
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00048-S&T Bank**

███████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,440.00** |
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ██████████

Page 1 of 1

D–285

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 366
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00049-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| | | | **Subtotal** | | **$1,440.00** |
| | | | **Total** | | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–286

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 367
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00050-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$1,440.00** |
| **Total** | | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 368
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00051-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–288

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 369
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00052-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–289

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 370
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00053-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,440.00** |
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D—290

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 371
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00054-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,440.00** |
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D—291

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 372
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00055-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$1,440.00** |
| **Total** | | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-292

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 373
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00056-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–293

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 374
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00057-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

Page 1 of 1

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 375
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00059-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief | EES | $450.00 | 3.20 | $1,440.00 |

D−295

Invoice Number 375 - 06/30/2020

payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan ███

| 05/18/2020 | call with Jennifer re terms to the agreement | EES | $450.00 | 0.50 | $225.00 |
| 05/25/2020 | review loan documents for each loan | EES | $450.00 | 10.00 | $4,500.00 |
| 05/27/2020 | call with Jennifer re terms to modification | EES | $450.00 | 0.50 | $225.00 |
| 05/29/2020 | call with Jennifer re modification terms and email from counsel for Borrower re bankruptcy filing in 2012 and position re same (.5) review bankruptcy schedules, petition and docket report (.9) review forbearance agreement (.9) call with Jennifer re thoughts re next steps (.4) | EES | $450.00 | 2.70 | $1,215.00 |
| 05/29/2020 | review additional loan documents, including change in terms agreements | EES | $450.00 | 2.00 | $900.00 |

|  | **Subtotal** | **$12,825.00** |
|  | **Total** | **$12,825.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Numb███████████

D–296

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 376
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00060-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 377
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00061-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 378
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00062-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–299

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 379
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00063-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–300

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 380
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00064-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D—301

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 381
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00065-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/02/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–302

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 382
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00066-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D—303

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 383
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00067-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ██████

Page 1 of 1

D–304

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 384
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00068-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–305

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 385
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00069-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/02/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D–306

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 386
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00070-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–307

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 387
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00071-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-308

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 388
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00072-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 389
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00073-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

D–310

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 390
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00074-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-311

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 391
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00075-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D-312

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 392
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00076-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–313

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 393
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00077-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/02/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 05/02/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |

|  |  | **Subtotal** | **$4,320.00** |
|--|--|--------------|---------------|

Page 1 of 2

D-314

Invoice Number 393 - 06/30/2020

**Total**        **$4,320.00**

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████████

D–315

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 394
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00078-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | $1,440.00 |
|--|----------|-----------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 395
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00079-S&T Bank**

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▆▆▆▆▆▆

D–317

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 396
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00080-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▓▓▓▓▓▓▓

Page 1 of 1

D—318

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 397
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00081-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | $1,440.00 |
|--|----------|-----------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D−319

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 398
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00082-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,440.00** |
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–320

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 399
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00084-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

D-321

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 400
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00085-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/02/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | **$1,440.00** |
|--|----------|---------------|
|  | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

D–322

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 414
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/15/2020 | review docket report to determine pretrial order (.2) call court re status of pretrial order (.4) | EES | $450.00 | 0.70 | $315.00 |
| 05/19/2020 | review pretrial order | EES | $450.00 | 0.50 | $225.00 |
| | | | | **Subtotal** | **$540.00** |
| | | | | **Total** | **$540.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D–323

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 415
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,440.00** |
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

D-324

**EXHIBIT "E"**

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 78
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00011-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/01/2020 | Outside Courier Service: Demand Letter to Guarantor (2 addresses) and Borrower | EES | $88.15 | 1.00 | $88.15 |

|  | Subtotal | $88.15 |
|--|----------|--------|
|  | Total | $88.15 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK1**

E-1

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 79
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/21/2020 | review and respond to correspondence with Jennifer re terms of the modification agreement | EES | $450.00 | 0.30 | $135.00 |
| 01/23/2020 | review correspondences in loan file (.9) review SBA Authorization (.9) review corporate resolutions and entity information (.5) review note (.4) review 4 guaranty agreements (.5) review security agreement (.4) review UCCs (.7) review mortgage on ██████████(1.2) review title policy (.4) review landlord subordination agreement (.4) review lease (1.2) review nondistiburance agreement (.3) | EES | $450.00 | 7.80 | $3,510.00 |
| 01/23/2020 | review DNB Memorandum terms for an agreement to release NJ property due to divorce of guarantors ██████(.5) | EES | $450.00 | 0.50 | $225.00 |
| 01/24/2020 | review second mortgage on ████████ (1.2) review title work regarding real property (.4) review second mortgage on ██████████ (1.4) review title work on real property (.3) review confessions of judgment on Borrower and Guarantors (.6) | EES | $450.00 | 11.90 | $5,355.00 |

**STARK2**

E–2

Invoice Number 79 - 03/06/2020

review Memorandum on joint venture
business (2.5) review retail lease (.7)
review shareholder agreement Federal
Donuts (.6) review contractor agreement
(.7) review SBA loan agreement (.4)
review business loan agreement (.4)
review deeds for transfer of ███████████
████████ property among Guarantors
Solomonov (.5) review change in terms
agreement (.3) review mortgage on ███████
████████ NJ (1.6) review title work re
NJ property (.3)

| Date | Description | | Rate | Hours | Amount |
|------|-------------|------|------|-------|--------|
| 01/27/2020 | prepare and draft modification (4.5) prepare and draft release of mortgage (1.2) prepare and draft release of UCC (.4) prepare and draft disclosures of confession of judgments on Borrower and guarantors (2.2) | EES | $450.00 | 8.30 | $3,735.00 |
| 01/30/2020 | Call with Jennifer re matter status and next steps | EES | $450.00 | 0.50 | $225.00 |

|  | Subtotal | $13,185.00 |
|--|----------|------------|
|  | Total | $13,185.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████████

Page 2 of 2

**STARK3**

E–3

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 80
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00017-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/06/2020 | call with Jennifer re modification terms | EES | $450.00 | 0.30 | $135.00 |
| 01/12/2020 | review note (.7) review security agreements (.9) review additional loan documents (1.4) review correspondences in file (.7) | EES | $450.00 | 3.70 | $1,665.00 |
| 01/14/2020 | prepare and draft modification agreement | EES | $450.00 | 4.20 | $1,890.00 |

| | |
|---|---|
| **Subtotal** | **$3,690.00** |
| **Total** | **$3,690.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK4**

E–4

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 81
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00018-DNB First, NA**

███████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/29/2020 | review updated lien information (.5) review SBA Authorization (.9) review lease agreement (.1.4) review appraisal (.4) review security agreement (.3) review guaranty agreements on 3 guarantors (.6) review corporate records (.2) review UCCs (.3) review loan agreement (.2) review business loan agreement (.4) review note (.2) review disclosures of confession of judgment on Borrower and Guarantors (.7) prepare and draft amended Memorandum (.9) | EES | $450.00 | 7.00 | $3,150.00 |
| 01/30/2020 | call with ███████ to discuss next steps | EES | $450.00 | 1.40 | $630.00 |

|  | Subtotal | $3,780.00 |
|--|----------|-----------|
|  | **Total** | **$3,780.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305

STARK5

E–5

Invoice Number 81 - 03/06/2020

Federal ID Number ████████████

**STARK6**

E-6

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 82
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00023-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/27/2020 | review note (.3) review mortgage (.5) review assignment of rents (.2) review title policy (.3) prepare and draft modification agreement (3.2) | EES | $450.00 | 4.50 | $2,025.00 |

|  | Subtotal | $2,025.00 |
|--|----------|-----------|
|  | **Total** | **$2,025.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK7**

E-7

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 83
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00024-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/05/2020 | review notes in file (.4) review SBA Authorization (.5) review note (.3) review guaranty (.3) review security agreement (.4) review business loan agreement (.4) review UCCS (.3) review confessions of judgment (.4) review corporate resolutions (.3) | EES | $450.00 | 3.30 | $1,485.00 |
| 01/10/2020 | prepare and draft modification agreement | EES | $450.00 | 3.20 | $1,440.00 |
| | | | **Subtotal** | | **$2,925.00** |
| | | | **Total** | | **$2,925.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK8**

E–8

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 84
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00025-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/06/2020 | review correspondence in file (.5) review SBA Authorization (.5) review security agreement (.5) review UCCS (.4) review mortgages (1.9) review guaranty agreements on 2 guaratnors (.5) review confessions of judgment (.4) review landlord consent (.4) review lease agreement (.9) review life insurance information (.3) review corporate resolutions (.3) review loan agreement (.4) review subrodination agreement (.4) | EES | $450.00 | 7.40 | $3,330.00 |
| 01/11/2020 | prepare and draft modification agreement | EES | $450.00 | 3.10 | $1,395.00 |
| 01/17/2020 | call with Jennifer re loan terms for modification | EES | $450.00 | 2.50 | $1,125.00 |

| | | |
|---|---|---|
| **Subtotal** | **$5,850.00** |
| **Total** | **$5,850.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE

Page 1 of 2

**STARK9**

E–9

Invoice Number 84 - 03/06/2020

Atlanta, GA 30305
Federal ID Number: ███████

**STARK10**

E-10

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 85
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/19/2020 | review lease agreement (1.2) review additional guaranty information to address guaranty issue (.8) review updated lien records (.5) review and revise Memorandum with updated information (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | |
|---|---|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK11**

E–11

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 86
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00035-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/06/2020 | prepare and draft amended Memorandum based on updated lien information | EES | $450.00 | 1.40 | $630.00 |

|  |  |
|------|------|
| **Subtotal** | **$630.00** |
| **Total** | **$630.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK12**

E–12

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 87
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00036-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/02/2020 | review correspondences in file (.8) review SBA Authorization (.6) review Note (.4) review assignment of lease (.5) review leasehold mortgage and security agreement (.9) review guaranty agreement (.4) review security agreement (.5) review appraisal (.4) review sublease (.5) review guaranty and surety agreement with ███████(.7) review reliance letter (.2) review environmental report (.5) review UCCs (.3) review title policy (.4) review corporate resolutions (.2) review confessions of judgment (.4) | EES | $450.00 | 7.70 | $3,465.00 |
| 01/02/2020 | prepare and draft demand letter | EES | $450.00 | 1.90 | $855.00 |

|  |  |  | Subtotal | $4,320.00 |
|--|--|--|----------|-----------|
|  |  |  | **Total** | **$4,320.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305

Page 1 of 2

**STARK13**

E–13

Invoice Number 87 - 03/06/2020

Federal ID Number: ████████

**STARK14**

E-14

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 89
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00038-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/19/2020 | review PSA with SBA Authorization to ensure compliance (2.6) review updated lien records (.5) review and revise Memorandum with updated information (.5) | EES | $450.00 | 3.60 | $1,620.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,620.00** |
| **Total** | **$1,620.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK15**

E–15

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 90
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00040-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/18/2020 | review updated lien records (.5) review environmental reports (.9) review and revise Memorandum with updated information (.5) | EES | $450.00 | 1.90 | $855.00 |
| | | | **Subtotal** | | **$855.00** |
| | | | **Total** | | **$855.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK16**

E-16

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 91
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00041-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/18/2020 | review updated lien records (.5) review additional guaranty information in effort to resolve guaranty issue (1.5) review and revise Memorandum with updated information (.5) | EES | $450.00 | 2.50 | $1,125.00 |

| | | Subtotal | **$1,125.00** |
|--|--|----------|---------------|
| | | Total | **$1,125.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK17**

E-17

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 92
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00042-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/25/2020 | review SBA Authorization on loan  (.5) review UCCS (.3) review landlord consent (.3) review disclosures (.2) review collateral assignment (.6) review mortgage on ▓▓▓▓▓ (1.4) review mortgage on ▓▓▓▓▓ (1.3) review guaranty agreements on 4 guarantors (.8) review lease agreement (.5) review security agreement (.4) review loan agreement (.5) review title policy (.3) review additional loan information (.5) review Note (.5) review corporate resolutions (.3) review confessions of judgment (.6) review updated lien information information (.4) prepare and draft amended MEmorandum (.9) | EES | $450.00 | 10.30 | $4,635.00 |

| | | |
|---|---|---|
| | Subtotal | $4,635.00 |
| | Total | $4,635.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE

**STARK18**

E—18

Invoice Number 92 - 03/06/2020

Atlanta, GA  30305
Federal ID Number: ███████████

**STARK19**

E−19

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 93
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00043-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/28/2020 | review updated lien information on loan ▊ (.4) review landlord subordination agreement (.6) review appraisal (.4) review additional loan documents (.7) review title policy for property (.4) review and revise Memorandum based on updated information (.7) | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | Subtotal | $1,440.00 |
| | Total | $1,440.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▊

**STARK20**

E-20

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 94
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00044-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/28/2020 | review updated lien information (.8) review additional loan documents (1.4) prepare and draft amended Memorandum (.6) | EES | $450.00 | 2.80 | $1,260.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,260.00** |
| | **Total** | **$1,260.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK21**

E-21

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 95
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00045-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/20/2020 | review additional loan information regarding issue with address discrepancy (2.3) review lease agreement (.9) review updated lien information (.5) review landlord suborindation agreement (.5) prepare and draft amended Memorandum (.5) | EES | $450.00 | 4.70 | $2,115.00 |
| 01/30/2020 | review updated lien information (.5) review SBA Authorization (.9) | EES | $450.00 | 1.40 | $630.00 |

|  |  |
|--------|--------|
| **Subtotal** | **$2,745.00** |
| **Total** | **$2,745.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK22**

E-22

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 96
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00046-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/30/2020 | review updated lien records (.8) review additional loan documents (1.9) prepare and draft amended Memorandum (.6) | EES | $450.00 | 3.30 | $1,485.00 |

| | |
|---|---|
| **Subtotal** | **$1,485.00** |
| **Total** | **$1,485.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK23**

E-23

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 97
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00047-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/09/2020 | review notes on loan 1216779 (.9) review SBA AUthorization (.9) review note (.3) review 8 guaranty agreements (1.5) review security agreement (.4) review UCCs (.4) review lease (1.4) review landlord subordination agreement (.8) review mortgage of ███ (1.2) review assignment of rents (.4) review title work re same (.3) review mortgage on ███ (1.2) review title work re same (.2) review mortgage on ███ (1.2) review title work re same (.2) review appraisals on each property (.4) review environmental indemnity agreement (.5) | EES | $450.00 | 12.20 | $5,490.00 |
| 01/10/2020 | review corporate records on loan ███ (.4) review confessions of judgment on Borrower and each Guarantor (1.4)review construction loan agreement (.4) review assignment agreement (.4) review liquor license security agreement (.4) review business loan agreement (.4) review SBA loan agreement (.2) review purchase and escrow agreement (.5) | EES | $450.00 | 4.10 | $1,845.00 |

