Exhibit B

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Jeremy J. Kobeski, Esquire

Signature: _____

Name: Jeremy J. Kobeski, Esquire

Attorney No. (if applicable): 94503

Rev. 09/2017

IN THE COURT OF COMMON PLEAS OF INDIANA COUNTY, PENNSYLVANIA

| | |
|---|---|
| S&T BANK, | ) CIVIL DIVISION |
| Plaintiff, | ) |
| vs. | ) NO.: 10867 CD 2021 |
| THE STARK FIRM, PLLC a/k/a STARK FIRM PLLC a/k/a THE STARK FIRM P.L.L.C., LLC (GA) and ERIN ELIZABETH STARK, | ) TYPE OF PLEADING: |
| | ) **CERTIFICATE OF MERIT – ERIN ELIZABETH STARK** |
| Defendants. | ) |
| | ) FILED ON BEHALF OF PLAINTIFF: S&T Bank |
| | ) COUNSEL OF RECORD FOR THIS PARTY: |
| | ) James F. Grenen, Esquire  Pa. I.D. #46478 |
| | ) Jeremy J. Kobeski, Esquire  Pa. I.D. #94503 |
| | ) GRENEN & BIRSIC, P.C. |
| | ) One Gateway Center  Ninth Floor  Pittsburgh, PA 15222  (412) 281-7650  JGrenen@GrenenBirsic.com  JKobeski@GrenenBirsic.com |

IN THE COURT OF COMMON PLEAS OF INDIANA COUNTY, PENNSYLVANIA

S&T BANK,                                             CIVIL DIVISION

        Plaintiff,

                                            NO.: 10867 CD 2021

vs.

THE STARK FIRM, PLLC a/k/a STARK
FIRM PLLC a/k/a THE STARK FIRM
P.L.L.C., LLC (GA) and
ERIN ELIZABETH STARK,

        Defendants.

## PA.R.C.P. RULE 1042.3(a) CERTIFICATE OF MERIT
## AS TO ERIN ELIZABETH STARK

    I, James F. Grenen, Esquire, certify that:

☒ an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

AND/OR

☐ the claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

OR

☐ expert testimony of an appropriate licensed professional is unnecessary for prosecution of the claim against this defendant.

Dated: 6-25-21

BY: _____
James F. Grenen, Esquire
Pa. I.D. #46478
One Gateway Center, Ninth Floor
Pittsburgh, PA 15222
(412) 281-7650

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Certificate of Merit was mailed by U.S. First Class Mail, postage pre-paid, on the 25th day of June, 2021, to the following:

The Stark Firm, PLLC
3017 Bolling Way NE
Atlanta, GA 30305

Erin Elizabeth Stark, Esquire
3017 Bolling Way NE
Atlanta, GA 30305

GRENEN & BIRSIC, P.C.

BY: _____
James F. Grenen, Esquire
Jeremy J. Kobeski, Esquire
*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Jeremy J. Kobeski, Esquire

Signature: *[signed]*

Name: Jeremy J. Kobeski, Esquire

Attorney No. (if applicable): 94503

Rev. 09/2017

IN THE COURT OF COMMON PLEAS OF INDIANA COUNTY, PENNSYLVANIA

| | |
|---|---|
| S&T BANK, | ) CIVIL DIVISION |
| Plaintiff, | ) |
| vs. | ) NO.: 10867 CD 2021 |
| THE STARK FIRM, PLLC a/k/a STARK FIRM PLLC a/k/a THE STARK FIRM P.L.L.C., LLC (GA) and ERIN ELIZABETH STARK, | ) TYPE OF PLEADING: <br> ) **CERTIFICATE OF MERIT – THE STARK FIRM, PLLC** |
| Defendants. | ) |
| | ) FILED ON BEHALF OF PLAINTIFF: <br> ) S&T Bank |
| | ) COUNSEL OF RECORD FOR THIS PARTY: |
| | ) James F. Grenen, Esquire <br> ) Pa. I.D. #46478 |
| | ) Jeremy J. Kobeski, Esquire <br> ) Pa. I.D. #94503 |
| | ) GRENEN & BIRSIC, P.C. |
| | ) One Gateway Center <br> ) Ninth Floor <br> ) Pittsburgh, PA 15222 <br> ) (412) 281-7650 <br> ) JGrenen@GrenenBirsic.com <br> ) JKobeski@GrenenBirsic.com |

IN THE COURT OF COMMON PLEAS OF INDIANA COUNTY, PENNSYLVANIA

S&T BANK,

        Plaintiff,

vs.

THE STARK FIRM, PLLC a/k/a STARK
FIRM PLLC a/k/a THE STARK FIRM
P.L.L.C., LLC (GA) and
ERIN ELIZABETH STARK,

        Defendants.

CIVIL DIVISION

NO.: 10867 CD 2021

## PA.R.C.P. RULE 1042.3(a) CERTIFICATE OF MERIT AS TO THE STARK FIRM, PLLC

I, James F. Grenen, Esquire, certify that:

☒ an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

AND/OR

☐ the claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

OR

☐ expert testimony of an appropriate licensed professional is unnecessary for prosecution of the claim against this defendant.

Dated: 6-25-21                          BY: _____
                                        James F. Grenen, Esquire
                                        Pa. I.D. #46478
                                        One Gateway Center, Ninth Floor
                                        Pittsburgh, PA 15222
                                        (412) 281-7650

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Certificate of Merit was mailed by U.S. First Class Mail, postage pre-paid, on the ___25th___ day of June, 2021, to the following:

The Stark Firm, PLLC
3017 Bolling Way NE
Atlanta, GA 30305

Erin Elizabeth Stark, Esquire
3017 Bolling Way NE
Atlanta, GA 30305

GRENEN & BIRSIC, P.C.

BY: _____
James F. Grenen, Esquire
Jeremy J. Kobeski, Esquire
*Attorneys for Plaintiff*