**STARK24**

E~24

Invoice Number 97 - 03/06/2020

| | | |
|---|---|---|
| **Subtotal** | | **$7,335.00** |
| **Total** | | **$7,335.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK25**

E–25

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 98
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00048-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/11/2020 | review notes on loan 1253843 (.9) review SBA AUthorization (.9) review note (.3) review 5 guaranty agreements (1.2) review security agreement (.4) review UCCs (.4) review liquor license agreement (.4) review mortgage on ███ (1.2) review mortgage on ███ (1.2) review mortgage on ███ (1.2) review SBA loan agreement (.3) review confessions of judgment on Borrower and each Guarantor (1.2) | EES | $450.00 | 9.60 | $4,320.00 |

| | | |
|---|---|---|
| | Subtotal | $4,320.00 |
| | Total | $4,320.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███

Page 1 of 1

**STARK26**

E-26

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 99
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00049-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/12/2020 | review notes on loan ▇▇▇ (.9) review SBA AUthorization (.9) review note (.3) review 8 guaranty agreements (1.5) review security agreement (.4) review UCCs (.4) review liquor license agreement (.5) review corporate records on Borrower and Guarantors (1.2) review SBA AUthorization (.9) review note (.3) review 8 guaranty agreements (1.5) review security agreement (.4) review UCCs (.4) | EES | $450.00 | 9.60 | $4,320.00 |
| 01/13/2020 | review mortgage on ▇▇▇ (1.2) review title work re same (.3) review mortgage on ▇▇▇ (1.2) review title work re same (.2) review mortgage on ▇▇▇ (1.2) review title work re same (.2) | EES | $450.00 | 4.30 | $1,935.00 |
| 01/14/2020 | review confessions of judgment on Borrower and each Guaratnors on loan ▇▇▇ (.9) review SBA loan agreement (.3) review business loan agreement (.5) review environmental indemnity agreement (.6) review guarantor suborindaiton agreement (.4) review landlord subordination agreement (.5) | EES | $450.00 | 3.20 | $1,440.00 |

Page 1 of 2

**STARK27**

E–27

Invoice Number 99 - 03/06/2020

| | |
|---|---|
| **Subtotal** | **$7,695.00** |
| **Total** | **$7,695.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████████

**STARK28**

E-28

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 100
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00050-S&T Bank**

████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/07/2020 | review correspondences in loan file (.9) review SBA Authorization (.7) review note (.4) review collateral assignment of liquor license and security agreement (1.2) review corporate records (.6) review security agreement (.5) review UCCs (.5) review mortgage on ████(1.6) review title work on property (.4) review 2 guaranty agreements (.6) review confessions of judgment on Borrower and Guarantors (.6) review lease agreement (1.8) review landlord subordination agreement (.4) review appraisal (.3) review business loan agreement (.5) review subordination agreement of guarnators (.6) | EES | $450.00 | 11.60 | $5,220.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$5,220.00** |
| | **Total** | **$5,220.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE

**STARK29**

E—29

Invoice Number 100 - 03/06/2020

Atlanta, GA 30305
Federal ID Number: ███████

**STARK30**

E–30

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 101
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00051-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/08/2020 | review correspodnences and approvals in loan file (.8) review SBA Authorization (.9) review note (.4) review mortgage on ▮▮▮▮ (1.4) review title work on property (.5) review mortgage on ▮▮▮▮ (1.1) review title work on property (.4) review security agreement (.4) review UCCs (.3) review liquor license security agreement (.5) review environmental agreement (.6) review corporate records (.5) review guaranty agreements (.5) review confessions of judmgnet on Borrower and Guarantors (1.2) review business loan agreement (.5) | EES | $450.00 | 10.00 | $4,500.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$4,500.00** |
| **Total** | | **$4,500.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮

STARK31

E–31

Invoice Number 101 - 03/06/2020

**STARK32**

E–32

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 102
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00053-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/28/2020 | review title policy for loan ██(.4) review landlord subordination agreement on loan██ (.6) review appraisal loan ██(.4) review additional loan documents loan ██(1.1) review and revise Memorandum based on updated information loan██(.9) | EES | $450.00 | 3.40 | $1,530.00 |

| | | |
|--|--|--|
| **Subtotal** | **$1,530.00** |
| **Total** | **$1,530.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████

Page 1 of 1

**STARK33**

E–33

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 103
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00055-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/26/2020 | review updated lien information on loan ██████ (.8) review information to address mortgage recording issue (.9) review lease agreement on loan ██████ (.9) review landlord consent (.5) review and revise Memorandum with updated information (.5) | EES | $450.00 | 3.60 | $1,620.00 |

| | | |
|---|---|---|
| | Subtotal | $1,620.00 |
| | Total | $1,620.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████

STARK34

E–34

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 104
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00056-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/26/2020 | review updatd lien information on loan  (.5) review landlord consent (.3) review disclosures (.2) review collateral assignment (.6) review guaranty agreements on 4 guarantors (.8) review lease agreement (.5) review security agreement (.4) review loan agreement (.5) review title policy (.3) review additional loan information (.5) review Note (.5) review corporate resolutions (.3) review confessions of judgment (.6) prepare and draft amended MEmorandum on loan (.9) | EES | $450.00 | 6.90 | $3,105.00 |

| | | |
|---|---|---|
| **Subtotal** | **$3,105.00** |
| **Total** | **$3,105.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK35

E–35

Invoice Number 104 - 03/06/2020

STARK36

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 105
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00057-S&T Bank**

█████████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/05/2020 | review correspondences in file for loan ████████(.4) review SBA Authorization for loan ████████(.5) review note (.4) review guaranty for 5 guaratnors (.9) review security agreement (.4) review UCCs (.5) review mortgage on ████████(.7) review mortgage on ████████(.8) review mortgage on ████████(.9) review mortgage on ████████1.1) review confessions of judgment on all Borrower and Guarantors (.9) | EES | $450.00 | 7.50 | $3,375.00 |
| 01/06/2020 | prepare and draft demand letter on loan ████████ | EES | $450.00 | 2.10 | $945.00 |

| | | | | Subtotal | $4,320.00 |
|--|--|--|--|----------|-----------|
| | | | | **Total** | **$4,320.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305

Page 1 of 2

**STARK37**

E–37

Invoice Number 105 - 03/06/2020

Federal ID Number: ██████████

STARK38

E-38

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 107
Invoice Date: 03/06/2020
Due On: 04/15/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00039-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/16/2020 | review updated lien records (.6) review lease agreement (1.1) review PSA (.9) review and revise Memorandum with updated information (.5) | EES | $450.00 | 3.10 | $1,395.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,395.00** |
| **Total** | **$1,395.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK39**

E–39

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 157
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/03/2020 | call with Jennifer re no response from landlord and net steps | EES | $450.00 | 0.50 | $225.00 |
| 02/03/2020 | prepare and draft correspondence Jennifer re updated payoff for deficiency letter | EES | $450.00 | 0.10 | $45.00 |
| 02/10/2020 | call with Jennifer re status of case and next steps | EES | $450.00 | 0.90 | $405.00 |
| 02/12/2020 | review letter from Landlord counsel re settlement as to repairs to the property (.5) Prepare and draft correspondence to client re copy of same and initial letter sent to LAndlord counsel and thoughts on next steps and comments re letter proposed offer of Bank (.3) | EES | $450.00 | 0.80 | $360.00 |
| 02/13/2020 | Call with Jennifer re next steps since letter from Landlord Counsel and response to same and thoughts regarding proceeding with litigation as next steps | EES | $450.00 | 0.80 | $360.00 |
| 02/13/2020 | call with JEnnifer re letter from Landlord Counsel and next steps re response to same | EES | $450.00 | 0.80 | $360.00 |
| 02/14/2020 | review and respond to correspondences | EES | $450.00 | 0.20 | $90.00 |

Page 1 of 2

**STARK40**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | with LL Counsel re timing of response letter |  |  |  |  |
| 02/17/2020 | Call with Jennifer to discuss response letter to Landlord Counsel and next steps in case | EES | $450.00 | 1.50 | $675.00 |
| 02/19/2020 | call with Jennifer to discuss response letter to Landlord Counsel | EES | $450.00 | 1.50 | $675.00 |
| 02/19/2020 | prepare and draft correspondence with Counsel for LL re response letter to LL Counsel by 2/28/2020 (.3) prepare and draft correspondence with Jennifer re confirmation regarding letter deadline and settlement offer plans and timing of inspection of the property (.2) review and respond to corresdponeces with LL Counsel re status of sale of property and litigation if no settlement (.4) | EES | $450.00 | 0.90 | $405.00 |
| 02/20/2020 | review and respond to correspondence with Jennifer offer to LL (.2) call with LL Counsel re offer (.7) prepare and draft letter to LL Counsel re offer (1.6) | EES | $450.00 | 2.50 | $1,125.00 |
| 02/21/2020 | call with Jennifer re next steps re landlord and subpoenas | EES | $450.00 | 1.60 | $720.00 |
| 02/27/2020 | Call with Jennifer to discuss counteroffer letter to landlord | EES | $450.00 | 0.80 | $360.00 |

|  |  |
|---|---|
| **Subtotal** | **$5,805.00** |
| **Total** | **$5,805.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK41**

E-41

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 158
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/25/2020 | meeting with Jennifer re matter and next steps and modification terms | EES | $450.00 | 5.00 | $2,250.00 |
| 02/26/2020 | review additional loan documents (1.9) review and revise modification agreement based on new terms (3.1) | EES | $450.00 | 5.00 | $2,250.00 |

|  |  |
|--|--|
| **Subtotal** | **$4,500.00** |
| **Total** | **$4,500.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK42**

E-42

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 159
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00019-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/19/2020 | review correspondence in file on loan ████████(.5) review SBA Authorization on loan ██████(.5) review note (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review assignment of rents (.3) review mortgages (1.5) review confessions of judgment (.3) review loan agreement (.3) | EES | $450.00 | 5.00 | $2,250.00 |
| 01/21/2020 | review correspondence in file on loan ████████(.5) review SBA Authorization on loan ██████(.5) review note (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.3) review loan agreement (.3) review forbearance agreement (.5) | EES | $450.00 | 3.70 | $1,665.00 |
| 02/01/2020 | review correspondence in file on loan ████████(.5) review SBA Authorization on loan ██████(.5) review note (.4) review corporate resolution and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.5) | EES | $450.00 | 4.40 | $1,980.00 |

**STARK43**

E–43

| 02/01/2020 | review correspondence in file on loan ▉▉▉ (.5) review SBA Authorization on loan ▉▉ (.5) review note (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.3) review loan agreement (.3) review forbearance agreement (.5) | EES | $450.00 | 4.60 | $2,070.00 |
|---|---|---|---|---|---|
| 02/03/2020 | calls with Jennifer re correspondences received from SBA, timeline of manner, next possible steps and possible issues to consider and address (1.2) review and respond to correspondence with Jennifer re review of information (and request for informaiton from DNB colleagues to confirm timetable (.4) review correspodnences from SBA to DNB re issues and consider response to same (.9) | EES | $450.00 | 2.50 | $1,125.00 |
| 02/05/2020 | review correspondence in file on loan ▉▉▉ (.5) review SBA Authorization on loan ▉▉ (.5) review note (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.3) review loan agreement (.3) review forbearance agreement (.5) | EES | $450.00 | 3.70 | $1,665.00 |
| 02/05/2020 | prepare and draft correspondence with Jennifer to follow up on timeline . | EES | $450.00 | 0.20 | $90.00 |
| 02/19/2020 | prepare and draft correspondence with Jennifer re response to landlord | EES | $450.00 | 0.20 | $90.00 |
| 02/23/2020 | prepare and draft correspondence with Jennifer re follow up on missing information | EES | $450.00 | 0.20 | $90.00 |
| 02/24/2020 | meeting with ▉▉▉ to discuss letter from SBA and response to same | EES | $450.00 | 9.00 | $4,050.00 |
| 02/29/2020 | prepare and draft response to SBA letter | EES | $450.00 | 8.90 | $4,005.00 |

|  |  |  | **Subtotal** | **$19,080.00** |
|---|---|---|---|---|
|  |  |  | **Total** | **$19,080.00** |

STARK44

E-44

Invoice Number 159 - 05/01/2020

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████████

**STARK45**

E-45

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 160
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00021-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/18/2020 | review docket report to confirm no subpoena reissue on DNB or S&T. | EES | $450.00 | 0.90 | $405.00 |

| | | | | | |
|--|--|--|--|--|--|
| | | | **Subtotal** | | **$405.00** |
| | | | **Total** | | **$405.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK46**

E–46

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 161
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00023-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review additional loan documents | EES | $450.00 | 1.40 | $630.00 |
| 02/29/2020 | review and revise modification agreement | EES | $450.00 | 1.30 | $585.00 |
| | | | **Subtotal** | | **$1,215.00** |
| | | | **Total** | | **$1,215.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK47**

E–47

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 162
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00024-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review and respond to correspondence with Jennifer re loan | EES | $450.00 | 0.30 | $135.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$135.00** |
| | **Total** | **$135.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK48**

E-48

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 163
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00025-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review and respond to correspondences with Jennifer re loan | EES | $450.00 | '0.40 | $180.00 |

| | | | | Subtotal | **$180.00** |
|--|--|--|--|----------|----------|
| | | | | **Total** | **$180.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

**STARK49**

E-49

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 164
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | Call with Jennifer re question re secondary market and participation agreement with SBA | EES | $450.00 | 1.20 | $540.00 |

|  |  |
|--|--|
| **Subtotal** | **$540.00** |
| **Total** | **$540.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK50**

E–50

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 165
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00031-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.3) | EES | $450.00 | 3.70 | $1,665.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,665.00** |
| **Total** | **$1,665.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK51**

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 166
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00052-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/31/2020 | review loan correspondences in file (1.1) review SBA Authorization (.9) review Note (.4) review 4 guaranty agreements (.5) review mortgage on ███ property (1.4) review title work re same (.4) review mortgage on ███ (1.1) review title work re same (.3) review assignment or rents (.5) review security agreement (.4) review UCCs(.4) review liquor license assignment agreement (.4) review confessions of judgment on Borrower and Guarantors (.5) review corporate records (.5) review business loan agreement (.5) review lease agreement (1.2) review landlord suborindation (.6) review appraisals (.4) review corporate resolutions (.4) review SBA loan agreement (.4) | EES | $450.00 | 12.30 | $5,535.00 |

|  | Subtotal | $5,535.00 |
|--|----------|-----------|
|  | **Total** | **$5,535.00** |

PLEASE REMIT PAYMENT TO:

**STARK52**

E–52

Invoice Number 166 - 05/01/2020

THE STARK FIRM PLLC
301 7 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ██████████

**STARK53**

E—53

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 167
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00059-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/06/2020 | review correspondences in file onloan ▮ (.5) review SBA Authorization ▮loan(.5) review note (.4) review change in term agreements (2.5) review forbearance agreement (2.5) review security agreement (.5) review UCCs (.4) review mortgage on ▮(.9) review confessions of judgment (.6) review lease (.4) review assignment of rents (.6) | EES | $450.00 | 7.70 | $3,465.00 |
| 02/06/2020 | review correspondences in file onloan ▮(.5) review SBA Authorization ▮loan(.5) review note (.4) review change in term agreements (.4) review security agreement (.5) review UCCs (.4) review mortgage on ▮(.9) review confessions of judgment (.4) review lease (.4) review assignment of rents (.6) | EES | $450.00 | 5.00 | $2,250.00 |
| 02/07/2020 | review correspondences in file onloan ▮(.5) review SBA Authorization ▮loan(.5) review note (.4) review change in term agreements (.4) review security agreement (.5) review UCCs (.4) | EES | $450.00 | 5.40 | $2,430.00 |

**STARK54**

E–54

Invoice Number 167 - 05/01/2020

review mortgage on ████████ (.9)
review confessions of judgment (.4)
review lease (.4) review assignment of
rents (.6)

| 02/07/2020 | review correspondences in file onloan ████ (.5) review SBA Authorization ██loan(.5) review note (.4) review change in term agreements (.4) review security agreement (.5) review UCCs (.4) review mortgage on Adams Ave 1A (.9) review confessions of judgment (.4) review lease (.4) review assignment of rents (.6) | EES | $450.00 | 5.00 | $2,250.00 |

|  | **Subtotal** | **$10,395.00** |
|  | **Total** | **$10,395.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

**STARK55**

E-55

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 168
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00060-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/22/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (1.1) review guaranty agreements on 7 guarantors (.7) review confessions of judgment (.6) review subordination of mortgage (.3) review assignment of rents (.4) review PSA (.5) review loan agreement (.4) | EES | $450.00 | 7.10 | $3,195.00 |

| | | |
|---|---|---|
| | Subtotal | $3,195.00 |
| | Total | $3,195.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK56**

E–56

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 169
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00061-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/02/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages on ██████████ 2.1) review guaranty agreements on 4 guarantors (.5) review confessions of judgment (.6) review assignment of rents (.4) review PSA (.5) review loan agreement (.4) review lease agreement (.4) review title work (.3) review franchise agreement (1.3) | EES | $450.00 | 9.60 | $4,320.00 |

|  |  |
|--|--|
| **Subtotal** | **$4,320.00** |
| **Total** | **$4,320.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████

Page 1 of 2

STARK57

STARK58

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 170
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00062-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/01/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreements on 4 guarantors (.5) review confessions of judgment (.6) review landlord subordination (.3) | EES | $450.00 | 4.10 | $1,845.00 |

|  | **Subtotal** | **$1,845.00** |
|--|--------------|---------------|
|  | **Total** | **$1,845.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

STARK59

E-59

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 171
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00063-S&T Bank**

████████████████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/03/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for █████████████(2.1) review guaranty agreements on 4 guarantors (.7) review confessions of judgment (.6) review assignment of lease (.4) review subordination agreement (.4) | EES | $450.00 | 7.30 | $3,285.00 |

| | | |
|---|---|---|
| | Subtotal | **$3,285.00** |
| | Total | **$3,285.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

**STARK60**

E–60

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 172
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00064-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/04/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 2 guaranty agreements (.5) review confessions of judgment (.6) | EES | $450.00 | 4.70 | $2,115.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$2,115.00** |
| **Total** | | **$2,115.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK61**

E–61

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 173
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00065-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/09/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (1.1) review 4 guaranty agreements (.6) review confessions of judgment (.7) review assignment of rents (.4) review business loan agreement (.4) review environmental agreement (.3) review PSA (.5) review landlord release (.4) review appraisal (.3) | EES | $450.00 | 7.80 | $3,510.00 |

| | | |
|---|---|---|
| **Subtotal** | **$3,510.00** |
| **Total** | **$3,510.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK62**

E-62

Invoice Number 173 - 05/01/2020

STARK63

E-63

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 174
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00066-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/11/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (1.1) review 2 guaranty agreements (.4) review confessions of judgment (.4) review environmental agreement (.3) review appraisal (.3) | EES | $450.00 | 5.60 | $2,520.00 |

| | | |
|---|---|---|
| **Subtotal** | **$2,520.00** |
| **Total** | **$2,520.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK64**

E–64

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 175
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00067-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/11/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.4) review confessions of judgment (.4) | EES | $450.00 | 3.90 | $1,755.00 |

|  |  | Subtotal | **$1,755.00** |
|--|--|----------|---------------|
|  |  | Total | **$1,755.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████

STARK65

E–65

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 176
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00068-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/13/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.5) | EES | $450.00 | 3.90 | $1,755.00 |

| | | |
|--|--|--|
| **Subtotal** | **$1,755.00** |
| **Total** | **$1,755.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK66

E-66

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 177
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00069-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/15/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ███████████ (2.5) review guaranty agreement (.3) review confessions of judgment (.5) review title work on each property (.5) review appraisals (.4) | EES | $450.00 | 6.90 | $3,105.00 |

|  | Subtotal | **$3,105.00** |
|--|----------|---------------|
|  | Total | **$3,105.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████████

Page 1 of 1

**STARK67**

E–67

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 178
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00070-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/19/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review 2 guaranty agreements (.5) review confessions of judgment (.4) | EES | $450.00 | 3.60 | $1,620.00 |

|  | Subtotal | $1,620.00 |
|--|----------|-----------|
|  | **Total** | **$1,620.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

STARK68

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 179
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00071-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/20/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review security agreement (.5) review UCCs (.4) review mortgages for ▮▮▮▮ (1.8) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents on both properties (.4) review appraisal (.3) review title work on both properties (.4) | EES | $450.00 | 6.40 | $2,880.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$2,880.00** |
| | **Total** | **$2,880.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

Page 1 of 1

**STARK69**

E–69

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 180
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00072-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/21/2020 | review correspondence in file (.5) review corporate records (.5) review SBA Authorization (.5) review note (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.4) review PSA (.3) | EES | $450.00 | 4.70 | $2,115.00 |

|  | **Subtotal** | **$2,115.00** |
|--|--------------|---------------|
|  | **Total** | **$2,115.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK70**

E–70

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 181
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00073-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/21/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.4) prepare and draft Memorandum (1.9) | EES | $450.00 | 6.20 | $2,790.00 |

| | | |
|---|---|---|
| **Subtotal** | **$2,790.00** |
| **Total** | **$2,790.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK71

E-71

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 182
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00074-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/23/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.3) review confessions of judgment (.4) | EES | $450.00 | 3.40 | $1,530.00 |

|  |  |
|------|------|
| **Subtotal** | **$1,530.00** |
| **Total** | **$1,530.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK72**

E-72

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 183
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00075-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/25/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.4) review confessions of judgment (.3) | EES | $450.00 | 4.70 | $2,115.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$2,115.00** |
| | **Total** | **$2,115.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK73**

E-73

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 184
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00076-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/25/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.4) review confessions of judgment (.3) | EES | $450.00 | 3.40 | $1,530.00 |

| | |
|---|---|
| **Subtotal** | **$1,530.00** |
| **Total** | **$1,530.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK74**

E–74

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 185
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00077-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/16/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 2 guaranty agreements(.4) review confessions of judgment (.5) review environmental agreement (.3) review lease agreement (.3) review landlord release (.3) review landlord suborindation agreement (.3) review suborindation non disturbance agreement (.2) review loan agreement (.3) review guarantor subordination agreement (.4) | EES | $450.00 | 7.30 | $3,285.00 |

|  | **Subtotal** | **$3,285.00** |
|--|--------------|---------------|
|  | **Total**    | **$3,285.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305

**STARK75**

E–75

Federal ID Number █████████

STARK76

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 186
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00078-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/18/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review guaranty agreement (.4) review confessions of judgment (.3) review lease agreement (.3) review landlord waiver (.3) review loan agreement (.3) review subordination agreement (.4) review business loan agreement (.3) | EES | $450.00 | 5.40 | $2,430.00 |

|  | Subtotal | $2,430.00 |
|--|----------|-----------|
|  | **Total** | **$2,430.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

STARK77

E–77

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 187
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00079-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/27/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review 3 guaranty agreements (.5) review confessions of judgment (.4) | EES | $450.00 | 4.00 | $1,800.00 |

|  | Subtotal | **$1,800.00** |
|--|----------|---------------|
|  | Total | **$1,800.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

**STARK78**

E-78

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 188
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00080-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/23/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ████████████ 2.9) review 6 guaranty agreements (.9) review confessions of judgment (.7) | EES | $450.00 | 7.20 | $3,240.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$3,240.00** |
| **Total** | | **$3,240.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

Page 1 of 1

**STARK79**

E–79

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 189
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00081-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/28/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCC's (.4) review mortgages for ███████████ (1.9) review 2 guaranty agreements (.4) review confessions of judgment (.6) review assignment of rents on both properties (.4) review appraisals on both properties (.4) | EES | $450.00 | 6.40 | $2,880.00 |

| | | Subtotal | $2,880.00 |
|---|---|---|---|
| | | **Total** | **$2,880.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████████

Page 1 of 1

STARK80

E—80

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 190
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00082-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/28/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 3 guaranty agreements (.5) review confessions of judgment (.6) review assignment of rents (.2) review appraisal (.3) review environmental agreement (.3) review title work (.3) review property participation agreement (.4) | EES | $450.00 | 6.20 | $2,790.00 |

|  | Subtotal | $2,790.00 |
|--|----------|-----------|
|  | **Total** | **$2,790.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

Page 1 of 1

**STARK81**

E–81

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 191
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00083-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/09/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement(.3) review confessions of judgment (.4) review assignment of rents (.2) review appraisal (.3) review Landlord consent (.3) review title work (.3) | EES | $450.00 | 5.40 | $2,430.00 |

|  | Subtotal | **$2,430.00** |
|--|----------|---------------|
|  | Total | **$2,430.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK82**

E–82

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 192
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00084-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/12/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in terms (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 4 guaranty agreements (.9) review confessions of judgment (.7) review assignment of rents (.2) review subordination of mortgage (.3) review loan agreement (.3) review business loan agreement (.2) review environmental agreement (.3) | EES | $450.00 | 6.90 | $3,105.00 |

| | | |
|---|---|---|
| **Subtotal** | **$3,105.00** |
| **Total** | **$3,105.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK83**

E-83

STARK84

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 193
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00085-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/10/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in terms (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages on  (2.9) review 4 guaranty agreements (.9) review confessions of judgment (.7) review PSA (.3) review collateral assignment of liquor license (.3) review loan agreement (.3) review lease agreement (.4) review environmental agreement on each property (.7) | EES | $450.00 | 9.60 | $4,320.00 |

| | | |
|---|---|---|
| **Subtotal** | **$4,320.00** |
| **Total** | **$4,320.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

Page 1 of 2

**STARK85**

E-85

Invoice Number 193 - 05/01/2020

STARK86

E-86

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 194
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00086-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 02/12/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 3 guaranty agreements (.3) review confessions of judgment (.5) review business loan agreement (.4) | EES | $450.00 | 5.20 | $2,340.00 |

| | | |
|---|---|---|
| **Subtotal** | **$2,340.00** |
| **Total** | **$2,340.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▓▓▓▓▓

**STARK87**

E-87

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 195
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00087-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/17/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ███ (2.5) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents for both properties (.4) review business loan agreement (.4) review appraisals (.4) review subordination agreement (.4) | EES | $450.00 | 8.00 | $3,600.00 |

| | | |
|---|---|---|
| **Subtotal** | **$3,600.00** |
| **Total** | **$3,600.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███

**STARK88**

E–88

STARK89

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 196
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00088-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/22/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ▮▮▮▮▮ (3.9) review 2 guaranty agreements (.5) review confessions of judgment (.5) review business loan agreement (.4) review release of mortgage (.3) review FB Agreement (.7) | EES | $450.00 | 9.40 | $4,230.00 |

| | | |
|---|---|---|
| **Subtotal** | **$4,230.00** |
| **Total** | **$4,230.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: 

STARK90

E–90

Invoice Number 196 - 05/01/2020

STARK91

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 197
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00089-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/13/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review 3 guaranty agreements (.3) review confessions of judgment (.5) review business loan agreement (.4) review PSA (.4) | EES | $450.00 | 4.70 | $2,115.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$2,115.00** |
| | **Total** | **$2,115.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK92**

E–92

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 198
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00090-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/08/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.3) review PSA (.3) review loan agreement (.3) review business loan agreement (.3) | EES | $450.00 | 5.10 | $2,295.00 |

|  |  |
|--|--|
| **Subtotal** | **$2,295.00** |
| **Total** | **$2,295.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK93**

E–93

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 199
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00091-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/19/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review 8 guaranty agreements (.9) review confessions of judgment (.6) review assignment of rents (.3) review business loan agreement (.4) review appraisals (.4) review lease agreements (.3) review environmental agreements (.3) review loan agreement (.2) review title work (.3) | EES | $450.00 | 7.70 | $3,465.00 |

| | | | | Subtotal | **$3,465.00** |
|---|---|---|---|---|---|
| | | | | Total | **$3,465.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK94

E–94

STARK95

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 200
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00092-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/04/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ▮▮▮▮▮ (2.5) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents (.4) review construction loan agreement (.4) review environmental agreement (.3) review lease agreement (.5) | EES | $450.00 | 8.00 | $3,600.00 |

|  | Subtotal | **$3,600.00** |
|--|----------|---------------|
|  | Total | **$3,600.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

Page 1 of 2

**STARK96**

Invoice Number 200 - 05/01/2020

STARK97

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 201
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00093-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/05/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgages for ███ (2.5) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents on each property (.4) review business loan agreement (.4) review title work on each property (.6) review loan agreement (.2) | EES | $450.00 | 8.00 | $3,600.00 |

| | | |
|---|---|---|
| | Subtotal | $3,600.00 |
| | **Total** | **$3,600.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███

STARK98

E–98

STARK99

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 202
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00094-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/26/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (.9) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents (.4) review business loan agreement (.4) review environmental agreement (.3) review lease agreement (.5) review appraisal (.3) review title work (.3) review PSA (.3) | EES | $450.00 | 6.90 | $3,105.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$3,105.00** |
| **Total** | | **$3,105.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮

Page 1 of 1

**STARK100**

E–100

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 203
Invoice Date: 05/01/2020
Due On: 05/31/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00095-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/08/2020 | review correspondence in file (.5) review SBA Authorization (.5) review note (.4) review change in term agreements (.4) review corporate resolutions and entity information (.4) review security agreement (.5) review UCCs (.4) review mortgage (1.1) review guaranty agreement (.3) review confessions of judgment (.5) review assignment of rents (.4) review business loan agreement (.4) review environmental agreement (.3) review lease agreement (.5) review title work (.3) review PSA (.5) | EES | $450.00 | 7.40 | $3,330.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$3,330.00** |
| | **Total** | **$3,330.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████

**STARK101**

E–101

Invoice Number 203 - 05/01/2020

STARK102

E−102

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 204
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00011-DNB First, NA**

███████████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/20/2020 | Call with Jennifer to discuss modification terms on all loans | EES | $450.00 | 0.60 | $270.00 |

| | | Subtotal | **$1,620.00** |
|---|---|---|---|
| | | Total | **$1,620.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

Page 1 of 1

**STARK103**

E-103

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 205
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/02/2020 | call with counsel for landlord re case and settlement | EES | $450.00 | 0.40 | $180.00 |
| 03/03/2020 | review and respond to correspondence with Jennfier re settlement offer to landlord | EES | $450.00 | 0.40 | $180.00 |
| 03/03/2020 | review and respond to correspondences with ███ re accounting | EES | $450.00 | 0.30 | $135.00 |
| 03/06/2020 | review loan collateral (.5) prepare and draft report re same (.5) | EES | $450.00 | 1.00 | $450.00 |
| 03/11/2020 | review and respond to correspondences with LL Counsel request for call to discuss case | EES | $450.00 | 0.40 | $180.00 |
| 03/12/2020 | call with counsel for Landlord | EES | $450.00 | 0.70 | $315.00 |
| 03/13/2020 | review and respond to correspondences with LL Counsel re settlement terms | EES | $450.00 | 0.40 | $180.00 |
| 03/17/2020 | review letter from Landlord Counsel re settlement (.4) prepare and draft response letter to LAndlord Counsel (1.4) | EES | $450.00 | 1.80 | $810.00 |
| 03/18/2020 | call with Jennifer re settlement terms with | EES | $450.00 | 0.90 | $405.00 |

**STARK104**

E-104

landlord based on letter with LL Counsel
(.9)

| | | | | | |
|---|---|---|---|---|---|
| 03/20/2020 | review and respond to correspondences with Landlord Counsel re call to discuss invoices provided to Bank to date and clarification of invoices provided by Landlord to Bank that represent much lower work estimate (.5) prepare and draft correspondence with ████████ re position re invoices provided in December 2019 and Bank's position re acceptance to pay certain nonduplicative work represetned in inovices for puropses of settlement talks to Landlord Counsel (.7) call with ████████ to discuss same (.6) call with Landlord Counsel to discuss invoices provided to date, Bank's position re same and Landlord position re same despite wide variation in pricing of invoices and repair work (.8) review invoices provided by Landlord to date and determine differences in same based on call with landlord counsel and Landlord position re same (1.4) call with ████████ to discuss call with landlord Counsel and response to same given Landlord position rejecting less expensive estimates v higher estimates (.6) | EES | $450.00 | 4.60 | $2,070.00 |
| 03/20/2020 | Call with Jennifer to discuss subpoenas to Banks and ensure not missing any additional banks or other IRAs. | EES | $450.00 | 0.50 | $225.00 |
| 03/20/2020 | prepare and draft notice of issuance of subpoenas on PNC, WF, WSFS, Citizens, Fulton and Robinhood (1) review and redact subpoenas for filing (.5) | EES | $450.00 | 1.50 | $675.00 |
| 03/20/2020 | call with Jennifer re outline of LL invoices and approval to offer to pay certain invoices and floor repair (.9) prepare and draft correspondence with LL Counsel re letter and call to discuss same (.3) | EES | $450.00 | 1.20 | $540.00 |
| 03/23/2020 | prepare and draft notice of subpoena on Citizens Bank (2.2) prepare and draft notice of subpoena on PNC Bank (1.9) prepare and draft notice of subpoena on | EES | $450.00 | 11.90 | $5,355.00 |

**STARK105**

Wells Fargo Bank (1.9) prepare and draft notice of subpoena on Fulton Bank (2) prepare and draft notice of subpoena on WSFS Bank (2) prepare and draft notice of subpoena on Robinhood Funds (1.9)

| Date | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/23/2020 | Prepare and draft correspondence to client re subpoenas served for records and update re letter to landlord counsel re Bank's acceptance to pay certain invoices (.4) | EES | $450.00 | 0.40 | $180.00 |
| 03/24/2020 | review local court rules re pretrial since order not entered to date (.9) review and respond to correspondences with Counsel for records of DNB (1.9) | EES | $450.00 | 2.80 | $1,260.00 |
| 03/24/2020 | prepare corporate disclosures (1.5) call with counsel for █████ re planning meeting (.4) | EES | $450.00 | 0.90 | $405.00 |
| 03/24/2020 | prepare and draft correspondence with counsel for ███ re records of bank | EES | $450.00 | 0.30 | $135.00 |
| 03/25/2020 | Call with Jennifer re status of ███ matter and next steps | EES | $450.00 | 0.60 | $270.00 |
| 03/25/2020 | prepare and draft letter to landlord in response to Feb 12 letter and March 15 letters and offer to pay certain invoices in lieu of repair work by contractor (3) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/27/2020 | review letter from ███ Counsel re subpoenas (.5) prepare and draft response letter to same (1.2) calls with Court re pretrial order (.4) prepare and draft letter to Court requesting pretrial order (.5) | EES | $450.00 | 2.60 | $1,170.00 |
| 03/27/2020 | review and respond to correspondence with court re pretrial order | EES | $450.00 | 0.60 | $270.00 |
| 03/31/2020 | review and respond to correspondences with Jennifer re call from ██████ to Bank to discuss case and Bank's concerns re same (.4) call with Jennifer to discuss ██████ call to Bank and response to same (.9) prepare and draft letter to LL Counsel in response to letter re settlement terms (2.2) call with Jennifer re same (.5) | EES | $450.00 | 4.00 | $1,800.00 |

STARK106

Invoice Number 205 - 04/30/2020

| | | |
|---|---|---|
| **Subtotal** | **$18,540.00** |
| **Total** | **$18,540.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK107**

E–107

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 206
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/01/2020 | review loan documents | EES | $450.00 | 6.20 | $2,790.00 |
| 03/17/2020 | call with Jennifer re modification terms | EES | $450.00 | 0.50 | $225.00 |
| 03/20/2020 | Call with Jennifer to discuss changes in terms to modification | EES | $450.00 | 0.40 | $180.00 |
| 03/22/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/25/2020 | Call with Jennifer to discuss modification terms | EES | $450.00 | 0.60 | $270.00 |

| | Subtotal | $4,815.00 |
|---|---|---|
| | **Total** | **$4,815.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK108**

E-108

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 207
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00018-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/25/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | $1,350.00 |
|---|---|---|---|---|---|
| | | | | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK109

E-109

# S T A R K

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 208
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00019-DNB First, NA**

██████████████████████████████

## Services

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/02/2020 | call with Jennifer re modification of loan | EES | $450.00 | 0.50 | $225.00 |
| 03/03/2020 | call with Jennifer re history of loan history and SBA issues and concerns | EES | $450.00 | 0.90 | $405.00 |
| 03/03/2020 | review loan documents re loan ██████(4.9) review loan documetns re loan █████(5.2) | EES | $450.00 | 10.10 | $4,545.00 |
| 03/04/2020 | review loan documents re loan █████(5.1) review loan documents re loan ██████(5.6) | EES | $450.00 | 10.70 | $4,815.00 |
| 03/05/2020 | review loan documents re loan█████(5.4) review modification and forbearance agreement (3.2) | EES | $450.00 | 8.60 | $3,870.00 |
| 03/07/2020 | review loan collateral for each loan(6.5) prepare and draft report for each loan (3) | EES | $450.00 | 9.50 | $4,275.00 |
| 03/09/2020 | call with Jennifer to discuss loan documentation missing for review to determine response to SBA | EES | $450.00 | 0.40 | $180.00 |
| 03/09/2020 | call with Jennifer to discuss loan documentation review and possible | EES | $450.00 | 1.80 | $810.00 |

**STARK110**

E-110

modification terms

| 03/09/2020 | call with Jennifer to discuss keeping maturity date the same and options re maturity date modifications | EES | $450.00 | 0.70 | $315.00 |
|---|---|---|---|---|---|
| 03/09/2020 | call with Jennifer to discuss maturity date of loan for modification approved and response to SBA and documentation to support same | EES | $450.00 | 0.90 | $405.00 |
| 03/09/2020 | review and respond to correspondence with Jennifer re review of loan documents and responses to questions re maturity date issue | EES | $450.00 | 0.80 | $360.00 |
| 03/09/2020 | prepare and draft correspondence with Jennifer re liquidation status effective date (.3) review and respond to correspondences with Jennifer re servicing question re loans and responses to same (.8) | EES | $450.00 | 1.10 | $495.00 |
| 03/10/2020 | prepare and draft modification agreement | EES | $450.00 | 8.00 | $3,600.00 |
| 03/12/2020 | review and revise modification agreement with payment history and payoff as of Oct 1, 2017 (1.7) prepare and draft confession of judgment on Borrower (.9) prepare and draft confession of Judgment on Holdings (.3) prepare and draft confession of judgment on ▆▆▆▆ (.3) prepare and draft confession of judgment on ▆▆▆▆ (.3) prepare and draft correspondence with Jennifer re Modification for execution and need for notary due to confession of judgment (.3) | EES | $450.00 | 3.80 | $1,710.00 |
| 03/12/2020 | call with Jennifer re agreement terms and next steps re letter to SBA | EES | $450.00 | 0.50 | $225.00 |
| 03/12/2020 | review and response to correspondences with Jennifer re questions re modification | EES | $450.00 | 0.30 | $135.00 |
| 03/13/2020 | prepare and draft letter to SBA including review of communication with Bank and SBA and history re participation and purchase by SBA and timelines re same | EES | $450.00 | 5.00 | $2,250.00 |
| 03/13/2020 | call with Jennifer re terms to modification | EES | $450.00 | 3.50 | $1,575.00 |

STARK111

Invoice Number 208 - 04/30/2020

| | (.9) review payment history on each loan (2.6) | | | | |
|---|---|---|---|---|---|
| 03/15/2020 | prepare and draft correspondence with Jennifer re letter to SBA for review (.4) review and respond to correspondences with Jennifer re execution of agreements (.3) | EES | $450.00 | 0.70 | $315.00 |
| 03/16/2020 | Call With Jennifer re submission to SBA and next steps | EES | $450.00 | 0.30 | $135.00 |
| 03/16/2020 | prepare and draft correspondence with SBA re letters response re loan status | EES | $450.00 | 0.30 | $135.00 |
| 03/25/2020 | Call with Jennifer to discuss modifications of additional loans and status of response from SBA | EES | $450.00 | 0.60 | $270.00 |
| 03/26/2020 | review payoff of each loan (.6) review and revise modification agreements with updated payoffs for each loan (1.4) | EES | $450.00 | 2.00 | $900.00 |
| 03/26/2020 | prepare and draft correspondence with Jennifer re questions re modifications for loan ▓▓▓▓▓▓▓▓.9) review and respond to correspondence with Jennfier re same (.4) | EES | $450.00 | 1.30 | $585.00 |
| 03/27/2020 | call with Jennifer re questions re modification execution (.6) review and revise modifications for final execution based on comments from ▓▓▓▓▓▓ (.4) prepare modifications for execution by parties (.7) review and revise confessions of judgment (2.4) prepare and draft closing letter (.9) | EES | $450.00 | 5.00 | $2,250.00 |
| 03/27/2020 | review flood zone requirmeents of S&T (.9) prepare and draft correspondence with Jennifer re same for closing (.2) review flood certification (.4) review and respond to correspondence with Jennifer re flood zone certification (.4) prepare and draft correspondence with Jennifer re modifications on loans ▓▓▓▓▓ and ▓▓ (.5) | EES | $450.00 | 2.40 | $1,080.00 |
| 03/27/2020 | prepare and draft correspondence with | EES | $450.00 | 0.90 | $405.00 |

Page 3 of 5

**STARK112**

Invoice Number 208 - 04/30/2020

Jennifer re flood issue with cross-collateralization in loan documents

| 03/27/2020 | review and respond to correspondence with Jennifer re flood zone determination (.3) review flood zone report and incorporate language re same (.7) | EES | $450.00 | 1.00 | $450.00 |
| 03/30/2020 | Call with Jennifer re modifications (1.5) review and revise modification for execution (.4) | EES | $450.00 | 1.90 | $855.00 |
| 03/30/2020 | review executed modifications and prepare closing package | EES | $450.00 | 2.00 | $900.00 |
| 03/31/2020 | call with Jennifer re questions re modification terms and booking of same | EES | $450.00 | 1.60 | $720.00 |
| 03/31/2020 | prepare and draft letter and attachments for closing binder for loan ████(1.2) prepare and draft letter and attachments for closing binder for loan ████(1.4) prepare and draft letter and closing binder for loan ████(1.3) prepare and draft letter and attachments for closing binder for loan ████(1.2) prepare and draft letter and attachments for closing binder for loan ████(1.4) | EES | $450.00 | 6.50 | $2,925.00 |
| 03/31/2020 | prepare and draft correspondence with Jennifer re payment history on each loan and forbearance terms payments and comparisons re same | EES | $450.00 | 1.70 | $765.00 |

**Services Subtotal**     **$42,885.00**

## Expenses

| Date | Notes | Attorney | Rate | Quantity | Total |
| --- | --- | --- | --- | --- | --- |
| 03/16/2020 | Outside Courier Service - letters to SBA in response to letter | EES | $30.00 | 1.00 | $30.00 |

**Expenses Subtotal**     **$30.00**

**Subtotal**     **$42,915.00**

**Total**     **$42,915.00**

**STARK113**

E–113

Invoice Number 208 - 04/30/2020

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK114**

E–114

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 209
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00023-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | Call with Jennifer to discuss modification terms | EES | $450.00 | 0.40 | $180.00 |

|  | Subtotal | **$180.00** |
|--|----------|-------------|
|  | Total | **$180.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK115**

E-115

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 210
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/21/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | $1,350.00 |
|--|--|--|--|----------|-----------|
| | | | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK116**

E–116

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 211
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00028-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/09/2020 | review and revise Libor language for MD, NJ and DE | EES | $450.00 | 6.00 | $2,700.00 |
| 03/19/2020 | prepare for call to discuss Libor language including presentation re proposed changes re same | EES | $450.00 | 4.20 | $1,890.00 |
| 03/20/2020 | prepare and draft libor language | EES | $450.00 | 0.90 | $405.00 |
| 03/26/2020 | review and respond to correspondence with Scott re model language for interest rate | EES | $450.00 | 0.40 | $180.00 |

| | | |
|---|---|---|
| **Subtotal** | **$5,175.00** |
| **Total** | **$5,175.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK117**

E—117

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 212
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00029-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/17/2020 | review documents provided by Steve re SBA transfer | EES | $450.00 | 2.00 | $900.00 |
| 03/17/2020 | review Articles of Merger of DNB and S&T Bank (.5) review Loan Guaranty agreements (2.6) | EES | $450.00 | 3.10 | $1,395.00 |
| 03/19/2020 | call with ▓▓▓▓ with SBA re Transfer expedition (.7) prepare and draft correspondence with Steve re outline of steps per SOP for transfer (.7) | EES | $450.00 | 1.40 | $630.00 |

|  | **Subtotal** | **$2,925.00** |
|--|------------|-------------|
|  | **Total** | **$2,925.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▓▓▓▓

**STARK118**

E–118

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 213
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00031-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/30/2020 | prepare and draft forbearance agreement | EES | $450.00 | 4.50 | $2,025.00 |
| | | | | **Subtotal** | **$3,375.00** |
| | | | | **Total** | **$3,375.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK119**

E—119

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 214
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00035-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/05/2020 | review loan documents | EES | $450.00 | 4.20 | $1,890.00 |
| 03/10/2020 | prepare and draft demand letter | EES | $450.00 | 1.90 | $855.00 |
| 03/21/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| **Subtotal** | **$4,095.00** |
| **Total** | **$4,095.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK120**

E–120

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 215
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00036-S&T Bank**

███████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | **Subtotal** | **$1,350.00** |
|--|-------------|--------------|
|  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

**STARK121**

E-121

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 216
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00037-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | Subtotal | | $1,350.00 |
| | | | Total | | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK122**

E–122

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 217
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00038-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/24/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | $1,350.00 |
|--|----------|-----------|
|  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK123**

E–123

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 218
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00039-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/26/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|---|----------|-----------|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK124

E—124

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 219
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00040-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

**STARK125**

E–125

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 220
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00041-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/21/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

STARK126

E–126

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 222
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00043-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/17/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |  | **Subtotal** | **$1,350.00** |
|--|--|--|--------------|---------------|
|  |  |  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK127**

E–127

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 223
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00044-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/21/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,350.00** |
| | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK128

E-128

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 224
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00045-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/24/2020 | review loan collateral.(2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | **$1,350.00** |
|---|---|---|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK129**

E-129

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 225
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00046-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/25/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | **Subtotal** | | **$1,350.00** |
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK130

E–130

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 226
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00047-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/06/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | $1,350.00 |
| | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████

STARK131

E–131

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 227
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00048-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/12/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | **Subtotal** | **$1,350.00** |
|--|--------------|---------------|
|  | **Total**    | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK132**

E-132

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 228
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00049-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/12/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|--|----------|-----------|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK133**

E-133

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 229
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00050-S&T Bank**

███████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/08/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████████

STARK134

E-134

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 230
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00051-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/08/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|---|---|---|
| | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK135**

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 231
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00052-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/08/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | **$1,350.00** |
|--|----------|----------------|
|  | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████████

Page 1 of 1

**STARK136**

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 232
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00053-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/17/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | **$1,350.00** |
|---|---|---|---|---|---|
| | | | | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK137

E-137

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 233
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00054-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | **Subtotal** | | **$1,350.00** |
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK138**

E—138

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 234
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00055-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | Subtotal | | $1,350.00 |
| | | | Total | | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▉▉▉▉▉

**STARK139**

E–139

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 235
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00056-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/16/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | **Subtotal** | | **$1,350.00** |
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK140**

E–140

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 236
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00057-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/26/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | **$1,350.00** |
|--|----------|---------------|
|  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK141**

E-141

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 237
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00059-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/19/2020 | review loan collateral as to loan ████ (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/19/2020 | review loan collateral as to loan ████ (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/22/2020 | review loan collateral as to loan ████ (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/24/2020 | review loan collateral as to loan ████ (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $5,400.00 |
|---|---|---|
| | Total | $5,400.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

STARK142

E–142

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 238
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00060-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK143**

E—143

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 239
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00061-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/02/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | $1,350.00 |
|--|--|----------|-----------|
| | | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

**STARK144**

E−144

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 240
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00062-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/26/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | $1,350.00 |
|--|----------|-----------|
|  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK145**

E-145

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 241
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00063-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/22/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | $1,350.00 |
|--|----------|-----------|
|  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████

Page 1 of 1

**STARK146**

E–146

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 242
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00064-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/06/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK147**

E—147

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 243
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00065-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/02/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | $1,350.00 |
|--|----------|-----------|
|  | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK148

E-148

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 244
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00066-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/07/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

STARK149

E–149

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 245
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00067-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | $1,350.00 |
|--|----------|-----------|
|  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK150

E—150

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 246
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00068-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|---|---|---|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK151**

E−151

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 247
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00069-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/04/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|---|---|---|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK152**

E—152

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 248
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00070-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/18/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | $1,350.00 |
|---|---|---|---|
| | | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK153

E-153

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 249
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00071-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/13/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,350.00** |
| | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK154**

E−154

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 250
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00072-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/25/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK155**

E–155

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 251
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00073-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/30/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,350.00** |
| | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

**STARK156**

E—156

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 252
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00074-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$1,350.00** |
| **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK157**

E–157

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 253
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00075-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| | | | **Subtotal** | | **$1,350.00** |
| | | | **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK158**

E–158

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 254
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00076-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/11/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | **$1,350.00** |
|--|--|----------|---------------|
| | | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK159**

E-159

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 255
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00077-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 02/18/2020 | review loan collateral as to loan████(3.5) prepare and draft report re same (.5) | EES | $450.00 | 4.00 | $1,800.00 |
| 03/18/2020 | review loan collateral as to loan████2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |
| 03/22/2020 | review loan collateral as to loan████(2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $4,500.00 |
|---|---|---|
| | **Total** | **$4,500.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number████

STARK160

E–160

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 256
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00078-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/01/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|---|---|---|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK161**

E—161

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 257
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00079-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/01/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|--|--|--|
| Subtotal | $1,350.00 |
| Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK162**

E—162

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 258
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00080-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/02/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | $1,350.00 |
|--|--|----------|-----------|
| | | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮▮

STARK163

E–163

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 259
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00081-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/06/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | Subtotal | $1,350.00 |
|--|----------|-----------|
|  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

**STARK164**

E—164

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 260
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00082-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | Subtotal | **$1,350.00** |
|--|--|----------|---------------|
| | | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK165**

E-165

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 261
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00084-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/08/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK166

E–166

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 262
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00085-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/14/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,350.00** |
| | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK167**

E–167

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 263
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00086-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/28/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  | Subtotal | $1,350.00 |
|--|--|----------|-----------|
|  |  | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK168

E-168

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 264
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00087-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/28/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$1,350.00** |
| **Total** | | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK169

E—169

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 265
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00088-S&T Bank**

██████████████████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/28/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  |
|---|---|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ██████████

STARK170

E–170

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 266
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00089-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/28/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | **$1,350.00** |
|--|----------|---------------|
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK171**

E-171

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 267
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00090-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/29/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  |  | Subtotal | $1,350.00 |
|--|--|----------|-----------|
|  |  | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK172**

E—172

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 268
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00091-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/29/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | **$1,350.00** |
|--|--|--|--|----------|-----------|
| | | | | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK173

E-173

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 269
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00092-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/29/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | | | Subtotal | **$1,350.00** |
|---|---|---|---|---|---|
| | | | | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK174

E-174

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 270
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00093-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/29/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | Subtotal | $1,350.00 |
|---|---|---|
| | Total | $1,350.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK175**

E–175

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 271
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00094-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/20/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

|  | | Subtotal | **$1,350.00** |
|--|--|----------|-----------|
|  | | Total | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

Page 1 of 1

**STARK176**

E–176

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 272
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00095-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/08/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | |
|---|---|
| **Subtotal** | **$1,350.00** |
| **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK177**

E–177

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 273
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00011-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |  | **Subtotal** | **$810.00** |
|--|--|--|--------------|-------------|
|  |  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK178**

E-178

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 274
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 0.40 | $180.00 |

|  | Subtotal | **$180.00** |
|--|----------|-------------|
|  | Total | **$180.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▓▓▓▓▓▓

**STARK179**

E-179

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 275
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/18/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | **Subtotal** | **$810.00** |
|--|--|--------------|-------------|
|  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK180**

E−180

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 276
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00018-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/16/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|--|--|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK181**

E–181

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 277
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00019-DNB First, NA**

### Services

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/01/2020 | review and respond to correspondence with Jennifer re modification agreement | EES | $450.00 | 0.50 | $225.00 |
| 04/08/2020 | review SBA letter dated 3/29/2020 (.3) review and respond to correspondence with Jennifer re letter dated 3/29/2020 from SBA and response to same (.4) call with SBA re same (.6) prepare and draft letter to SBA in response to 3/29/2020 letter (2.2) prepare and draft correspondence with SBA re letter (.2) prepare and draft correspondence with Jennifer re same for records (.4) | EES | $450.00 | 1.60 | $720.00 |
| 04/08/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| 04/09/2020 | prepare and draft correspondence with Jennifer re closing binder | EES | $450.00 | 0.40 | $180.00 |
| 04/22/2020 | review letter from SBA re transfer to loan to regular servicing (.2) Prepare and draft correspondence to Jennifer and Steve re | EES | $450.00 | 0.70 | $315.00 |

**STARK182**

E-182

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | same (.2) review and respond to correspondences with Steve re report of loan to SBA for SBA Debt Relief (.3) |  |  |  |  |
| 04/22/2020 | call with Jennifer re letter from SBA and next steps | EES | $450.00 | 0.40 | $180.00 |
| 04/22/2020 | prepare and draft correspondence with SBA confirming letter | EES | $450.00 | 0.20 | $90.00 |

|  |  |
|---|---|
| **Services Subtotal** | **$2,520.00** |

## Expenses

| Date | Notes | Attorney | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 04/08/2020 | Outside Courier Service- Second Response letter to SBA | EES | $45.00 | 1.00 | $45.00 |

|  |  |
|---|---|
| **Expenses Subtotal** | **$45.00** |
| **Subtotal** | **$2,565.00** |
| **Total** | **$2,565.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████

**STARK183**

E—183

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 278
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK184**

E-184

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 279
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00029-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review list of SBA loans for transfer | EES | $450.00 | 1.40 | $630.00 |
| 04/07/2020 | prepare and draft letter to SBA regarding confirmation no outstanding SBA receivables | EES | $450.00 | 0.40 | $180.00 |
| 04/07/2020 | prepare and draft correspondence with Steve re follow up on merger agreement and loan list | EES | $450.00 | 0.30 | $135.00 |
| 04/07/2020 | review and respond to correspondence with Steve re loan list (.2) review loan list for SBA transfer to confirm no issue (1.2) | EES | $450.00 | 1.40 | $630.00 |
| 04/08/2020 | review merger documents filed with SEC | EES | $450.00 | 0.90 | $405.00 |
| 04/16/2020 | review and respond to correspondence with Steve re status of transfer letter to SBA and request for additional documents for letter to SBA | EES | $450.00 | 0.40 | $180.00 |
| 04/17/2020 | review correspondence from SBA re confirmation no receivables due from DNB First. NA. (.2) prepare and draft correspondence with Steve confirming same and follow up on merger agreement (.2) review and respond to correspondence | EES | $450.00 | 0.70 | $315.00 |

STARK185

E—185

Invoice Number 279 - 05/31/2020

with Steve re same (.3)

| | | | | | |
|---|---|---|---|---|---|
| 04/17/2020 | review merger agreement (1.1) prepare and draft letter of Request of Transfer of SBA loans to S&T Bank by virtue of Merger (2.7) prepare and draft correspondence with SBA contact re transfer letter forthcoming and request to expedite (.2) | EES | $450.00 | 3.00 | $1,350.00 |
| 04/17/2020 | prepare and draft letter to SBA regarding transfer of SBA portfolio from DNB to S&T Bank (4) prepare and draft attachments to letter (.5) | EES | $450.00 | 4.50 | $2,025.00 |
| 04/20/2020 | call with SBA re transfer letter (.3) Prepare and draft correspondence to Steve re letter for review and approval (.2) | EES | $450.00 | 0.50 | $225.00 |
| 04/20/2020 | review and respond to correspondence with Steve re questions re SOP re transfer of assets (.2) call with Steve regarding same (.3) review and revise letter for execution by Steve (.2) | EES | $450.00 | 0.70 | $315.00 |
| 04/20/2020 | prepare and draft correspondence with ▮▮▮▮▮ re proposed letter to SBA for review | EES | $450.00 | 0.20 | $90.00 |
| 04/20/2020 | review and respond to correspondence with Steve re question regarding merger/ consolidation v asset sale and difference regarding transfer of portfolio (.4) call with Steve regarding same (.3) | EES | $450.00 | 0.70 | $315.00 |
| 04/20/2020 | review and revise letter based on comments from Steve for final review and execution of same (.4) Prepare and draft correspondence to client for execution (.1) prepare and draft correspondence with SBA re letter to SBA re transfer by merger (.2) prepare and draft correspondence with Steve re letter for records (.1) | EES | $450.00 | 0.80 | $360.00 |

|  |  |
|---|---|
| **Subtotal** | **$7,155.00** |
| **Total** | **$7,155.00** |

**STARK186**

E-186

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

**STARK187**

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 280
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00031-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| 04/06/2020 | prepare and draft modification agreement (4) call with Jennifer regarding terms to the agreement and payoff (.5) prepare and draft confession of judgment on Borrower (1.6) prepare and draft confession of judgment on Guarantor (.9) | EES | $450.00 | 7.00 | $3,150.00 |
| 04/07/2020 | review and respond to correspondence with Jennifer re approval of terms | EES | $450.00 | 0.30 | $135.00 |
| 04/08/2020 | prepare and draft correspondence with Jennifer re balance due on loans | EES | $450.00 | 0.20 | $90.00 |
| 04/09/2020 | prepare and draft correspondence with Jennifer re principal balance due | EES | $450.00 | 0.20 | $90.00 |
| 04/13/2020 | review and revise forbearance agreement with updated payoff (.4) review and revise modification agreement with updated payoff (.4) prepare and draft correspondence with Jennifer re documents to review (.2) | EES | $450.00 | 1.00 | $450.00 |
| 04/19/2020 | review and respond to correspondence | EES | $450.00 | 3.10 | $1,395.00 |

Page 1 of 2

**STARK188**

E–188

Invoice Number 280 - 05/31/2020

with Jennifer re review of loan documents
(.3) review and revise modification
agreement based on comments from
Jennifer (1.6) review and revise
forbearance agreement based on comments
from Jennifer (.9) prepare and draft
correspondence with Jennifer closing
documents for review (.3)

| 04/22/2020 | review and revise forbearance agreement and modification and confessions of judgment with updated information for closing | EES | $450.00 | 2.40 | $1,080.00 |
| 04/27/2020 | call with Jennifer to discuss loan issues | EES | $450.00 | 1.00 | $450.00 |

|  |  | **Subtotal** | **$7,650.00** |
|  |  | **Total** | **$7,650.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Numb███████████

**STARK189**

E—189

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 281
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00032-S&T Bank**

███████████████████

## Services

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/28/2020 | call with Jennifer re PPP and other programs | EES | $450.00 | 2.50 | $1,125.00 |
| 04/01/2020 | review CARES Act | EES | $450.00 | 3.20 | $1,440.00 |
| 04/02/2020 | calls with Jenifer re PPP program, note and rollout (3.5) review PPP Application, Affiliation Rule and facts sheet (1.2) prepare and draft memo re same (5.9) | EES | $450.00 | 10.60 | $4,770.00 |
| 04/03/2020 | prepare PPP presentation (3) call with Jennifer re same (1.5) prepare and draft Memo re PPP process (6.9) | EES | $450.00 | 11.40 | $5,130.00 |
| 04/04/2020 | call wth Jennifer re PPP And other programs | EES | $450.00 | 2.50 | $1,125.00 |
| 04/04/2020 | PPP program on NAGGL (3) call with Jennifer re same (1.5) prepare and draft summary of call (3) | EES | $450.00 | 7.50 | $3,375.00 |
| 04/04/2020 | review PPP note and provide comments to same | EES | $450.00 | 2.00 | $900.00 |

**STARK190**

E−190

Invoice Number 281 - 05/31/2020

| 04/05/2020 | prepare and draft correspondence with Jennifer fees paid by SBA | EES | $450.00 | 0.30 | $135.00 |
|---|---|---|---|---|---|
| 04/06/2020 | PPP program on NAGGL (3) call with Jennifer re same (1.5) prepare and draft memo re summary of NAGGL training for Bank (.3.1) | EES | $450.00 | 7.60 | $3,420.00 |
| 04/08/2020 | prepare and draft Memo re EIDL loans and PPP | EES | $450.00 | 4.30 | $1,935.00 |
| 04/09/2020 | calls with Jennifer re questions re PPP program and other CARES Act programs | EES | $450.00 | 1.60 | $720.00 |
| 04/11/2020 | prepare and draft memo on PPP loan under CARES Act | EES | $450.00 | 14.00 | $6,300.00 |
| 04/14/2020 | call with Jennifer re questions re SBA Debt Relief (.6) review and respond to correspondences with Jennifer re questions re "regular servicing status" and SBA procedural notice 50000-20015 (2.9) | EES | $450.00 | 3.50 | $1,575.00 |
| 04/14/2020 | Prepare and draft memo to answer questions regarding ppp loan advance from SBA to Bank, risk of recourse from SBA and evidence to support forgiveness required of borrower and bank and concern if fails to meet them and already paid | EES | $450.00 | 10.00 | $4,500.00 |
| 04/14/2020 | review and revise Memo re SBA Debt Relief based on additional rules from SBA | EES | $450.00 | 2.60 | $1,170.00 |
| 04/15/2020 | review and revise memo on PPP advance funds to Bank based on Third Interim Report from Treasure and FAQ dated 4/14/2020 | EES | $450.00 | 3.00 | $1,350.00 |
| 04/15/2020 | call with ██████████office re PPP questions (.6) call with Jennifer re same (.3) prepare and draft correspondence with Jennifer re memo (.2) | EES | $450.00 | 1.10 | $495.00 |
| 04/16/2020 | call with ██████office re questions re PPP loans (.9) prepare and draft memo re call with██████office and information obtained from same (2.6) prepare and draft correspondence with Jennifer re same (.2) | EES | $450.00 | 3.70 | $1,665.00 |

**STARK191**

E–191

| 04/17/2020 | calls with Jennifer re memo on small debt; training; listen on business call and other PPP update and guidance with Jennifer | EES | $450.00 | 6.00 | $2,700.00 |
| 04/20/2020 | Call with Jennifer re PPP and SBA debt relief | EES | $450.00 | 1.30 | $585.00 |
| 04/20/2020 | PPP program on NAGGL (3) call with Jennifer re same (1.5) | EES | $450.00 | 4.50 | $2,025.00 |
| 04/21/2020 | prepare and draft memo of summary of NAGGL training call on PPP | EES | $450.00 | 3.00 | $1,350.00 |
| 04/24/2020 | Calls with Jennifer re questions re sba debt relief program memo | EES | $450.00 | 3.50 | $1,575.00 |
| 04/24/2020 | call with Jennifer to discuss PPP | EES | $450.00 | 1.20 | $540.00 |
| 04/24/2020 | calls with Jennfier re PPP program, note and rollout (3.5) prepare and draft memo re PPP updated loan (4.5) | EES | $450.00 | 8.00 | $3,600.00 |
| 04/26/2020 | prepare and draft Memo re PPP updates | EES | $450.00 | 4.60 | $2,070.00 |
| 04/28/2020 | call with Jennifer to discuss PPP questions and new updates | EES | $450.00 | 1.50 | $675.00 |
| 04/28/2020 | prepare and draft correspondence with Jennifer re PPP updates | EES | $450.00 | 0.70 | $315.00 |

**Services Subtotal**          **$56,565.00**

## Expenses

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/06/2020 | NAGGL conference | EES | $600.00 | 1.00 | $600.00 |
| 04/15/2020 | PPP training | EES | $195.00 | 1.00 | $195.00 |

**Expenses Subtotal**          **$795.00**

**Subtotal**          **$57,360.00**

**Total**          **$57,360.00**

PLEASE REMIT PAYMENT TO:

**STARK192**

E-192

Invoice Number 281 - 05/31/2020

THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████

**STARK193**

E–193

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 282
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00033-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/15/2020 | review and respond to correspondences with closing counsel and Miranda re payoff and questions re release and full payoff | EES | $450.00 | 0.30 | $135.00 |
| 04/16/2020 | Call with Jennifer re loan status (.6) review and respond to correspondences with Miranda re loan documents (.2) | EES | $450.00 | 0.80 | $360.00 |
| 04/16/2020 | review recorded mortgages | EES | $450.00 | 2.40 | $1,080.00 |
| 04/17/2020 | prepare and draft correspondence with Miranda re follow up on Note | EES | $450.00 | 0.20 | $90.00 |
| 04/19/2020 | prepare and draft correspondence with Jennifer re note | EES | $450.00 | 0.20 | $90.00 |
| 04/20/2020 | review loan documents, including notes and mortgages | EES | $450.00 | 3.60 | $1,620.00 |
| 04/20/2020 | prepare and draft correspondence with Steve re letter sent to SBA for records | EES | $450.00 | 0.10 | $45.00 |
| 04/20/2020 | reive and respond to correspondence with Jennifer questions re closing | EES | $450.00 | 0.20 | $90.00 |
| 04/21/2020 | call with Jennifer to discuss closing and | EES | $450.00 | 0.50 | $225.00 |

STARK194

E—194

execution of releases by S&T and merger
history and documentation for closing.

| | | | | | |
|---|---|---|---|---|---|
| 04/21/2020 | review payoff (.2) Prepare and draft correspondence to Miranda re copies of note and/or terms to bridge loan (.3) review third party lender agreement (1.8) Prepare and draft correspondence to Jennifer re missing loan documents and reason for need of same (.3) review screen shot of bridge loan terms (.3) | EES | $450.00 | 2.90 | $1,305.00 |
| 04/21/2020 | review and respond to correspondences with Closing counsel re documents for execution (.4) call with closing counsel re documents and closing instructions (.3) | EES | $450.00 | 0.70 | $315.00 |
| 04/21/2020 | review and respond to correspondences with Closing counsel re documents for execution (.4) call with closing counsel re documents and closing instructions (.3) review updated pay history on loan and confirm payments current (.2) Prepare and draft correspondence to Miranda to confirm same (.1) prepare and draft correspondence with Jennifer re payment current confirmation and notary for closing (.3) review and respond to correspondences with closing counsel re address for mailing documents signed by S&T and copies of same and issue with closing documents (.5) | EES | $450.00 | 1.80 | $810.00 |
| 04/21/2020 | review and compare SBA requirements of S&T in closing documents and authorization and compare same with Third Party Lender Agreement, SBA Authorization and permanent and interim loan mortgage and determine issues with same and confirmation lender fee not paid, interest current and COVID agreement requirements of S&T Bank (2.5) Prepare and draft correspondence to Jennifer re closing documents for execution and outline of concerns re same, specifically, prohibited language in loan documents, third party lender fee unpaid, interest to be paid at sale of debenture and COVID agreement terms requiring deferrment | EES | $450.00 | 3.20 | $1,440.00 |

STARK195

terms following sale of debenture and
instructions re execution of same and
addressing issues thereafter (.7)

| 04/21/2020 | review modification agreement (1.2) prepare and draft correspondence with Jennifer comments re same (.2) | EES | $450.00 | 1.40 | $630.00 |
|---|---|---|---|---|---|
| 04/21/2020 | Call with Jennifer re loan closing | EES | $450.00 | 0.70 | $315.00 |
| 04/21/2020 | prepare and draft correspondence with Jennifer re response to closing counsel | EES | $450.00 | 0.20 | $90.00 |
| 04/22/2020 | Review documents for closing | EES | $450.00 | 3.00 | $1,350.00 |
| 04/22/2020 | review modification agreement (1.2) prepare and draft correspondence with Jennifer comments re same (.2) review and respond to correspondences with Closing counsel re status of execution fo documents (.2) | EES | $450.00 | 1.60 | $720.00 |
| 04/22/2020 | prepare and draft correspondence with Jennifer re notary (.2) | EES | $450.00 | 0.20 | $90.00 |
| 04/22/2020 | calls with e notary services re notary for closing since need wet signature (1.5) Prepare and draft correspondence to closing counsel re address correction for lender third party agreement (.3) review revised third party lender agreement (.3) review bridge note (.5) review UCC information (.5) review environmental indemnity agreement (.6) review guaranty agreement (.4) review assignment of rents (.5) review loan agreement (.9) review security agreement (.4) review DNB agreement letter (.3) review permant loan note (.6) prepare and draft correspondence with closing counsel re change to documents re Bank name (.3) prepare and draft correspondence with Jennifer re revised documents for execution (.3) | EES | $450.00 | 6.90 | $3,105.00 |
| 04/22/2020 | Calls with Jennifer re loan closing, notary, issues with loan documents to correct (1) review and respond to correspondence with closing counsel re closing documents (.2) prepare and draft correspondence with | EES | $450.00 | 1.60 | $720.00 |

STARK196

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Jennifer re Bridge Note and permanent Note (.4) |  |  |  |  |
| 04/23/2020 | review additional misc loan documents provided by Miranda regarding initial bridge loan and permanent loan closing at DNB (3.6) prepare and draft closing letter (.3) | EES | $450.00 | 3.90 | $1,755.00 |
| 04/24/2020 | prepare and draft corresdponecne with Jennifer re permanent loan payment history and confirmation lender fee paid to SBA and recovery of same from Borrower and amendment of Note and mortgage to comply with SBA guidelines | EES | $450.00 | 0.30 | $135.00 |
| 04/24/2020 | review closing loan documents to confirm origination fee paid and not participation fee to SBA (.8) review and respond to correspondences with Jennifer re Third Party Lender Fee v origination fee represented in closing documents (.4) | EES | $450.00 | 1.20 | $540.00 |
| 04/24/2020 | review and respond to correspondence with Jennifer re Third Party Lender Fee v origination fee represented in closing documents | EES | $450.00 | 0.50 | $225.00 |
| 04/25/2020 | review permanent mortgage (1.4) review bridge loan mortgage (.9) review assignment of rents of permanent mortgage (.9) review UCC (.3) review title policy (.3) review SBA Authorization (1.4) review closing statements (.5) review loan documents to confirm lender fee paid (.5) review Borrower Counsel opinion letter (1.2) review mortgage for CDC (.9) review assignment of mortgage (.3) review interim lender certification (1.8) review COVID 19 agreement (.5) | EES | $450.00 | 10.90 | $4,905.00 |
| 04/27/2020 | call with Jennifer to discuss loan issues | EES | $450.00 | 1.00 | $450.00 |

|  |  |
|---|---|
| **Subtotal** | **$22,635.00** |
| **Total** | **$22,635.00** |

**STARK197**

E–197

Invoice Number 282 - 05/31/2020

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
301⁷ Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK198**

E-198

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 283
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00034-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/23/2020 | Prepare and draft legal response to ppp loan questions re forgiveness | EES | $450.00 | 7.10 | $3,195.00 |
| 04/23/2020 | Prepare and draft correspondence to  re memo for review (.2) | EES | $450.00 | 0.20 | $90.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$3,285.00** |
| **Total** | | **$3,285.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK199**

E–199

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 284
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00035-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|---|---|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK200**

E-200

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 285
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00036-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/19/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK201**

E-201

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 286
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00037-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/19/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | Subtotal | **$810.00** |
|--|--|----------|-------------|
|  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████

**STARK202**

E–202

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 287
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00038-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK203**

E–203

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 288
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00039-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/23/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK204

E–204

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 289
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00040-S&T Bank**

### Services

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/18/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Services Subtotal** | | **$810.00** |

### Expenses

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/24/2020 | Asset Search | EES | $134.00 | 1.00 | $134.00 |
| | | | **Expenses Subtotal** | | **$134.00** |
| | | | **Subtotal** | | **$944.00** |
| | | | **Total** | | **$944.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC

**STARK205**

E−205

Invoice Number 289 - 05/31/2020

3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

**STARK206**

E-206

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 290
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00041-S&T Bank**

███████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | Subtotal | **$810.00** |
| | Total | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

**STARK207**

E–207

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 292
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00043-S&T Bank**

███████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 01/17/2020 | review loan documents (5.4) prepare and draft modification agreement (5.1) | EES | $450.00 | 10.50 | $4,725.00 |
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | **Subtotal** | **$5,535.00** |
|--|--|-------------|--------------|
|  |  | **Total** | **$5,535.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK208**

E–208

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 293
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00044-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/01/2020 | review loan documents (5.4) prepare and draft modification agreement (5.1) | EES | $450.00 | 10.50 | $4,725.00 |
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|--|--|
| **Subtotal** | **$5,535.00** |
| **Total** | **$5,535.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK209**

E-209

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 294
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00045-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/19/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | **Subtotal** | **$810.00** |
|--|--|--------------|-------------|
|  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK210**

E–210

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 295
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00046-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/16/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | **$810.00** |
|--|----------|-------------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████

**STARK211**

E–211

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 296
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00047-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/04/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK212**

E–212

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 297
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00048-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/04/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK213**

E–213

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 298
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00049-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/04/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | **Subtotal** | **$810.00** |
|--|--|--------------|-------------|
|  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▆▆▆▆▆

Page 1 of 1

**STARK214**

E–214

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 299
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00050-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/08/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | **Subtotal** | **$810.00** |
|--|--|--------------|-------------|
|  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK215**

E–215

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 300
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00051-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/15/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |  | Subtotal | **$810.00** |
|---|---|---|---|---|
|  |  |  | Total | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK216**

E-216

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 301
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00052-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/15/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | **Subtotal** | **$810.00** |
|--|--------------|-------------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK217**

E–217

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 302
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00053-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| 04/13/2020 | review loan documents (4.9) prepare and draft modification agreement (5.1) | EES | $450.00 | 10.00 | $4,500.00 |

|  | **Subtotal** | **$5,310.00** |
|--|--------------|---------------|
|  | **Total** | **$5,310.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮

**STARK218**

E–218

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 303
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00054-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK219**

E–219

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 304
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00055-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | **Subtotal** | **$810.00** |
|--|--|--------------|-------------|
|  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK220

E-220

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 305
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00056-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | Subtotal | **$810.00** |
|--|--|----------|-------------|
|  |  | Total | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

Page 1 of 1

**STARK221**

E–221

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 306
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00057-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/19/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|--|--|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

Page 1 of 1

**STARK222**

E−222

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 307
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00059-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/18/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|--|--|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

STARK223

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 308
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00060-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | | | Subtotal | $810.00 |
|---|---|---|---|---|---|
| | | | | Total | $810.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK224

E–224

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 309
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00061-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/16/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK225**

E–225

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 310
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00062-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/09/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK226**

E-226

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 311
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00064-S&T Bank**

████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

**STARK227**

E–227

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 312
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00065-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|--|--|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK228**

E-228

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 313
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00066-S&T Bank**

█████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/15/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

Page 1 of 1

**STARK229**

E−229

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 314
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00067-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/18/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |  | Subtotal | | **$810.00** |
|  |  |  | Total | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▇▇▇▇▇▇

STARK230

E-230

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 315
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00068-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK231**

E–231

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 316
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00069-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/16/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|---|---|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK232**

E-232

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 317
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00070-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/18/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████

**STARK233**

E-233

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 318
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00071-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/15/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | | Subtotal | **$810.00** |
|--|--|----------|-------------|
|  | | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK234**

E–234

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 319
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00072-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/18/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK235**

E–235

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 320
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00073-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/18/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK236**

E–236

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 321
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00074-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK237**

E-237

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 322
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00075-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

**STARK238**

E–238

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 323
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00076-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  |
|------|------|
| **Subtotal** | **$810.00** |
| **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK239

E–239

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 324
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00077-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| 04/19/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | **Subtotal** | **$1,620.00** |
|--|----------|-----------|
|  | **Total** | **$1,620.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK240**

E-240

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 325
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00078-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/18/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |
| | | | **Subtotal** | | **$810.00** |
| | | | **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK241**

E–241

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 326
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00079-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK242**

E–242

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 327
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00080-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/10/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  |  | **Subtotal** | **$810.00** |
|--|--|--------------|-------------|
|  |  | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK243**

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 328
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00081-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/05/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | | Subtotal | | $810.00 |
|---|---|---|---|---|---|
| | | | Total | | $810.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK244**

E–244

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 329
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00082-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| **Subtotal** | | **$810.00** |
| **Total** | | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

STARK245

E-245

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 330
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00084-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/15/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$810.00** |
| | **Total** | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: 

Page 1 of 1

**STARK246**

E-246

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 331
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00085-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/07/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

|  | Subtotal | $810.00 |
|--|----------|---------|
|  | Total | $810.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

Page 1 of 1

**STARK247**

E−247

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 342
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00011-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/08/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | **$1,440.00** |
|--|----------|---------------|
|  | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK248

E–248

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 343
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/15/2020 | review docket report to determine pretrial order (.2) call court re status of pretrial order (.4) | EES | $450.00 | 0.60 | $270.00 |
| 05/19/2020 | review pretrial order | EES | $450.00 | 0.80 | $360.00 |
| 05/20/2020 | call with ███ Counsel re pretrial conference | EES | $450.00 | 0.50 | $225.00 |
| 05/26/2020 | prepare and draft correspondence with Counsel for ███ re required disclsure meeting and discovery deadlines in initial pretrial order (.3) review and respond to correspondences with ███ Counsel re confirmation of date and time for required disclosure meeting (.3) | EES | $450.00 | 0.60 | $270.00 |
| 05/26/2020 | review and respond to corresdopencne with ███ accounting re request for UCC proceeds accounting (.2) call with Jennifer re request for same (.3) | EES | $450.00 | 0.50 | $225.00 |
| 05/26/2020 | review and respond to correspondence with Counsel for ███ re pretrial call per court order | EES | $450.00 | 0.50 | $225.00 |
| 05/27/2020 | prepare for meeting with ███ Counsel re | EES | $450.00 | 5.50 | $2,475.00 |

**STARK249**

E-249

Invoice Number 343 - 06/30/2020

Rule 26 disclosures and deadlines in court initial pretrial order (.9) call with Jennifer regarding mediation and consent to same in anticipation of call and next steps in case (.4) Rule 26 conference call with counsel for ███ and discussion re mediation, deadlines, subpoenas and discovery and issues in case (1.1) prepare and draft amended initial pretrial order (2.6) review and respond to correspondence with ███ Counsel re mediators proposed by ███ Counsel (.5)

| Date | Description | | Rate | Hours | Amount |
|------|-------------|------|------|-------|--------|
| 05/28/2020 | prepare and draft correspondence with Jennifer re pretrial order, Rule 26 meeting, meditation, proposed mediators, ███ update and request for accounting from ███ accountant re UCC sale and next steps re case (.4) call with Jennifer re thoughts on mediators (.5) | EES | $450.00 | 0.90 | $405.00 |
| 05/28/2020 | prepare and draft correspondence with Jennifer re mediator recommendations and thoughts re same | EES | $450.00 | 0.50 | $225.00 |
| 05/29/2020 | review and respond to correspondences with Counsel for ███ re subpoenas (.2) call with Counsel for ███ re same (.7) call with Jennifer re proposed mediator and thoughts re same (.4) | EES | $450.00 | 1.30 | $585.00 |
| 05/30/2020 | review and revise subpoeans based on call with Counsel ███ (.5) prepare and draft joint statement (2.4) Prepare and draft correspondence to counsel for ███ re joint statement for review (.2) | EES | $450.00 | 7.60 | $3,420.00 |
| 05/31/2020 | review and respond to correspondences with Counsel for ███ re joint statement revisions (.4) review and revise joint statement (.4) prepare and draft notice of mediation (1.6) | EES | $450.00 | 2.40 | $1,080.00 |
| 05/31/2020 | prepare and draft notice of name change | EES | $450.00 | 1.20 | $540.00 |
| 05/31/2020 | prepare and draft jt notice of mediator | EES | $450.00 | 0.70 | $315.00 |

|  |  | **Subtotal** | **$10,620.00** |
|--|--|--------------|----------------|

**STARK250**

E−250

Invoice Number 343 - 06/30/2020

**Total**    **$10,620.00**

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK251**

E–251

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 345
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00018-DNB First, NA**

████████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/07/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | **$1,440.00** |
|--|----------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████████

Page 1 of 1

STARK252

E-252

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 346
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00019-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/29/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 04/29/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 04/30/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan | EES | $450.00 | 3.20 | $1,440.00 |
| 04/30/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief | EES | $450.00 | 3.20 | $1,440.00 |

**STARK253**

E—253

Invoice Number 346 - 06/30/2020

| | | | | | |
|---|---|---|---|---|---|
| | payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan ███ | | | | |
| 04/30/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan ███ | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$7,200.00** |
| | **Total** | **$7,200.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████

**STARK254**

E–254

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 347
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00026-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/11/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|--|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK255**

E–255

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 348
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00029-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/29/2020 | call with Jennifer re SBA portfolio sale and questions re same (.9) review and respond to correspondence with Jennifer re questions re sale of unguaranteed portion of loans and steps re same (.5) | EES | $450.00 | 1.40 | $630.00 |
| 05/31/2020 | call with Jennifer re additional questions re sale of unguaranteed portion of SBA loans | EES | $450.00 | 0.90 | $405.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,035.00** |
| **Total** | **$1,035.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████

STARK256

E–256

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 349
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00031-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/28/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| 05/04/2020 | prepare and draft correspondence with Jennifer re status of execution of modification documents | EES | $450.00 | 0.20 | $90.00 |
| 05/18/2020 | prepare and draft correspondence with Jennifer re execution of documents | EES | $450.00 | 0.20 | $90.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,620.00** |
| **Total** | **$1,620.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK257**

E—257

Invoice Number 349 - 06/30/2020

STARK258

E-258

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 350
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00032-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/19/2020 | conference with Jane and Stacey to discuss questions regarding PPP loans in preparation of applications for forgiveness | EES | $450.00 | 2.70 | $1,215.00 |
| 05/19/2020 | review SBA interim rules, SBA procedural rules and Treasury QA in preparation of drafting responses to questions regarding specific PPP loan concerns | EES | $450.00 | 5.30 | $2,385.00 |
| 05/20/2020 | review documents provided by Stacey in preparation of responses to same (3) review documents provided by Jane in preparation of responses to questions re same (.5) | EES | $450.00 | 3.50 | $1,575.00 |
| 05/22/2020 | review interim rules 14 and 15 re SBA foregiveness | EES | $450.00 | 1.50 | $675.00 |
| 05/22/2020 | prepare and draft correspondences with Stacey and Jane re interim rules 14 and 15 regarding forgiveness and NAGGL conference | EES | $450.00 | 0.20 | $90.00 |
| 05/22/2020 | prepare and draft Memorandum regaridng quesitons regarding forgiveness | EES | $450.00 | 6.00 | $2,700.00 |
| 05/23/2020 | prepare and draft memo | EES | $450.00 | 15.00 | $6,750.00 |

**STARK259**

E–259

Invoice Number 350 - 06/30/2020

| | | | | | |
|---|---|---|---|---|---|
| 05/27/2020 | attend PPP presentation (2.5) call with Jennifer re questions re same (.9) prepare and draft MEmo re PPP updates (5.4) | EES | $450.00 | 8.80 | $3,960.00 |
| 05/28/2020 | prepare and draft outline of interim rules, SBA procedural rules and FAQ to date | EES | $450.00 | 4.60 | $2,070.00 |

|  | |
|---|---|
| **Subtotal** | **$21,420.00** |
| **Total** | **$21,420.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ██████████

**STARK260**

E–260

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 351
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00033-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/26/2020 | prepare and draft amended note (3.9) prepare and draft amended mortgage (5.9) | EES | $450.00 | 9.80 | $4,410.00 |
| 05/06/2020 | prepare and draft amended assignment of rents (3.2) prepare and draft amended security agreement (3.1) prepare and draft amended guaranty agreement (3.4) | EES | $450.00 | 9.70 | $4,365.00 |
| 05/07/2020 | prepare and draft amended environmental agreement (2.9) prepare and draft confessions of judgment on Borrower and guarantor (2.6) review and revise amended note (1.4) review and revise amended mortgage (1.2) review and revise amended guaranty (.6) review and revise amended loan agreement (.9) review and revise amended security agreement (.6) | EES | $450.00 | 10.20 | $4,590.00 |

| | | |
|---|---|---|
| **Subtotal** | **$13,365.00** |
| **Total** | **$13,365.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC

Page 1 of 2

**STARK261**

E-261

Invoice Number 351 - 06/30/2020

3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

**STARK262**

E-262

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 352
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00035-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/11/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK263

E-263

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 353
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00036-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/09/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK264**

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 354
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00037-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/09/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

STARK265

E-265

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 355
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00038-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/11/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK266**

E—266

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 356
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00039-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/09/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,440.00** |
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

**STARK267**

E–267

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 357
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00040-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/06/2020 | review and respond to corresdponecne with Jennifer re UCC issue (.3) review UCC history and amendment to same (.4) email ███████ re same (.3) | EES | $450.00 | 1.00 | $450.00 |
| 05/06/2020 | review and respond to corresdponecne with Jennifer re correspondence with Borrower | EES | $450.00 | 0.40 | $180.00 |
| 05/08/2020 | review and respond to correspondences with Jennifer re UCC amendment (.4) review UCC amendment (.3) | EES | $450.00 | 0.70 | $315.00 |
| 05/14/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | Subtotal | $2,385.00 |
|---|---|---|
| | **Total** | **$2,385.00** |

STARK268

E−268

Invoice Number 357 - 06/30/2020

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████████

**STARK269**

E-269

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 358
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00041-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/12/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

STARK270

E–270

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 360
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00043-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/12/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| 05/22/2020 | calls with Jennifer re loan issues | EES | $450.00 | 1.60 | $720.00 |
| | | | | **Subtotal** | **$2,160.00** |
| | | | | **Total** | **$2,160.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

STARK271

E–271

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 361
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00044-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/12/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | **$1,440.00** |
|--|----------|---------------|
|  | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮▮

**STARK272**

E–272

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 362
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00045-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/13/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | $1,440.00 |
|--|----------|-----------|
|  | Total | $1,440.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK273**

E–273

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 363
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00046-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/08/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,440.00** |
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK274

E-274

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 364
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00047-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/28/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK275

E–275

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 365
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00048-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/28/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK276**

E–276

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 366
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00049-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/28/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK277**

E–277

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 367
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00050-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK278**

E–278

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 368
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00051-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK279**

E–279

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 369
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00052-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,440.00** |
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK280**

E-280

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 370
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00053-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/12/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |  | **Subtotal** | **$1,440.00** |
|--|--|--|--------------|---------------|
|  |  |  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK281**

E–281

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 371
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00054-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/10/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████

**STARK282**

E—282

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 372
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00055-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/10/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | **$1,440.00** |
|--|----------|---------------|
|  | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK283

E-283

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 373
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00056-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/11/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | | | Subtotal | **$1,440.00** |
|---|---|---|---|---|---|
| | | | | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ███████

STARK284

E-284

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 374
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00057-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/09/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▮▮▮▮▮▮

STARK285

E-285

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 375
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00059-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan ▉▉▉ | EES | $450.00 | 3.20 | $1,440.00 |
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan ▉▉▉ | EES | $450.00 | 3.20 | $1,440.00 |
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan ▉▉▉ | EES | $450.00 | 3.20 | $1,440.00 |
| 05/03/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief | EES | $450.00 | 3.20 | $1,440.00 |

STARK286

| | | | | | |
|---|---|---|---|---|---|
| | payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan ████ | | | | |
| 05/18/2020 | call with Jennifer re terms to the agreement | EES | $450.00 | 0.50 | $225.00 |
| 05/25/2020 | review loan documents for each loan | EES | $450.00 | 10.00 | $4,500.00 |
| 05/26/2020 | call with Jennifer re terms to modification | EES | $450.00 | 0.50 | $225.00 |
| 05/29/2020 | call with Jennifer re modification terms and email from counsel for Borrower re bankruptcy filing in 2012 and position re same (.5) review bankruptcy schedules, petition and docket report (.9) review forbearance agreement (.9) call with Jennifer re thoughts re next steps (.4) | EES | $450.00 | 2.70 | $1,215.00 |
| 05/29/2020 | review additional loan documents, including change in terms agreements | EES | $450.00 | 2.00 | $900.00 |

|  | |
|---|---|
| **Subtotal** | **$12,825.00** |
| **Total** | **$12,825.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ████████

**STARK287**

E–287

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 376
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00060-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/05/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

STARK288

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 377
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00061-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/08/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮▮▮

Page 1 of 1

**STARK289**

E-289

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 378
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00062-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/10/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|--|--|--|
| | Subtotal | **$1,440.00** |
| | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK290**

E–290

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 379
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00063-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/13/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK291**

E-291

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 380
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00064-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/29/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▓▓▓▓▓▓

STARK292

E–292

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 381
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00065-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/02/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK293

E—293

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 382
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00066-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/30/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  | **Subtotal** | **$1,440.00** |
|--|--|--------------|---------------|
|  |  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK294**

E–294

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 383
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00067-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/14/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███

**STARK295**

E–295

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 384
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00068-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/27/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

**STARK296**

E-296

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 385
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00069-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/02/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK297

E-297

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 386
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00070-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 05/14/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | $1,440.00 |
|---|---|---|
|  | Total | $1,440.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ▓▓▓▓▓▓

STARK298

E-298

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 387
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00071-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/30/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | |
|---|---|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK299

E-299

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 388
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00072-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/15/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| | | | **Subtotal** | | **$1,440.00** |
| | | | **Total** | | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK300**

E–300

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 389
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00073-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/15/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

**STARK301**

E-301

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 390
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00074-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/27/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,440.00** |
| | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK302

E-302

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 391
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00075-S&T Bank**

████████████████

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/05/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| | | | **Subtotal** | | **$1,440.00** |
| | | | **Total** | | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ████████████

**STARK303**

E-303

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 392
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00076-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/29/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| | | | **Subtotal** | | **$1,440.00** |
| | | | **Total** | | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK304**

E–304

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 393
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00077-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/02/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower as to loan █████ | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,440.00** |
| | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

Page 1 of 1

**STARK305**

E–305

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 394
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00078-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/14/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | |
|---|---|---|
| | Subtotal | **$1,440.00** |
| | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

STARK306

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 395
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00079-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/27/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: ███████

**STARK307**

E–307

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 396
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00080-S&T Bank**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/08/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | Subtotal | $1,440.00 |
|---|---|---|
| | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK308

E-308

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 397
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00081-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/27/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |
| | | | **Subtotal** | | **$1,440.00** |
| | | | **Total** | | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK309**

E-309

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 398
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00082-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/05/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

| | | | | Subtotal | $1,440.00 |
|---|---|---|---|----------|-----------|
| | | | | Total | $1,440.00 |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number

Page 1 of 1

STARK310

E–310

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 399
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00084-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/01/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | **Subtotal** | **$1,440.00** |
|--|--------------|---------------|
|  | **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

Page 1 of 1

**STARK311**

# STARK

### FEES FOR PROFESSIONAL SERVICES

Invoice Number 400
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00085-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/05/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  | Subtotal | **$1,440.00** |
|--|----------|---------------|
|  | Total | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

**STARK312**

E–312

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 412
Invoice Date: 04/30/2020
Due On: 05/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00083-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 03/15/2020 | review loan collateral (2.5) prepare and draft report re same (.5) | EES | $450.00 | 3.00 | $1,350.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,350.00** |
| | **Total** | **$1,350.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number:

STARK313

E–313

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 413
Invoice Date: 05/31/2020
Due On: 06/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00083-S&T Bank**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 04/12/2020 | review loan to confirm qualification of SBA Debt Relief payments | EES | $450.00 | 1.80 | $810.00 |

| | | |
|---|---|---|
| | Subtotal | **$810.00** |
| | Total | **$810.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number ▮▮▮▮▮

Page 1 of 1

**STARK314**

E–314

# STARK

## FEES FOR PROFESSIONAL SERVICES

Invoice Number 414
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00012-DNB First, NA**

| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/15/2020 | review docket report to determine pretrial order (.2) call court re status of pretrial order (.4) | EES | $450.00 | 0.60 | $270.00 |
| 05/19/2020 | review pretrial order | EES | $450.00 | 0.50 | $225.00 |
| | | | **Subtotal** | | **$495.00** |
| | | | **Total** | | **$495.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

**STARK315**

E–315

# STARK

**FEES FOR PROFESSIONAL SERVICES**

Invoice Number 415
Invoice Date: 06/30/2020
Due On: 07/30/2020

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

**00016-DNB First, NA**



| Date | Notes | Attorney | Rate | Quantity | Total |
|------|-------|----------|------|----------|-------|
| 05/13/2020 | prepare and draft letter to Borrower and each Guarantor re SBA Debt Relief payments, terms to same under CARES Act and the expiration of payments under CARES Act and date regular payments resume under loan documents by Borrower | EES | $450.00 | 3.20 | $1,440.00 |

|  |  |
|--|--|
| **Subtotal** | **$1,440.00** |
| **Total** | **$1,440.00** |

PLEASE REMIT PAYMENT TO:
THE STARK FIRM PLLC
3017 Bolling Way NE
Atlanta, GA 30305
Federal ID Number: █████████

**STARK316**

E–316

**EXHIBIT "F"**



DAVID S. SENOFF, ESQUIRE
☎ (215) 258-4700
🖷 (215) 258-4777
✉ dsenoff@firstlawstrategy.com

November 20, 2020

**VIA EMAIL: George.Basara@stbank.com**
George Basara, Esquire
Executive Vice President, General Counsel
and Human Resources Director,
S&T Bancorp, Inc.,
Executive Vice President and Employee Services
and General Counsel,
S&T Bank
800 Philadelphia Street
Indiana, PA 15701

    RE:    STARK FIRM, PLLC – S&T BANK OUTSTANDING INVOICES

Dear Mr. Basara:

This firm has been retained to represent The Stark Firm, PLLC (the "Firm") for claims of breach of contract and other causes of action against S&T Bank and S&T Bancorp, Inc., (hereinafter collectively the "Bank") for its failure to remit $1,159,533.78 ("debt owed") to the Firm for legal services previously performed on behalf of the Bank for the period commencing January 1, 2020 up through and including October 31, 2020 (the "Relevant Period"). Given that the Firm satisfied all conditions precedent imposed upon it by the Bank during the Relevant Period and actually rendered the services requested by the Bank (and continues to do so in accordance with its professional responsibilities to the Bank as a current client), together with the fact that you (personally) offered to pay the Firm a sum less than total amount which is owed (indicating your acknowledgment that S&T Bank, in fact, owes the Firm payment for its past services rendered), we are hopeful that this matter can be resolved in an amicable manner without the need for costly time-consuming litigation.

Given the amount at issue and the fact that the work performed by the Firm was in relation to the Bank's portfolio of loans issued pursuant to the United States Small Business Administration, this matter may likely be considered "material" under Generally Accepted Accounting Principles ("GAAP") and/or the applicable banking and securities laws and regulations of the United States and the Commonwealth of Pennsylvania. As a result, and because we are also requesting that all documents relating to the Bank's relationship with the Firm be preserved for litigation purposes (in the event we are unable to resolve this matter amicably), we will be sending (under separate cover) a copy of this letter together with a document preservation request to all of the Senior Management Team of both S&T Bank and S&T Bancorp, Inc. (to the extent that they are not identical) and the members of the Boards of Directors of both S&T Bank and S&T Bancorp, Inc. (to the extent that they are not identical).

George Basara, Esquire
November 20, 2020
Page -4-

- Preserve all electronic data and file fragments created by application programs that process financial, accounting, billing, and claims processing information;

- Preserve all electronic files and file fragments containing information from electronic calendars and scheduling programs;

- Preserve all electronic data files and file fragments created or used by electronic spreadsheet programs;

- Do not modify, alter, erase or delete any electronic data files that are maintained in on-line storage and/or direct access storage devices that exist as of the date of the delivery of this letter;

- Do not to dispose of, discard, sell, or otherwise transfer any electronic data storage devices or removable electronic media;

- Stop any activity that may result in the loss of electronic data used for off-line storage, including magnetic tapes, cartridges and other media. These activities include rotation, destruction, ove1writing and/or erasure of such media in whole or in part.

- Preserve any electronic data storage devices and/or media that may contain electronic data that may be replaced due to failure, upgrade, or any other reason;

- Do not perform any other procedures (such as data compression or disk de-fragmentation or optimization routines) which may impact any data on any storage media;

- Where due to unavoidable circumstances electronic data may be lost, make true and correct copies of all data, active files, completely restored versions of deleted electronic files and file fragments, all directory listings (including hidden files) for all directories and subdirectories containing such files;

- Reserve copies of all application programs and utilities that may be used to process electronic data; and

- Maintain an activity log that records all modifications made to any electronic data processing system that may affect the system's capability to process any electronic data.

George Basara, Esquire
November 20, 2020
Page -5-

Please immediately deliver a copy of this letter to all persons who are responsible for your computer networks and systems, all persons who are responsible for your record management program, and all persons who otherwise might have access to documents that relate to the services performed by the Stark Firm. Failure to comply with this notice could result in sanctions being imposed by the Court for spoliation of evidence or potential evidence. Please confirm in writing that you have received this letter, that you understand your preservation obligations, and that you will honor these obligations.

As we stated at the outset of this letter, it is our hope that this matter may be resolved in an amicable manner, without the need for costly time-consuming litigation. To that end, please do not hesitate to contact us should wish to discuss this matter further. Nevertheless, if there is any possibility that such a resolution is not possible, we again request that you confirm in writing on behalf of the Bank and yourself personally, that you have received this letter, that you understand your preservation obligations, and that you will honor these obligations.

Pursuant to Pennsylvania Rule of Professional Conduct 4.2, and the American Bar Association's Model Rule of Professional Conduct 4.2, as you have now been put on notice of our representation of the Stark Firm, please do not discuss this matter with anyone from the Stark Firm directly. We recognize that the Stark firm is continuing to perform legal services on behalf of the Bank, accordingly, we are not (nor should this paragraph be construed as) requesting that you or the Bank cease any and all communications about the legal work being performed by the Firm for the Bank. To the contrary, we request that you and the Bank (or your designated outside counsel) refrain from discussing this matter (relating to the Debt Owed by the Bank to the Firm) with anyone other than myself or a member of this law firm. We trust that you comprehend and will honor said distinction as set forth in the Rules of Professional Conduct.

Finally, we look forward to receipt of your written confirmation of your receipt of this letter, that you (personally and on behalf of the Bank) understand your preservation obligations, and that you (personally and on behalf of the Bank) will honor said obligations. In addition, we look forward to working with you (or your designated outside counsel) towards an amicable resolution of this matter.

Very truly yours,

DAVID S. SENOFF

IN THE COURT OF COMMON PLEAS OF INDIANA COUNTY, PENNSYLVANIA

S&T BANK,                                    CIVIL DIVISION

          Plaintiff,

                                             NO.:

vs.

THE STARK FIRM, PLLC a/k/a
STARK FIRM PLLC a/k/a THE
STARK FIRM P.L.L.C., LLC (GA) and
ERIN ELIZABETH STARK,

          Defendants.


## **VERIFICATION**

I, Steven C. Matzus, Senior Vice President, Managed Assets Division Manager of S&T

Bank, depose and say subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification

to authorities that the facts set forth in the foregoing Civil Action - Complaint are true and correct

to my information and belief.


Date:                                        _____
                                             Steven C. Matzus
                                             Senior Vice President
                                             S&T Bank